# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **MICHELLE H.**, by her next friend, Tamara Coppinger, *et al*., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | C/A No. **2:15-134-RMG** |
| v. ) ) ) | **PLAINTIFFS' CONSENT** |
| **NIKKI HALEY**, in her official capacity as Governor of the State of South Carolina, ) ) ) | **TO MEDIATION AND A LIMITED STAY** |
| **SUSAN ALFORD,** in her official capacity as State Director of the South Carolina Department of Social Services, ) ) ) ) ) | |
| Defendants. ) ) | |

Pursuant to the Court's March 30, 2015 Order (Dkt. No. 21), Plaintiffs are willing to enter into mediation with the objective of seeking a resolution of this dispute through a negotiated settlement.

Given the importance and urgency of the issues at stake for the Named Plaintiffs and all children in foster care, Plaintiffs would agree to a brief initial stay that is limited to 30 days.

In addition and pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Plaintiffs consent to correction of the previous caption.

Respectfully submitted:

/s/Matthew T. Richardson
MATTHEW T. RICHARDSON, Federal Bar #7791
WYCHE P.A.
801 Gervais Street, Suite B
Columbia, SC 29201
Telephone: (803) 254-6542
Facsimile: (803) 254-6544
Email: mrichardson@wyche.com

IRA LUSTBADER (*pro hac vice*)
KATHRYN A. WOOD (*pro hac vice*)
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, New York 10001
Telephone: 212-683-2210
Facsimile: 212-683-4015
Email: ilustbader@childrensrights.org;
kwood@childrensrights.org

SUSAN BERKOWITZ, Federal Bar #1305
STEPHEN SUGGS, Federal Bar #7525
SOUTH CAROLINA APPLESEED LEGAL JUSTICE CENTER
P.O. Box 7187
Columbia, S.C. 29202
Telephone: (803) 779-1113
Facsimile: (803) 779-5951
Email: sberk@scjustice.org;
ssuggs@scjustice.org

April 3, 2015