IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **MICHELLE H.**, by her next friend Tamara Coppinger, **AVA R.**, by her next friend Tamara Coppinger, **ZAHARA L.**, by her next friend Deborah Wilson, **SAMMY V.**, by his next friend Aleksandra Chauhan, **ANDREW R.**, by his next friend Cheryl Kreider, **MARCUS, ANNIE, CAMERON, SARA and ROGER B.**, by their next friend Margaret Wilson, and **KYLE S.**, by his next friend Tamara Coppinger, <br><br> **Individually and on behalf of all other similarly situated children,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **NIKKI HALEY**, in her official capacity as Governor of the State of South Carolina, and **SUSAN ALFORD**, in her official capacity as Acting State Director of the South Carolina Department of Social Services, <br><br> **Defendants.** | Civil Action No: 2:15-cv-00134-RMG |

**CONSENT REQUEST TO MODIFY IMMEDIATE INTERIM RELIEF ORDER
TO EXTEND THE DURATION OF CO-MONITORS' AUTHORITY**

WHEREAS, the parties in this action remain engaged in mediation under the direction of Senior U.S. District Judge P. Michael Duffy with the objective of seeking a resolution of the legal dispute through a negotiated settlement (Dkt. No. 21), and

WHEREAS, the parties are currently proceeding under the Consent Immediate Interim Relief order entered September 28, 2015 (Dkt. No. 29), as they seek a resolution through a negotiated settlement;

WHEREAS, Section II.4 states: "After one hundred and eighty (180) days the limited authority of the Co-Monitors under this Interim Relief agreement ends if the mediation process does not result in a negotiated settlement," the last day of which is March 28, 2016;

WHEREAS, the Consent Interim Relief Order was entered into by the parties to provide immediate and ongoing relief to the members of the class of Plaintiffs pending a full settlement and the Co-Monitors are in integral part of that process, the parties wish to extend the authority of the Co-Monitors until such time as a full settlement is reached or negotiations break down;

THEREFORE, the parties consent and agree to the extension of the Co-Monitors' authority under Section II.4 of Dkt. No. 29 until final approval and entry of a full negotiated settlement agreement or until the mediator reports to the court that mediation was ultimately unsuccessful, to allow the parties to complete negotiations and file a proposed full settlement agreement.

AND IT IS SO ORDERED.

THE HONORABLE RICHARD M. GERGEL
U.S. DISTRICT JUDGE

March 17, 2016
Charleston, South Carolina

Dated: March 15, 2016

Submitted by

*/s/ Monteith P. Todd*

Monteith P. Todd (ID No. 3125)
Rebecca Laffitte (ID No.1 036)
J. Michael Montgomery (ID No. 10290)
Alex E. Davis (ID No. 11323)
SOWELL GRAY, LLP
Post Office Box 11449 Columbia, SC 29211
(803) 929-1400

Attorneys for Defendant Susan Alford, in her official capacity as State Director of the South Carolina Department of Social Services

*/s/ Karl S. Bowers, Jr.*

Karl S. Bowers, Jr. (ID No. 7716)
BOWERS LAW FIRM
Post Office Box 50549
Columbia, SC 29250
(803) 753-1099

Attorney for Defendant Nikki Haley, in her official capacity as Governor of the State of South Carolina

3

Dated: March 15, 2016

/s/ Matthew Richardson

Matthew Richardson (Fed. Id. 7791)
Wyche, P.A.
801 Gervais Street, Suite B
Columbia, SC 29201
Telephone: (803) 254-6542

Ira Lustbader *(pro hac vice)*
Christina Wilson Remlin *(pro hac vice)*
Kathryn A. Wood *(pro hac vice)*
CHILDREN'S RIGHTS
330 Seventh Avenue, Fourth Floor
New York, NY 10001
212-683-2210

Susan Berkowitz (ID No. 1305)
Stephen Suggs (ID. No. 7525)
SOUTH CAROLINA APPLESEED
LEGAL JUSTICE CENTER
P.O. Box 7187
Columbia, SC 29202
(803) 779-1113

Attorneys for Plaintiffs

4