# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Michelle H., by her next friend Tamara Coppinger, *et al.*, </br></br>Plaintiffs, </br></br>vs. </br></br>Henry Dargan McMaster, in his official capacity as Governor of South Carolina, and Michael Leach, as State Director of the South Carolina Department of Social Services, </br></br>Defendants. | Civil Action No. 2:15-0134-RMG </br></br>**ORDER** |

This matter comes before the Court on a joint motion of the above captioned parties to grant approval of Maintenance of Effort status to the South Carolina Department of Social Services ("DSS") for compliance with Sections IV.C.2 and IV.C.4(d), (e), and (f) of the Final Settlement Agreement. (Dkt. No. 285). The Co-Monitors join in this motion. After a careful review of the record in this matter, the Court finds that DSS has met the performance standards of the Final Settlement Agreement in the above reference areas and grants the motion for Maintenance of Effort status in those areas.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

August 3, 2023
Charleston, South Carolina

-1-