

ROBINSON
GRAY

Litigation + Business

MICHAEL MONTGOMERY

DIRECT 803 231.7833

mmontgomery@robinsongray.com

December 8, 2023

<u>**VIA E-MAIL**</u>

The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston, South Carolina 29402

     RE:    Michelle H., et al. v. Henry McMaster, in his official capacity as Governor of the
             State of South Carolina, and Michael Leach, in his official capacity as State Director
             of the South Carolina Department of Social Services
             Civil Action No.:  2:15-cv-00134-RMG
             Our File No.:  6734/1500

Dear Judge Gergel:

We are writing to provide an update on the information required pursuant to your Order dated
August 3, 2023 (ECF 291).

**1.  Foster Children in Congregate Care**

     As of November 1, 2023, the placement report produced by Accountability, Data and
     Research (ADR) continues to show that DSS places more than twice the percentage of
     children and youth into kinship care (27%) than into congregate care (12%). By
     comparison, in January 2019, only 6% of class members were placed with kin. Another
     60% of children and youth live in other family-like settings such as non-kin foster homes,
     pre-adoptive (though some of these pre-adoptive placements may be kin as well) or
     adoptive homes, and therapeutic foster homes.  DSS continues to meet the final targets
     for the congregate care measures.

     <u>Monthly data on the number and percentage of foster children in congregate care
     facilities from December 1, 2022 to the present:</u>

| Trends | Total in Congregate Care | Percentage |
|--------|--------------------------|------------|
| Dec-22 | 430 | 11.4% |
| Jan-23 | 437 | 11.6% |
| Feb-23 | 441 | 11.5% |
| Mar-23 | 463 | 12.0% |
| Apr-23 | 447 | 11.9% |

ROBINSON
GRAY

Litigation + Business

| May-23 | 450 | 12.2% |
|---|---|---|
| Jun-23 | 455 | 12.5% |
| Jul-23 | 441 | 12.3% |
| Aug-23 | 451 | 12.6% |
| Sept-23 | 433 | 12.0% |
| Oct-23* | 442 | 12.3% |

*Note: Results for October 2023 are preliminary and may not be indicative of a change in the trend line because October 2023 data uses a different methodology that does not capture lags in data entry. These will not have a direct comparison to other months until they can be finalized in December 2023.  Please also note that except in rare instances, children 0-6 years in congregate care have exceptions as approved by the Co-Monitors.

A breakdown of this monthly data by the following age groups: 0-6, 7-12, and 13-17 years old:

The chart below displays the number of children or youth by age group in congregate care and the proportion to all foster care children or youth in that age category.  From December 2022, the chart shows stability in each age group with an occasional slight increase often due to seasonality.  However, DSS continues to meet the final targets for the congregate care measures.

| Trends | 0-6 years | | 7-12 years | | 13-17 Years | |
|---|---|---|---|---|---|---|
| Dec-22 | 0.8% | 11 | 3.3% | 32 | 30.6% | 387 |
| Jan-23 | 0.4% | 6 | 2.7% | 27 | 31.9% | 404 |
| Feb-23 | 0.3% | 5 | 2.6% | 26 | 31.9% | 410 |
| Mar-23 | 0.7% | 10 | 3.0% | 30 | 32.8% | 425 |
| Apr-23 | 0.6% | 8 | 2.8% | 28 | 32.9% | 411 |
| May-23 | 0.3% | 4 | 3.6% | 36 | 33.1% | 410 |
| Jun-23 | 0.3% | 4 | 3.8% | 37 | 34.2% | 414 |
| Jul-23 | 0.2% | 3 | 3.7% | 35 | 33.6% | 403 |
| Aug-23 | 0.4% | 5 | 3.9% | 37 | 34.1% | 409 |
| Sept-23 | 0.4% | 5 | 3.7% | 35 | 33.5% | 393 |
| Oct-23* | 0.4% | 6 | 3.8% | 37 | 33.5% | 405 |

*Note: Results for October 2023 are preliminary and may not be indicative of a change in the trend line because October 2023 data uses a different methodology that does not capture lags in data entry. These will not have a direct comparison to other months until they can be finalized in December 2023.  Please also note that except in rare instances, children 0-6 years in congregate care have exceptions as approved by the Co-Monitors.

*Congregate Care Work Group*
DSS continues to convene monthly the Congregate Care Utilization Management Work Group which began in October 2022. The purpose of the workgroup is to review current

**ROBINSON GRAY**

Litigation + Business

DSS activities, efforts and decision points that reduce congregate care placements, support congregate care placement alignment with level of need, and make recommendations for sustaining and embedding practices that align with the GPS Practice Model and Better Together value that children and youth should be placed with kin or fictive kin. This group has accomplished the following:

- Gained insight of the purpose and charge of the group, and an understanding of how congregate care is used and managed
- Utilized congregate care placement data and teaming efforts to identify trends, patterns and decision-making practices that impact congregate care placement
- Articulated the mindset and culture regarding congregate care
- Mapped the decision-making process as well as the impact that mindset/culture has on the entire congregate care system
- Created and deployed a survey to County Directors and Performance Coaches regarding the use of congregate care case consultations

On June 22, 2023, DSS conducted an in-person, expanded workgroup meeting that included Case Managers, Supervisors (now called Team Leaders[1]), and CFTM, Regional and State Office staff. During this brainstorming meeting participants analyzed foster care and survey data to generate ideas to more fully incorporate teaming into all processes related to congregate care utilization for children and youth who do not need higher levels of care, so that youth and their families are consistently involved as early as possible in the placement process. This meeting also provided space for participants to brainstorm how the current Regional Director approval process (RDAP) and CFTM process can be expanded to manage the use of congregate care.

The Congregate Care Utilization Management Work Group has focused on Goal 2 of the charge which includes making recommendations for data-driven administrative and clinical decision-making and oversight processes for congregate care. To inform this work, DSS conducted surveys related to congregate care utilization with county leadership, frontline staff and youth.

On August 9, 2023, workgroup members presented three recommendations and updates to CWS Leadership:
- Create a unique CFTM timeline and focus for youth in congregate care
- Allocate four additional positions for ongoing family search for all foster care cases
- Institute time limits on Regional Director Approvals/placement exceptions
The workgroup then created sub-teams to focus on each area.

On October 3, 2023, the three workgroup sub-teams had a kickoff meeting to begin a development process for teaming, ongoing search for family-based placements, and the congregate care approval process. The meeting included a "Table Talk" session with

---

[1] In May 2023, DSS changed the internal titles of front-line supervisors to Team Leaders to reflect their role of fostering, promoting and sustaining a positive team culture within their offices and to align with the GPS Practice Model's Core Practice Skill of Teaming. "Team Leader" will be used throughout the remainder of the document when referencing supervisors.



Litigation + Business

youth to discuss youth engagement.  The next core workgroup meeting is scheduled for December 5, 2023. Sub-teams meet weekly since the kickoff on October 3, 2023.

Future work includes creating a dashboard for congregate care placement tracking and building out additional data management resources to further assist with managing congregate care utilization and review.

2. **Foster Parent Licensing**

DSS continues its partnership with Child Placing Agencies (CPAs) to complete the primary licensure process for non-kin foster families so that DSS can primarily focus its resources on kin licensure. However, beginning in May 2023, DSS is directly licensing foster families for special populations such as teens and large sibling groups. Monthly data on pending foster homes and applications shows the agency's efforts to increase available foster homes as potential homes proceed through the licensing process.

<u>Monthly data on the total number of licensed foster parents from December 1, 2022 to the present.</u>

| As of | Licensed Foster homes (includes kinship/relative, non-kin, CPA non-kin and Therapeutic foster home licenses) |
|---|---|
| Dec 1, 2022 | 4077 |
| Jan 1, 2023 | 4081 |
| Feb 1, 2023 | 4040 |
| Mar 1, 2023 | 3974 |
| April 1, 2023 | 3950 |
| May 1, 2023 | 3917 |
| June 1, 2023 | 3891 |
| July 1, 2023 | 3869 |
| Aug 1, 2023 | 3800 |
| Sept 1, 2023 | 3746 |
| Oct 1, 2023 | 3733 |
| Nov 1, 2023* | 3691 |

*Note:  Due to updates, data may vary slightly from previous reports. *November 1, 2023 data may increase with updated data entry.*

<u>A breakdown of this monthly data by kin/fictive kin, unrelated, and temporary (provisional) licenses:</u>



ROBINSON
GRAY

December 8, 2023
Page: 5

Litigation + Business

| As of | Total Licensed Kin Foster Homes | Total Licensed Non-Kin (unrelated) Foster Homes (including Therapeutic) | Total Licensed Kin Temporary (provisional) Foster Homes |
|---|---|---|---|
| Dec 1, 2022 | 272 | 3805 | 92 |
| Jan 1, 2023 | 269 | 3812 | 79 |
| Feb 1, 2023 | 264 | 3776 | 80 |
| Mar 1, 2023 | 250 | 3724 | 88 |
| April 1, 2023 | 245 | 3705 | 99 |
| May 1, 2023 | 245 | 3672 | 114 |
| June 1, 2023 | 260 | 3631 | 95 |
| July 1, 2023 | 260 | 3609 | 111 |
| Aug 1, 2023 | 257 | 3543 | 111 |
| Sept 1, 2023 | 253 | 3493 | 106 |
| Oct 1, 2023 | 262 | 3471 | 83 |
| Nov 1, 2023* | 262 | 3429 | 88 |

*Note:  Due to updates, data may vary slightly from previous reports. *November 1, 2023 data may increase with updated data entry*

Monthly data on pending foster parent applications:

| As of | Total Pending Foster Homes | Pending Kin / fictive kin | Unrelated foster parent applications |
|---|---|---|---|
| Dec 1, 2022 | 119 | 8 | 111 |
| Jan 1, 2023 | 115 | 7 | 108 |
| Feb 1, 2023 | 113 | 7 | 106 |
| Mar 1, 2023 | 125 | 14 | 111 |
| April 1, 2023 | 136 | 19 | 117 |
| May 1, 2023 | 132 | 14 | 118 |
| June 1, 2023 | 128 | 12 | 116 |
| July 1, 2023 | 127 | 10 | 117 |
| Aug 1, 2023 | 128 | 11 | 117 |
| Sept 1, 2023 | 135 | 13 | 122 |
| Oct 1, 2023 | 156 | 14 | 142 |
| Nov 1, 2023* | 197 | 17 | 180 |

*Note:  Due to updates, data may vary slightly from previous reports. *November 1, 2023 data may increase with updated data entry.*



December 8, 2023
Page: 6

*Foster Parent Recruitment*

DSS issued a grant securing technical assistance from a consultant with experience assisting contract providers with foster parent recruitment and building a viable pool of foster homes. DSS convened several meetings with the consultant to determine the scope of recruitment efforts. DSS included consultants from Annie E. Casey to promote connection between these recruitment strategies and the "small test of change" currently underway in Greenville, Spartanburg, and Anderson Counties. Additional work outlined in this grant involves refinement of existing recruitment plans with CPAs and training for CPAs and DSS State Office and front-line staff on tactics to assist with recruiting, especially for specialized populations (teens, large sibling groups). During November 2022 through January 2023, the foster parent recruitment technical assistance (TA) provider conducted individual meetings with CPAs regarding their recruitment plans and strategies. On January 12 and 13, 2023, the TA provider conducted training on targeted recruitment for eight of the CPAs. Since that time the TA provider has met with CPAs individually to coach and support their recruitment efforts.  On May 4 and 5, 2023, the TA provider conducted in-person foster home recruitment training for the second cohort of CPAs. On November 2-3, 2023, the TA provider conducted the last in-person foster home recruitment training for the third cohort of CPAs.  Individualized coaching and support remain ongoing through December 2023.

In addition to licensing kin, as mentioned previously, DSS resumed direct, targeted recruitment and licensing of non-kin foster homes in May 2023.  The target populations for which DSS is recruiting families include older youth, sibling groups and LGBTQ+ youth. DSS has also engaged a media company in the development of television commercials targeted at recruiting additional foster parents. The television commercials feature fostering of teens and launched the last week of August 2023. The commercials have aired on cable, broadcast and digital media.

To address the growing need for foster families to serve LGBTQ+ youth, DSS has engaged in targeted recruitment efforts through dialogue with LGBTQ+ partners across the state. DSS held three meetings that resulted in decisions to develop educational videos that could be used both for foster parent recruitment and for foster parent training. DSS connected these partners to the South Carolina Foster Parent Association (SCFPA) for additional collaboration around the training videos. DSS is also identifying families across the state who may not be able to foster but would provide support or mentoring to LGBTQ+ youth and their foster families.  DSS has since engaged a consultant to lead the training initiatives.  This consultant has extensive experience providing support and training for youth in foster care, foster parents, caregivers and DSS staff.  The consultant met with the SC Foster Parent Association training director, foster parents, and community partners engaged in support programs for the LGBTQ+ community to identify gaps in current training and supports for foster families, case managers and youth.  Results from this meeting are being used to inform future strategies to fill identified gaps.  Additionally, the consultant along with other supporting DSS professionals conducted a focus group on June 15, 2023 with youth and young adults who identify as LGBTQ+ and are currently or



were previously in foster care. The consultant shared themes from the focus group with DSS leadership during a meeting on July 21, 2023 as well as possible strategies to improve the experiences of LGBTQ+ youth in foster care. In conjunction with the technical assistance for training, DSS also utilized the expertise of the recruitment TA provider for support with targeted recruitment. The TA provider held five LGBTQ+ affirming foster home meetings to assist CPAs with targeted recruitment plans for LGBTQ+ affirming foster families.

DSS held several meetings with a workgroup of Therapeutic Foster Care (TFC) CPA providers to develop a process for kin and fictive kin who have placement of a child or youth with therapeutic needs through provisional or standard license and are seeking the opportunity to become licensed as a TFC home so that additional supports and services can be provided. DSS developed an initial draft protocol and sent this to providers for review and feedback. The workgroup has since identified training requirements necessary for kinship TFC and met on May 4, 2023 to discuss a non-safety waiver form and feedback on the draft protocol. Since that time, the workgroup has solidified plans to implement. DSS will train licensing staff in December 2023 on the process of referring kinship families for TFC and they will begin educating kinship families in January 2024 on the option of becoming licensed as a TFC home.

In addition to licensing, DSS and TFC providers also discussed service access for children and youth even when kinship families were not interested in becoming a licensed TFC home. Collaboration continues to build a process for wrap-around services that promote stability and support the success of kinship placements. DSS and the TFC providers drafted a scope of work that includes in-home services for both licensed and unlicensed kinship families. DSS anticipates the scope of work will be finalized and a grant will be ready to issue in January 2024.

**3. Foster Children in kin/fictive kin Placements**

DSS continues to increase the number of children and youth in kin / fictive kin placements showing progressively higher proportions of its children and youth in these placements. As of November 1, 2023, 27% of all children and youth in care live with kin. When totaled, 87% of children or youth in care live in regular foster homes, pre-adoptive or adoptive homes, therapeutic homes, or with kin.

<u>Monthly data on the number and percentage of foster children in kin/ fictive kin placements from December 1, 2022 to the present:</u>



Litigation + Business

| As of | Number of foster children in kin/ fictive kin placements | Pct. of foster children in kin/ fictive kin placements |
|---|---|---|
| Dec 1, 2022 | 886 | 23% |
| Jan 1, 2023 | 914 | 24% |
| Feb 1, 2023 | 900 | 24% |
| Mar 1, 2023 | 938 | 24% |
| April 1, 2023 | 952 | 25% |
| May 1, 2023 | 929 | 25% |
| June 1, 2023 | 945 | 25% |
| July 1, 2023 | 973 | 26% |
| Aug 1, 2023 | 970 | 27% |
| Sept 1, 2023 | 950 | 26% |
| Oct 1, 2023 | 996 | 27% |
| Nov 1, 2023* | 978 | 27% |

*Note: Due to updates, data may vary slightly from previous reports. *November 1, 2023 data may increase with updated data entry.*

### Identifying Kin

A Family Search and Engagement (FSE) protocol, included in the Overnight Stay Plan, is used by DSS to identify kin and fictive kin for children in care who experience overnight stays. Additionally, Pre-Removal Child and Family Team Meetings (CFTMs) are a forum to identify kin supports and possibly prevent foster care entry. When a child does enter care, frontline county case management and leadership must exhaust all efforts to locate kin or fictive kin before non-kin foster placements are considered. County staff received training to support effective communication of the benefits of kin licensure as part of the kin/fictive kin engagement process.

DSS assessed the functionality of the FSE protocol and has updated it to align with the CFTM process and activities of the CFTM staff to locate and engage family members in the Child and Family Team. The updated protocol was implemented on April 24, 2023. DSS is finding that Family Search and Engagement efforts, even when they do not produce viable kin placement options, are still useful in generating supports for the children and youth in care and their families.

### Kin Supports

DSS created a capacity building grant to help support organizations interested in providing navigator services under the existing HALOS Kinship Support model. The capacity building grant was open to any provider interested in applying. DSS decided to partner with Foster Kinship in Nevada to replicate their Kinship Navigator Program in South Carolina with private providers. The program is recognized on the Title IV-E Prevention Services Clearinghouse as Promising. This decision required DSS to adjust the scope of work for the capacity building grant to include what is needed for Foster Kinship's Kinship

Navigator Program. DSS awarded capacity building grants in October to three providers, one in the Upstate, one in the Midlands and Pee Dee, and one in the Lowcountry. DSS held the Foster Kinship Navigator kickoff meeting with providers on November 28, 2023. The Foster Kinship team from Nevada will be in South Carolina on January 3-5, 2024 to begin implementation with providers. DSS continues to engage the former Executive Director of HALOS, Kim Clifton, in a consulting role to assist in building out the kinship navigator program and implementing the model. The timeline for full implementation is Summer 2024.

A separate scope of work is being drafted for a Kinship Navigator Services Request for Proposal (RFP). Any provider may be considered for this award permitting they are able to show their ability to meet the requirements outlined within the scope of work. The Kinship Navigator Services RFP scope of work is currently under development with support from a consultant brought on in April 2023. Due to the lengthy RFP procurement process, this project is targeted for completion in Fall 2024. This timeframe aligns with the plan to initially issue capacity building grants to interested providers for a full year leading up to the implementation of the full Kinship Navigator Services contract (RFP).

Also, DSS again received grant funding from the Children's Bureau for Kinship Navigator services that is utilized to continue statewide kinship support groups as well as to extend the work in this focus area that HALOS and its partners are currently doing across the state.

As mentioned in the Foster Parent Recruitment Update on page 7, DSS continues collaboration with TFC providers regarding services/supports for kin who have youth that qualify for a therapeutic level of care and a scope of work has been drafted for wraparound in-home services for this population of caregivers, planned for implementation in January 2024. DSS is exploring this supportive services option for kin who do not wish to be licensed as TFC foster parents.

4. **OHAN**

   <u>Monthly data by numbers and percentages on the status of OHAN investigations from December 1, 2022 to the present, including timely opening of files and timely closing of files:</u>

   DSS has a monthly report that evaluates investigation timeliness. This report also only includes group homes, foster homes, and residential treatment facilities, to capture OHAN specific cases. It incorporates an additional algorithm that checks the CAPSS system for the age of the alleged victim and whether there was an open foster care service line at the time of the intake, to eliminate non-Class Members from data reports to the extent possible.



Litigation + Business

Timely Opening of files:

| intake month / year | Initiation | | |
|---|---|---|---|
| | # of Investigations | # initiated within 24 hours | % initiated within 24 hours (Benchmark: 95%) |
| Dec 2022 | 29 | 27 | 93% |
| Jan 2023 | 42 | 36 | 86% |
| Feb 2023 | 48 | 48 | 100% |
| Mar 2023 | 41 | 41 | 100% |
| Apr 2023 | 40 | 38 | 95% |
| May 2023 | 38 | 35 | 92% |
| Jun 2023 | 39 | 38 | 97% |
| Jul 2023 | 40 | 38 | 95% |
| Aug 2023 | 42 | 36 | 86% |
| Sept 2023* | 70 | 63 | 90% |
| Oct 2023* | 76 | 68 | 89% |

*Data compiled for this report, while using data from CAPSS, has a different methodology and extract pull and may not correspond exactly to data from the monitoring period review. *In addition, the methodology for September and October is different, it includes non-Class Members and is not comparable to other months. Extracts are as of 11/13/2023.*

Timely Closure of Files:

| intake month / year | Determinations Less than 45 days & Less than 60 days | | | | | | | | Over 60 days | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # within 45 days | % within 45 days | # between 46 and 60 days with an extension | # within 60 days (includes 15-day approved extension) | % within 45 days or 60 days with an approved 15-day extension (Benchmark: 60%) | # within 60 days without extension | total within 60 days | % of total within 60 days (Benchmark: 80%) | # between 61 and 90 days | # greater than 90 days |
| Dec 2022 | 26 | 90% | 2 | 28 | 97% | 1 | 29 | 100% | 0 | 0 |
| Jan 2023 | 40 | 95% | 2 | 42 | 100% | 0 | 42 | 100% | 0 | 0 |
| Feb 2023 | 42 | 88% | 5 | 47 | 98% | 1 | 48 | 100% | 0 | 0 |
| Mar 2023 | 33 | 80% | 7 | 40 | 98% | 1 | 41 | 100% | 0 | 0 |
| Apr 2023 | 34 | 85% | 5 | 39 | 98% | 1 | 40 | 100% | 0 | 0 |
| May 2023 | 32 | 84% | 4 | 36 | 95% | 1 | 37 | 97% | 0 | 0 |
| Jun 2023 | 33 | 85% | 4 | 37 | 95% | 2 | 39 | 100% | 0 | 0 |
| Jul 2023 | 32 | 80% | 8 | 40 | 100% | 0 | 40 | 100% | 0 | 0 |
| Aug 2023 | 36 | 86% | 5 | 41 | 98% | 1 | 42 | 100% | 0 | 0 |
| Sep 2023* | 55 | 79 % | 2 | 57 | 81 % | 2 | 59 | 84% | 0 | 0 |



**Litigation + Business**

| Oct 2023* | 6 | 8% | - | 6 | 8% | - | 6 | 8% | 0 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|

*Data compiled for this report, while using data from CAPSS, has a different methodology and extract pull and may not correspond exactly to data from the monitoring period review. *In addition, the methodology for September and October is different, it includes non-Class Members and is not comparable to other months. Extracts are as of 11/13/2023. Eleven (11) investigations have either not been determined or data has not been entered in CAPSS for September 2023. Seventy (70) investigations have either not been determined or data has not been entered in CAPSS for October 2023. While November has had cases initiated, none have been completed and therefore November was not included in this chart.*

<u>Cases in which all core witnesses were contacted:</u>

For the months of December 2022 through February 2023 and April 2023 through August 2023, DSS QA, DSS Internal Monitoring and ADR staff reviewed an 85% (+-5%) random sample of OHAN cases specifically focused on OHAN core witnesses. Below are the results of those reviews.

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; December 2022; N = 29

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 29 | 28 | 97% |
| Reporter | 25 | 23 | 92% |
| Alleged Perpetrator(s) | 29 | 26 | 90% |
| Law Enforcement | 9 | 6 | 67% |
| Alleged Victim Child(ren)'s Case Manager(s) | 29 | 27 | 93% |
| Other Adults in the Home or Facility | 13 | 10 | 77% |
| Other Child(ren) in the Home or Facility | 19 | 16 | 84% |
| Additional Core Witnesses | 25 | 15 | 60% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; January 2023; N = 36

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 36 | 35 | 97% |
| Reporter | 31 | 28 | 90% |
| Alleged Perpetrator(s) | 36 | 34 | 94% |
| Law Enforcement | 6 | 6 | 100% |
| Alleged Victim Child(ren)'s Case Manager(s) | 36 | 34 | 94% |



| | | | |
|---|---|---|---|
| Other Adults in the Home or Facility | 16 | 12 | 75% |
| Other Child(ren) in the Home or Facility | 22 | 20 | 91% |
| Additional Core Witnesses | 33 | 24 | 73% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; February 2023; N = 37

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 37 | 35 | 95% |
| Reporter | 34 | 28 | 82% |
| Alleged Perpetrator(s) | 37 | 35 | 95% |
| Law Enforcement | 10 | 6 | 60% |
| Alleged Victim Child(ren)'s Case Manager(s) | 37 | 27 | 73% |
| Other Adults in the Home or Facility | 19 | 13 | 68% |
| Other Child(ren) in the Home or Facility | 20 | 15 | 75% |
| Additional Core Witnesses | 34 | 24 | 73% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; April 2023; N = 38

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 38 | 35 | 92% |
| Reporter | 36 | 28 | 78% |
| Alleged Perpetrator(s) | 38 | 25 | 92% |
| Law Enforcement | 15 | 8 | 53% |
| Alleged Victim Child(ren)'s Case Manager(s) | 38 | 27 | 71% |
| Other Adults in the Home or Facility | 18 | 13 | 72% |
| Other Child(ren) in the Home or Facility | 26 | 23 | 89% |
| Additional Core Witnesses | 34 | 22 | 65% |



December 8, 2023
Page: 13

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; May 2023; N = 37

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 37 | 32 | 86% |
| Reporter | 35 | 31 | 89% |
| Alleged Perpetrator(s) | 37 | 36 | 97% |
| Law Enforcement | 13 | 6 | 46% |
| Alleged Victim Child(ren)'s Case Manager(s) | 37 | 30 | 81% |
| Other Adults in the Home or Facility | 15 | 11 | 73% |
| Other Child(ren) in the Home or Facility | 26 | 13 | 50% |
| Additional Core Witnesses | 34 | 22 | 65% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; June 2023; N = 35

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 35 | 35 | 100% |
| Reporter | 32 | 28 | 88% |
| Alleged Perpetrator(s) | 35 | 34 | 97% |
| Law Enforcement | 10 | 7 | 70% |
| Alleged Victim Child(ren)'s Case Manager(s) | 35 | 31 | 89% |
| Other Adults in the Home or Facility | 22 | 18 | 82% |
| Other Child(ren) in the Home or Facility | 21 | 19 | 91% |
| Additional Core Witnesses | 28 | 22 | 79% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness; July 2023; N = 36

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 36 | 36 | 100% |
| Reporter | 33 | 32 | 97% |

ROBINSON
GRAY

Litigation + Business

| | | | |
|---|---|---|---|
| Alleged Perpetrator(s) | 36 | 35 | 97% |
| Law Enforcement | 8 | 8 | 100% |
| Alleged Victim Child(ren)'s Case Manager(s) | 36 | 32 | 89% |
| Other Adults in the Home or Facility | 15 | 11 | 73% |
| Other Child(ren) in the Home or Facility | 20 | 15 | 75% |
| Additional Core Witnesses | 26 | 17 | 65% |

Contact with Necessary Core Witnesses during Investigations by Type of Core Witness;
August 2023; N = 36

| Core Witness | Number of Applicable Investigations | Contact with All | Percent |
|---|---|---|---|
| Alleged Victim Child(ren) | 36 | 35* | 97% |
| Reporter | 31 | 28 | 90% |
| Alleged Perpetrator(s) | 36 | 36 | 100% |
| Law Enforcement | 10 | 8 | 80% |
| Alleged Victim Child(ren)'s Case Manager(s) | 36 | 29 | 81% |
| Other Adults in the Home or Facility | 11 | 9 | 82% |
| Other Child(ren) in the Home or Facility | 19 | 17 | 89% |
| Additional Core Witnesses | 31 | 24 | 77% |

*In one case, the victim children were interviewed about their safety but not about the allegations.

The chart below provides comparisons with the results of the last three monitoring period reviews as well as the monthly reviews from December 2022 through February 2023 and April 2023 through August 2023.

Comparison with Reviews from Prior Months

| For Investigations that opened in | Investigations Reviewed | Investigations where there has been contact with all necessary core witnesses | Percentage of Investigations where there has been contact with all necessary core witnesses |
|---|---|---|---|
| September 2021 (MP 10) | 54 | 27 | 50% |
| March 2022 (MP 11) | 51 | 26 | 51% |
| September 2022 (MP 12) | 51 | 34 | 67% |
| December 2022* | 29 | 15 | 52% |

**ROBINSON GRAY**

Litigation + Business

| | | | |
|---|---|---|---|
| January 2023* | 36 | 19 | 53% |
| February 2023* | 37 | 20 | 54% |
| March 2023 (MP 13) | 43 | 35 | 81% |
| April 2023* | 38 | 16 | 42% |
| May 2023* | 37 | 15 | 41% |
| June 2023* | 35 | 20 | 57% |
| July 2023* | 36 | 22 | 61% |
| August 2023* | 36 | 23 | 64% |

*Monthly reviews pull an 85% (+-5%) random sample of OHAN cases specifically focused on OHAN core witnesses.*

Monthly data by numbers and percentages on the status of OHAN investigations from July 1, 2022 to the present, including founded and unfounded cases:

DSS compiles a monthly report that provides, among other things, the number of intakes that are screened in and the final decision on the investigation. While this report eliminates non-class placement types (such as childcare) and it includes only group homes, foster homes and residential treatment facilities, there may be OHAN investigations included in the summary that do not have a class member, such as youth who are 18 years and older.

| By Month of Intake | Total Reports/ Investigations Accepted | Pct. Accept. | Investigations in progress / not determined / data incomplete | Investigations: Founded | Pct. Found. | Investigations : Total Unfounded | Pct. Unfound |
|---|---|---|---|---|---|---|---|
| Dec 2022 | 44 | 59% | 0 | 2 | 5% | 42 | 95% |
| Jan 2023 | 60 | 69% | 0 | 6 | 10% | 54 | 90% |
| Feb 2023 | 70 | 59% | 0 | 6 | 9% | 64 | 91% |
| Mar 2023 | 66 | 65% | 0 | 7 | 11% | 59 | 89% |
| Apr 2023 | 62 | 57% | 0 | 4 | 6% | 58 | 94% |
| May 2023 | 62 | 57% | 0 | 5 | 8% | 57 | 92% |
| Jun 2023 | 60 | 69% | 0 | 6 | 10% | 54 | 90% |
| Jul 2023 | 69 | 72% | 0 | 10 | 14% | 59 | 86% |
| Aug 2023 | 70 | 58% | 0 | 6 | 9% | 64 | 91% |
| Sep 2023* | 70 | 61% | 11 | 4 | 6% | 55 | 79% |
| Oct 2023* | 76 | 65% | 70 | - | - | 6 | 8% |

*Numbers may vary with updated data entry and completion of investigations.  *Please note that statistics for September and October 2023 are incomplete.  Extracts are as of 11/13/2023.*

ROBINSON GRAY

Litigation + Business

**5. Foster Care Staff Attrition**

A. <u>Monthly data on attrition of foster care staff from December 1, 2022 to the present:</u>

DSS typically analyzes turnover by quarter and annually because turnover is cumulative for the calendar year. For example, Quarter 3, 2022 is the sum of July – September 2022 months. However, for this request, DSS separated out by month and provided quarterly sums. While Quarter 3 in 2023 is still preliminary, Quarter 3 in 2023 shows less turnover than Quarter 3 in 2022 for all program areas with Class Members (Foster Care, Adoptions and OHAN).

| | Total Turnover Jul 2022 to Sep 2023 | | | Adoptions | | | Foster Care | | | OHAN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Number of Staff | Number of Separations from Agency | % Turnover | Number of Staff | Number of Separations from Agency | % Turnover | Number of Staff | Number of Separations from Agency | % Turnover | Number of Staff | Number of Separations from Agency | % Turnover |
| Jul-22 | 508 | 14 | 2.8% | 131 | 5 | 3.8% | 351 | 9 | 2.6% | 26 | 0 | 0.0% |
| Aug-22 | 515 | 14 | 2.7% | 133 | 3 | 2.3% | 356 | 10 | 2.8% | 26 | 1 | 3.8% |
| Sep-22 | 512 | 19 | 3.7% | 129 | 6 | 4.7% | 355 | 13 | 3.7% | 28 | 0 | 0.0% |
| Oct-22 | 508 | 11 | 2.2% | 126 | 3 | 2.4% | 354 | 8 | 2.3% | 28 | 0 | 0.0% |
| Nov-22 | 505 | 13 | 2.6% | 128 | 2 | 1.6% | 349 | 11 | 3.2% | 28 | 0 | 0.0% |
| Dec-22 | 514 | 14 | 2.7% | 126 | 2 | 1.6% | 356 | 12 | 3.4% | 32 | 0 | 0.0% |
| Jan-23 | 517 | 16 | 3.1% | 129 | 1 | 0.8% | 358 | 12 | 3.4% | 30 | 3 | 10.0% |
| Feb-23 | 527 | 9 | 1.7% | 129 | 4 | 3.1% | 366 | 5 | 1.4% | 32 | 0 | 0.0% |
| Mar-23 | 536 | 18 | 3.4% | 134 | 3 | 2.2% | 369 | 15 | 4.1% | 33 | 0 | 0.0% |
| Apr-23 | 539 | 8 | 1.5% | 134 | 2 | 1.5% | 372 | 5 | 1.3% | 33 | 1 | 3.0% |
| May-23 | 537 | 12 | 2.2% | 134 | 3 | 2.2% | 369 | 8 | 2.2% | 34 | 1 | 2.9% |
| Jun-23 | 543 | 19 | 3.5% | 127 | 8 | 6.3% | 381 | 10 | 2.6% | 35 | 1 | 2.9% |
| Jul-23 * | 546 | 8 | 1.5% | 126 | 1 | 0.8% | 385 | 7 | 1.8% | 35 | 0 | 0.0% |
| Aug-23 * | 552 | 19 | 3.4% | 132 | 3 | 2.3% | 384 | 16 | 4.2% | 36 | 0 | 0.0% |
| Sep-23 * | 557 | 11 | 2.0% | 138 | 1 | 0.7% | 383 | 10 | 2.6% | 36 | 0 | 0.0% |
| Quarter 3 2022 | 511.7 | 47 | 9.2% | 131.0 | 14 | 10.7% | 354.0 | 32 | 9.0% | 26.7 | 1 | 3.8% |
| Quarter 4 2022 | 509.0 | 38 | 7.5% | 126.7 | 7 | 5.5% | 353.0 | 31 | 8.8% | 29.3 | 0 | 0.0% |
| Quarter 1 2023 | 526.7 | 43 | 8.2% | 130.7 | 8 | 6.1% | 364.3 | 32 | 8.8% | 31.7 | 3 | 9.5% |
| Quarter 2 2023 | 539.7 | 39 | 7.2% | 131.7 | 13 | 9.9% | 374.0 | 23 | 6.1% | 34.0 | 3 | 8.8% |
| Quarter 3 2023 * | 551.7 | 38 | 6.9% | 132.0 | 5 | 3.8% | 384.0 | 33 | 8.6% | 35.7 | 0 | 0.0% |

*Totals include only program areas with Class Members. Turnover for 2022 and 2023 includes only Case Managers and Team Leaders. *Preliminary data.*



*Totals include only program areas with Class Members. Turnover for 2022 includes only Case Managers and Team Leaders. *Preliminary data.*

ROBINSON
GRAY
Litigation + Business

B. Total number of foster care staff who vacated their positions due to transfer or promotion:

Utilizing data in SCEIS, DSS HR calculated the total number of Foster Care (FC) Case Managers and Team Leaders, Adoptions Case Managers and Team Leaders, and OHAN Investigators and Team Leaders who either transferred or were promoted between December 1, 2022, and October 31, 2023.

During this timeframe, DSS promoted eight (8) FC Case Managers to FC Team Leaders, two (2) Adoptions Case Managers to Adoptions Team Leaders, one (1) OHAN Investigator to OHAN Team Leader for a total of eleven (11) promotions. Additionally, eight (8) employees transferred to other programs within Child Welfare.

C. For foster care staff who have left the agency, the number who were employed for one year or less, and the number who had been employed longer than one year:

Utilizing data in SCEIS, DSS HR calculated the time of employment for Foster Care Case Managers and Team Leaders, Adoptions Case Managers and Team Leaders, and OHAN Investigators and Team Leaders who separated from the Agency between December 1, 2022 and October 31, 2023:

| Separations between December 1, 2022 and October 31, 2023 | Employment = 1 year or less | Employment 1 year + |
|---|---|---|
| 148 | 66 | 82 |

Please reference Item 12 for additional information on work DSS is doing to reduce attrition from the agency through increasing support to staff and focusing on recruitment and hiring of individuals more suited to the difficult work of Child Welfare.

6. **Healthcare**

Monthly data since December 1, 2022 on DSS meeting its benchmarks under the Healthcare Plan for regular physician, dental, and other required visits, as well as scheduling follow-up care and assessments from such regular visits:

Developmental Assessments

In the DSS Health Care Outcomes, DSS committed that "At least **90%** of Class Members under 36 months of age will be referred to the state entity responsible for developmental assessments within 30 days of entering care; at least **95%** shall be referred within 45 days." DSS's percentages on young children who were referred to developmental assessments timely met the final targets in MP10, but these percentages were not sustained, and dropped below the final targets during MP11. In MP12, the percentages hovered at 82% (within 30 days) and 89% (within 45 days). Results for MP13 showed improvements to 88% (within 30 days) and 93% (within 45 days).



Beginning April 1, 2023, to assist with timeliness, the Well-Being Team's Data Coordinators assumed responsibility for making BabyNet referrals for children in foster care, so it is no longer the responsibility of case managers. This practice of centralizing the responsibility for BabyNet referrals has yielded a positive impact on the compliance percentage.

Besides the compliance metrics that DSS produces, DSS also has a monthly report. Below are the monthly trends from December 1, 2022 forward. As can be seen in the chart below, DSS has made considerable improvements and met the final targets for both referrals in 30 days and referrals in 45 days during the month of November 2023.



Timeliness of comprehensive Well Child and Dental Visits:

DSS collects data on timely completion of well child and dental visits based on the following periodicity schedule:
- Children ages 0 to 6 months – well child visits monthly
- Children ages 6 months to 2 years – well child visits every 3 months
- Children ages 2 and over – well child and dental visits every 6 months

Below are the monthly trends from December 2022 forward on children in foster care who are up to date on their well child and dental visits. DSS increased by 11 percentage points from December 2022 to November 2023 for its Well Child Visits. DSS also saw improvements in its timeliness for initial (entry) well child visits. According to results for MP13, DSS improved the number of well-child visits within 30 days by 5 percentage points from MP12 (35% to 40%). There was also an increase in well child visits within 60 days.



December 8, 2023
Page: 19



DSS also saw improvements in the monthly trends for children and youth who are up to date on dental visits.



ROBINSON
GRAY

December 8, 2023
Page: 20

Litigation + Business

DSS has a monthly report that tracks the status of well child and dental visits for all children and youth in its care and is used by the well-being team members and the field. Below are two charts that show the status of well child and dental visits using the most recent statistics (November 2023 report month).

These two charts show the following:

- Of all children and youth in care, 99% had at least one well child visit on record or are scheduled for a well child visit and 95% had at least one dental visit on record or are scheduled for a dental visit.
- 96% of children had a well-child visit within the last 12 months and 91% of children had a dental visit within the last 12 months.
- Only 59 well child (2%) and 56 dental visits (2%) were 12 months or more past due with no appointment scheduled.
- Of all children and youth in care, 67% were up to date on their well child visits and 66% were up to date on their dental visits.

<u>November 2023 Report Month - October 2023 in FC under 18 Years</u>
Status of Well Child Visits

| WC Status as of 11/20/23 | Number of Children | Pct of Children |
|---|---|---|
| 1 - No WC Visit on Record | 36 | 1% |
| 2 - WC Visit over 18 Months Past Due | 23 | 1% |
| 3 - WC Visit 12-18 Months Past Due | 36 | 1% |
| 4 - WC Visit 6-12 Months Past Due | 98 | 3% |
| 5 - WC Visit 0-6 Months Past Due | 896 | 27% |
| WC Up to Date, est. follow-up date within 30 days | 420 | 13% |
| WC Up to Date, est. follow-up date beyond 30 days | 1791 | 54% |
| Past Due but Appt Scheduled | 47 | 1% |
| Grand Total | 3347 | 100% |

Status of Dental Visits

| Dental Status as of 11/20/23 | Number of Children | Pct of Children |
|---|---|---|
| 1 - No Dental Visit on Record | 160 | 5% |
| 2 - Dental Visit over 18 Months Past Due | 23 | 1% |
| 3 - Dental Visit 12-18 Months Past Due | 33 | 1% |
| 4 - Dental Visit 6-12 Months Past Due | 124 | 4% |
| 5 - Dental Visit 0-6 Months Past Due | 610 | 21% |
| Dental Up to Date, est. follow-up date within 30 days | 331 | 11% |



ROBINSON
GRAY

December 8, 2023
Page: 21

Litigation + Business

| Dental Up to Date, est. follow-up date beyond 30 days | 1596 | 55% |
|---|---|---|
| Past Due but Appt Scheduled | 46 | 2% |
| Grand Total | 2923 | 100% |

<u>Follow-Up Care/Overall Health Care Activity</u>
DSS has continued to make system updates to the CAPSS documentation system so it can be used as an informational and management tool to manage the health and behavioral health care of foster children while making it more intuitive to use. Though DSS may not have all the information coded to easily extract follow-up care, there is information on the medical and behavioral health services foster children are receiving. The chart below shows the depth and breadth of the health encounters documented in CAPSS. This data has been filtered for children and youth in care starting in December 2022 through the latest month (extract as of 11-20-2023) and shows all encounters. Many category types of encounters imply follow-up care.

December 2022 through October 2023: By Encounter Category

| Years | Encounter Month | Behavioral Health | Dental | Hearing | Medical | Occupational Therapy | Physical Therapy | Speech | Vision | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Dec | 172 | 298 | 2 | 559 | 2 | 0 | 7 | 35 | 1075 |
| 2023 | Jan | 226 | 360 | 4 | 695 | 5 | 3 | 18 | 61 | 1372 |
| 2023 | Feb | 254 | 351 | 3 | 707 | 6 | 9 | 18 | 50 | 1398 |
| 2023 | Mar | 315 | 438 | 9 | 845 | 12 | 4 | 28 | 51 | 1702 |
| 2023 | Apr | 239 | 386 | 3 | 727 | 7 | 16 | 21 | 43 | 1442 |
| 2023 | May | 248 | 394 | 5 | 757 | 12 | 15 | 23 | 48 | 1502 |
| 2023 | Jun | 220 | 472 | 3 | 823 | 11 | 13 | 14 | 54 | 1610 |
| 2023 | Jul | 190 | 387 | 9 | 698 | 9 | 14 | 10 | 50 | 1367 |
| 2023 | Aug | 215 | 496 | 1 | 886 | 16 | 27 | 16 | 45 | 1702 |
| 2023 | Sept | 201 | 407 | 5 | 728 | 8 | 13 | 21 | 44 | 1427 |
| 2023 | Oct | 175 | 322 | 5 | 678 | 2 | 4 | 8 | 53 | 1247 |
| Total | | 2455 | 4311 | 49 | 8103 | 90 | 118 | 184 | 534 | 15844 |

DSS is collaborating with the Co-Monitoring team to develop a case review process focused on follow-up care. In a meeting with the Co-Monitors and staff, a plan was outlined to explore the use of case reviews to capture follow-up care. DSS currently has a case review process for the federal Child and Family Services Review (CFSR). The CFSR instrument used by SC (and many other states) does contain questions focused on follow-up care. While the instrument and instructions would have to be modified for class members, DSS believes that case reviews augmented with interviews will be a more effective tool to capture follow-up care data. This qualitative information would still be expanded with quantitative information where available.

ROBINSON
GRAY

Litigation + Business

<u>Actions DSS has undertaken to improve its performance in meeting the benchmarks of the Healthcare Plan</u>

DSS holds weekly staffing calls with the field to explore solutions to barriers and challenges for completion and entry of well child and dental visits. Exploration includes conducting individual case consultations with county leadership to determine the status of required encounters. Nursing staff continue to resolve ongoing medical needs identified through review of after visit summaries as well as to work directly with the CAPSS team to update terminology and definitions to streamline entry of health care data.

Additionally, case managers and Wellbeing team members continue to emphasize and encourage foster parents and providers to use the Child and Adult Information Portal (CAIP) to enter medical appointments for youth in care. The CAIP provides ability to foster parents, Child Placing Agency staff and Group Home Providers to enter data on medical, dental, behavioral health encounters and visitation into a secure portal from which data is automatically transmitted into the Department's central documentation system, CAPSS. The SC Foster Parent Association conducts ongoing CAIP training and notifies DSS of all participants who complete the course, so the participants can be given CAIP access.

In June 2021, the South Carolina Foster Care Affinity Group was launched. Through this learning collaborative, DHHS, DSS and other partners worked to expand understanding of data-driven interventions to improve timely access to medical care, while learning about the science of quality improvement. A key initial focus was to understand and rectify the delays that exist between a child's entry into foster care, the assignment of a Medicaid number and the occurrence of the first well-child visit. The Foster Care Affinity group examined children's cases and determined that it takes approximately 5-7 business days for the process of assigning a Medicaid number and enrolling a child/youth into Select Health.  DSS requests that providers allow initial medical appointments to be scheduled for foster children/youth prior to Medicaid and Select Health enrollment to avoid scheduling delays.

The Foster Care Affinity Group also expanded its focus to additional children with unusually long delays to gain further understanding of barriers to timely medical care. Select Health conducts ongoing provider education related to the incentive coding for well child visits to increase frequency and timeliness.  Other activities included presentations such as a presentation by Select Health, DHHS and DSS at the South Carolina Chapter of the American Academy of Pediatrics' meeting regarding the Community Access to Child Health (CATCH) Program.  The presentation reiterated the need for additional providers so that children and youth in foster care meet expected healthcare outcomes.

The Foster Care Affinity Group examined the impact of the Healthcare Quality Improvement Coordinators (HQIC) on timeliness of scheduling initial well child visits.  The Group spotlighted DSS during an all-state workshop to share the work of the HQICs.

While the Foster Care Affinity Project has officially ended, the group continues to regularly meet to examine issues and share successes.  It has begun reviewing barriers with dental



access and has recently acquired address information from DHHS on all dental providers who take Medicaid.

Select Heath continues to focus on improving Care Coordination through its text campaign to help increase contact with caregivers and improve the timeliness of initial encounters for youth entering foster care. Select Health Care Coordinators are also utilizing DSS data to follow up on children and youth who do not have a well child visit on record and assist with appointments or other identified barriers.  Recent improvement in well child visit data may have been impacted by this work.

DSS hired its first Health Care Quality Improvement Coordinator (HQIC) in December 2022 in the Pee Dee Region. Since that time DSS has added HQICs in the other regions.  As of July 2, 2023, all HQICs are in place across the state. The Health Care Quality Improvement Coordinator's primary duty is to support improved timeliness of initial healthcare encounters by scheduling appointments soon after a child/youth comes into foster care and conducting follow-up as needed with case managers, county leadership and the child/youth's Care Coordinator with Select Health.  Internal DSS data on initial well child visits reflects positive impacts from the work of the HQICs.   In October 2023, the HQICs began documenting initial dental visits in five counties so as not to lose momentum in improving documentation of initial well-child visits.   The counties include Greenwood, Richland, York, Berkeley and Horry counties.  The HQICs and the Nursing team meet regularly to examine their workflow and processes to support improved wellbeing outcomes for children and youth served by DSS.

The DSS CAPSS team developed the capacity for Regional Nurses to be alerted via email when a child or youth has a medical concern identified at the completion of the Family Advocacy Support Tool (FAST)/Child Adolescent Needs & Strengths (CANS) assessment tools. These alerts expedite the nurses' awareness of children who may have complex medical needs, so the nurses can follow the children's cases and provide support to case management staff, as needed. The FAST/CANS assessment extends beyond medical diagnoses and includes the following: life threatening; chronicity; diagnostic complexity; emotional response; impairment functioning; intensity of treatment; organizational complexity, and family stress.

DSS continues to focus on teaming with DHHS and Select Health around Care Coordination for children in foster care to promote timely receipt of medical, dental and behavioral healthcare.  SCDSS, DHHS and Select Heath meet weekly to address current issues that impact the timeliness of services for foster care youth and children.  As a result, Select Health committed to additional efforts (monthly) to reach those foster parents with whom the Care Coordinators have not been able to establish initial contact.  Select Health also contacted caregivers for a number of children and youth with late or missing well child visits to provide support and assist with identified barriers.  However, they do not have the capacity to add this as an ongoing task.  Internally, DSS has developed a process to alert case managers via email when children and youth have upcoming well-child visits due in 60 and again in 30 days.  This proactive approach allows case managers time to follow up

ROBINSON
GRAY

Litigation + Business

with caregivers on the status of appointments and provide assistance if needed so there is not a delay in periodic medical care.

DSS believes that increased use of the Child and Adult Information Portal (CAIP) by foster parents and providers will support timely documentation of health encounters as well as other activities that impact well-being, such as visitation. The following chart provides the total number of transactions, by type, as of November 19, 2023.   Health related transactions were the largest share.

| Transaction Type | Number of Transactions | Percent |
|---|---|---|
| Files | 10470 | 31% |
| Health Appointments | 8952 | 27% |
| Health Visits | 8249 | 25% |
| Physician Association | 2359 | 7% |
| Foster Parent Visit | 1216 | 4% |
| Education Enrollment | 594 | 2% |
| Person Events | 595 | 2% |
| Health Information | 491 | 1% |
| Special Interest | 144 | 0% |
| Award | 53 | 0% |
| Preserving Connections | 54 | 0% |
| Education Encounter | 48 | 0% |
| Post-Secondary Education | 20 | 0% |
| Total | 33,245 | 100% |

| Transaction Type by Category | Number of Transactions | Percent |
|---|---|---|
| Healthcare | 20051 | 60% |
| Education | 715 | 2% |
| Visitation | 1270 | 4% |
| Events/Interests | 739 | 2% |
| Files* | 10470 | 31% |

*Files are documents linked in CAPSS.  They could pertain to any of the prior category types.*

7. **Caseloads**

Monthly data since December 1, 2022 for caseloads of all caseworkers responsible for Michelle H. class members and the number and percentage of caseworkers who meet the interim benchmarks:

**ROBINSON GRAY**

Litigation + Business

DSS analyzes caseloads in multiple ways. For compliance and measurement in the monitoring periods, DSS uses a set of random dates issued by the Co-Monitors. It then generates caseload reports for those random dates from CAPSS. To measure half caseload standards for new case managers, DSS must merge in separate files maintained in Excel that include information on the completion of Child Welfare Certification Training. The tables below from December 2022 through March 2023 include the results of those caseload analyses with the more distinct fine-tuning processes for measurement.

In foster care caseloads and OHAN caseloads, the percentage of case managers and investigators who are at or below the standard continues to improve. Furthermore, in both programs, the percentage of case managers and investigators with the highest cases (160%) continues to decline. In February and March 2023, OHAN had no investigators with a caseload that was above 160% of the standard.

Foster Care Caseloads

| Random Date | Case Managers serving 1+ class | Workers <= Std | Pct Workers <= Std | Workers Over 100% | Workers 101-125% | Workers Over 125%* | Pct Workers Over 125% | Workers Over 160%* | Pct Workers Over 160% |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2022* | 251 | 132 | 53% | 119 | 35 | 84 | 33% | 37 | 15% |
| 1/21/2023* | 261 | 141 | 54% | 120 | 48 | 72 | 28% | 35 | 13% |
| 2/8/2023* | 259 | 137 | 53% | 122 | 40 | 82 | 32% | 37 | 14% |
| 3/31/2023* | 263 | 152 | 58% | 111 | 27 | 84 | 32% | 37 | 14% |

*125% of the standard is 19 cases and 160% of the standard is 24 cases.*

Adoptions Caseloads

| Random Date | Case Managers serving 1+ class | Workers <= Std | Pct Workers <= Std | Workers over 100% | Workers 101-125% | Workers Over 125%* | Pct Workers Over 125% | Workers Over 160%* | Pct Workers Over 160% |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2022* | 77 | 30 | 39% | 47 | 18 | 29 | 38% | 11 | 14% |
| 1/21/2023* | 78 | 36 | 46% | 42 | 12 | 30 | 38% | 11 | 14% |
| 2/8/2023* | 79 | 26 | 33% | 53 | 25 | 28 | 35% | 12 | 15% |
| 3/31/2023* | 77 | 20 | 26% | 57 | 28 | 29 | 38% | 12 | 16% |

*125% of the standard is 19 cases and 160% of the standard is 24 cases.*

OHAN Caseloads

| Random Date | Investigators serving 1+ class | Workers <= Std | Percent Workers <= Std | Workers Over 100% | Workers 101-125% | Workers Over 125%* | Percent Workers Over 125% | Workers Over 160%* | Pct Workers Over 160% |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2022* | 19 | 17 | 89% | 2 | 2 | 0 | 0% | 0 | 0% |
| 1/21/2023* | 22 | 17 | 77% | 5 | 4 | 1 | 5% | 0 | 0% |
| 2/8/2023* | 21 | 18 | 86% | 3 | 3 | 0 | 0% | 0 | 0% |
| 3/31/2023* | 23 | 18 | 78% | 5 | 4 | 1 | 4% | 1 | 4% |

*125% of the standard is 10 cases and 160% of the standard is 13 cases*

ROBINSON
GRAY

Litigation + Business

DSS also recognizes the field needs frequent and actionable data and therefore it issues caseload reports weekly. These weekly caseload reports do not include the impact of new workers who would be subject to half of the caseload standard. While these weekly reports could be considered more of a blunt instrument, they are nevertheless helpful to gauge changes in the workforce and to consider when rightsizing. The data in the table below from April 2023 – November 2023 uses results from these weekly caseload reports. The weekly reports pulled for the below table typically are the reports run nearest to the end of each month.

### Foster Care Caseloads

| Month/ Year* | Case Managers serving 1+ class | Number <= Std | Pct. <= Std | Number >125%** | Pct >125% | Number >160%** | Pct >160% |
|---|---|---|---|---|---|---|---|
| Apr-23 | 261 | 152 | 58% | 76 | 29% | 23 | 9% |
| May-23 | 255 | 165 | 65% | 67 | 26% | 28 | 11% |
| Jun-23 | 263 | 174 | 66% | 59 | 22% | 28 | 11% |
| Jul-23 | 264 | 181 | 69% | 56 | 21% | 24 | 9% |
| Aug-23 | 266 | 175 | 66% | 49 | 18% | 18 | 7% |
| Sep-23 | 282 | 190 | 67% | 59 | 21% | 13 | 5% |
| Oct-23 | 284 | 182 | 64% | 50 | 18% | 11 | 4% |
| Nov-23 | 285 | 188 | 66% | 53 | 19% | 11 | 4% |

*Caseload reports for 4/24/2023, 5/29/2023, 6/26/2023, 7/31/2023, 8/28/2023, 9/25/2023, 10/30/2023, and 11/13/2023 were utilized for the data displayed in the table; measures case managers only, excludes Team Leaders. **125% of the standard is 19 cases and 160% of the standard is 24 cases.*

### Adoptions Caseloads

| Month/ Year* | Case Managers serving 1+ class | Number <= Std | Pct. <= Std | Number >125%** | Pct >125% | Number >160%** | Pct >160% |
|---|---|---|---|---|---|---|---|
| Apr-23 | 89 | 39 | 44% | 29 | 33% | 7 | 8% |
| May-23 | 93 | 43 | 46% | 30 | 32% | 6 | 6% |
| Jun-23 | 93 | 48 | 52% | 29 | 31% | 7 | 8% |
| Jul-23 | 89 | 47 | 53% | 25 | 28% | 11 | 12% |
| Aug-23 | 90 | 50 | 56% | 25 | 28% | 10 | 11% |
| Sep-23 | 93 | 55 | 59% | 24 | 26% | 10 | 11% |
| Oct-23 | 92 | 54 | 59% | 21 | 23% | 9 | 10% |
| Nov-23 | 91 | 52 | 57% | 22 | 24% | 10 | 11% |

*Caseload reports for 4/24/2023, 5/29/2023, 6/26/2023, 7/31/2023, 8/28/2023, 9/25/2023, 10/30/2023, and 11/13/2023 were utilized for the data displayed in the table; measures case managers only, excludes Team Leaders. **125% of the standard is 19 cases and 160% of the standard is 24 cases.*

ROBINSON GRAY

Litigation + Business

OHAN Caseloads

| Month/Year* | Investigators serving 1+ class | Number <= Std | Pct. <= Std | Number >125%** | Pct >125% | Number >160%** | Pct >160% |
|---|---|---|---|---|---|---|---|
| Apr-23 | 26 | 22 | 85% | 0 | 0% | 0 | 0% |
| May-23 | 26 | 15 | 58% | 5 | 19% | 1 | 4% |
| Jun-23 | 26 | 19 | 73% | 2 | 8% | 0 | 0% |
| Jul-23 | 29 | 27 | 93% | 0 | 0% | 0 | 0% |
| Aug-23 | 29 | 25 | 86% | 0 | 0% | 0 | 0% |
| Sep-23 | 30 | 28 | 93% | 1 | 3% | 0 | 0% |
| Oct-23 | 28 | 21 | 75% | 1 | 4% | 0 | 0% |
| Nov-23 | 29 | 20 | 69% | 2 | 7% | 0 | 0% |

*Caseload reports for 4/24/2023, 5/29/2023, 6/26/2023, 7/31/2023, 8/28/2023, 9/25/2023, 10/30/2023, and 11/13/2023 were utilized for the data displayed in the table. **125% of the standard is 10 cases and 160% of the standard is 13 cases.

Please reference Item 12 for information on DSS' current recruitment efforts to fill vacant positions and decrease caseload size. It is also important to note that the amount of time required to see an impact to caseload size from date of hire for newly allotted positions will be impacted by the nine weeks of required Child Welfare Certification Training, as well as the six months of required half caseload size for new case managers, per *Michelle H*.

**8. Monthly data on the total number of children in foster care from December 1, 2022 to the present:**

DSS continues to see children and youth in care decrease. The chart below shows a 5% decrease of children and youth from December 1, 2022 to November 1, 2023.

| Date | Total Class Members* |
|---|---|
| 12/01/2022 | 3,849 |
| 1/01/2023 | 3,790 |
| 2/01/2023 | 3,792 |
| 3/01/2023 | 3,879 |
| 4/01/2023 | 3,837 |
| 5/01/2023 | 3,767 |
| 6/01/2023 | 3,764 |
| 7/01/2023 | 3,691 |
| 8/01/2023 | 3,655 |
| 9/01/2023 | 3,634 |
| 10/01/2023 | 3,644 |
| 11/01/2023 | 3,647 |

*Population counts of children and youth under 18 years of age in Foster Care are extracted from CAPSS at the first of each month in the am.

**ROBINSON GRAY**

Litigation + Business

9.  **Monthly data since December 1, 2022 on numbers of children placed in Emergency Placements, as referenced in Section IV(E) 4-5 of the Final Settlement Agreement (Dkt. No. 32-1 at 12) and defined at Section II (H) (*Id* at 4):**

DSS worked internally and with the Co-Monitors to build onto its system of record (CAPSS) a new tabulation that will track emergency placements. The Emergency Placements enhancement went into effect in August – September 2021 after testing and training. Prior to this new Emergency Placements enhancement, DSS was relying on two standalone databases that tracked information on emergency placements through payments from two change orders, which is the information DSS provided the Co-Monitors for several monitoring periods.  Since the enhancement was deployed, all emergency placements can be recorded in CAPSS.[2]

The table below represents the number of unduplicated children and youth who <u>started</u> an emergency placement each month since December 1, 2022 as well as the total emergency placements that started in the month.  The sum of the unduplicated children for each month will be greater than the total number of unduplicated children for the period because some children and youth began emergency placements in more than one month.

| Emergency Placement Start Month | Unduplicated Children & Youth who started their emergency placement in that month | Number of recorded Emergency Placements that started in that month |
|---|---|---|
| Dec 2022 | 94 | 182 |
| Jan 2023 | 120 | 262 |
| Feb 2023 | 141 | 326 |
| Mar 2023 | 147 | 354 |
| Apr 2023 | 132 | 283 |
| May 2023 | 126 | 319 |
| Jun 2023 | 160 | 330 |
| Jul 2023 | 115 | 253 |
| Aug 2023 | 149 | 323 |
| Sept 2023* | 143 | 286 |
| Oct 2023* | 112 | 151 |

*Totals for September and October may change as additional data is entered for these months.*

<u>Efforts to Address Emergency Placements</u>

*Daily Check-In Protocol*
In mid-April 2022, DSS instituted a twice per day check-in protocol to address overnight office stays and night to night emergency placements. Placement staff, Well-being staff,

---

[2] While the module was in place starting in August / September 2021, there may have been some inconsistent usage and changes in the process through March of 2022. The process was enhanced again in September of 2022.



Litigation + Business

County and Regional Directors, Child Welfare Program Directors, and the Deputy State Director of Child Welfare, as well as other agency leaders participate in these staffings and work together to solve, in real time, barriers to obtaining and stabilizing placements.

Individual placement needs for children/youth are examined and placement solutions are generated from input and resources brought together by those staff participating in the call. This process has transitioned to the regional level with a focus on children in emergency placements. Child Welfare Program Directors and the Deputy Director of Child Welfare continue to participate in the regionally based staffings.

DSS continues to conduct these regional placement briefings. This intentional, collaborative work allows DSS to be proactive in identifying and addressing the needs of children and youth who do not have long-term placements. Feedback from regional leadership reflect that these briefings are excellent opportunities for coaching, modeling and educating/re-educating the field. They report the briefings increase county leadership accountability and are a forum for brainstorming, barrier removal, and teaming across counties and with internal supports such as Well-Being and Placement staff.

Effective May 2023, daily check-ins occur once per day in the morning. In lieu of the afternoon check-in, a process is in place for the Placement Services team to report via Microsoft Teams the children and youth in need of placement as of 3:00pm each day; any information needed from the county to support the placement search; and any potential placement leads identified. The Placement Services team provides updates throughout the remainder of the day and evening as children are placed and reports the number of youth with emergency placements that are only for the night.

*Family Stabilization Meetings*
In addition to the daily check-in, DSS convenes family stabilization meetings every two weeks. Family stabilization meetings are an administrative staffing and teaming process to stabilize placements for children and youth. Outcomes and information from Placement CFTMs held with the family, youth and provider inform these staffings. Staffings identify needed support services to help stabilize placement, when possible, identify appropriate next placement when discharge notices have been received and a placement cannot be salvaged, and to address new or ongoing systemic barriers. The meetings occur in each region and address children and youth who are experiencing emergency placement or are at risk for a placement disruption. Regional Directors conduct weekly stabilization meetings with their County Directors to discuss strengths, positive outcomes and barriers that are seen in each county.

Staff feedback regarding these meetings indicate the process is well-received by families. DSS leadership noted the meetings provide opportunities to focus on new strategies and to revisit strategies that have been tried before such as intensive family searches and assessment/reassessment of kin and fictive kin. Multiple leaders have noted that children and youth are being safely transitioned to kin as a result of additional family searches and outreach to previously identified relatives. This can also be seen in DSS' kinship placement data.



Litigation + Business

Additional positive outcomes resulting from the Family Stabilization Meetings include:

- Improved engagement and timeliness of internal support across all division areas (Well-Being, CFTM, Placement and Safety)
- Improved collaboration with providers to add supports that prevent disruptions and stabilize placements
- Improved transition planning when youth need to move

*Placement CFTMs*

An action step in the Overnight Stay Plan was to require Placement Child and Family Team Meetings at various "trigger points" shown in the table below:

| Trigger | Frequency |
|---|---|
| Child/Youth is Night to Night in Office | Daily |
| Child/Youth is Night to Night in Foster Care Placement | Weekly |
| Provider notice of discharge due to disruption (GC-10 day; CPA 6-Day) | Will be held within 48 hours of notice |
| Child/Youth will complete program, but placement is not identified | Will be held within 48 hours of notice |
| Provider requests LOC increase | Will be held within 48 hours of notice |

The Placement CFTM is a formal meeting to include the youth, their family members and providers with the goal of either preserving an unstable placement or identifying a placement option for a child/youth which comprehensively meets their needs. These needs are identified by using the Child Adolescent Needs and Strengths (CANS) assessment tool. The CANS is a detailed assessment with streamlined parameters expected to result in better placement matching therefore leading to fewer placement moves. The CANS is updated during the Placement CFTM and shared with placement providers to ensure they have the most current information regarding a child's placement need(s).

CFTM coaches have trained approximately 817 staff across the state on the Placement CFTM process and continue to offer monthly regional trainings. DSS continues to develop a support service request form, so providers and staff can request needed services as well as a CFTM. The form is currently in the testing phase. DSS has been accepting referrals from providers for Placement CFTMs so that risk of placement instability or disruption can be communicated and addressed as quickly as possible.

DSS updated provider contracts to require a Placement CFTM upon DSS' receipt of notice of discharge due to disruption. Additionally, effective January 2023, placement providers are required to send diligent efforts documentation to DSS when they have received an appropriate referral for placement for a child or youth and that child/youth has not secured long-term placement within fourteen days of receipt of referral.



Litigation + Business

Between July 2022 and the end of October 2023, DSS has conducted 700 Placement CFTMs. Placement CFTMs are typically facilitated by case managers or their Team Leaders. Placement CFTM quality, quantity and impact will be an agenda item for a new CFTM workgroup which will convene in January 2024. This workgroup will also focus on an online referral process, updated meeting types to include all placement moves, and updated training for providers. DSS intends to combine these efforts with the work it is doing with the Small Test of Change CFTM re-design workgroup supported by technical assistance. The vision for combining this work is rooted in the need for alignment across the system as it relates to Child and Family Team Meeting improvement and reform efforts.

DSS hired the first of two CFTM facilitators specifically for the Small Test of Change (STOC) pilot in the Upstate. The STOC pilot will test the use of facilitators for specific CFTMs including pre-removal and placement CFTMs. The Department has developed a scope of work with a technical assistance provider to support the assessment of facilitator capacity, redesign of the CFTM model, and to support the convening of a CFTM workgroup that will include internal and external stakeholders, including providers. The goal of this assessment is to achieve synergy in all efforts underway to redesign or improve the CFTM model and implementation of CFTMs across the agency. STOC implementation is planned for early 2024 and the subgroup that is undertaking the CFTM redesign began meeting in October. The subgroup meeting on November 29, 2023 included a peer to peer session with Delaware's team decision making staff.

DSS, with TA support assessed the capacity of CFTM staff during a five-week time study to determine the best use of facilitator-led CFTMs. Categories used for the time study included reviewing referrals, family finding activities (including genograms and ecomaps), preparing family for the meeting, holding the CFTM, documentation, meetings and staffing cases, correspondence/email, training and other tasks. CFTM leadership reviewed the results to determine data trends to review further. The team found that CFTM facilitators spend a large portion of their time preparing for CFTMs and documenting them compared to the amount of time spent facilitating the meetings. Trends across all 4 regions show that approximately 10% of a full-time CFTM facilitator's time is spent facilitating meetings. The CFTM workgroups will utilize the time study results as well as the data from Accountability Data and Research, case review results from Strategic Planning and Innovation, and spaced education with the CFTM team to determine the current impact of CFTMs and opportunities for improvement. The Child Welfare Leadership team will convene in January to create a line of sight/vision for Child and Family Team meetings.

DSS is also coordinating with the provider community to increase information sharing and engagement of private providers in CFTMs. DSS shared a presentation on the benefits of CFTMs and the referral process at the February 2023 Provider Association (PAFCAF) Conference. DSS has also developed and disseminated a provider referral form which reflects feedback gained from providers.

*Data Reports and Analyses*
In addition to reports that focus on emergency placements and overnights, DSS constructed a monthly report that highlights children and youth who have had more than

two placements in the previous month. This report supports DSS' efforts to proactively examine and address placement instability.

DSS also teamed with The Annie E. Casey Foundation to analyze six months of placement data on an entry cohort of children and youth. Through that analysis, DSS examined first and second placements by type of placement, and by age as well as other key variables of interest. Annie E. Casey staff and DSS presented the data to internal and external stakeholders as well as the Co-Monitors during DSS' two-day Disrupting Emergency Placements Convening[3] held in early October 2023, and it was used to inform root cause analysis work during the convening.  DSS shared this data with a wider group of DSS leadership during a second presentation in November 2023.

10. **Monthly data on the number of unfilled foster care positions from December 1, 2022 to the present and indicate which of these openings are in positions funded as of June 30, 2022 and those funded on or after July 1, 2022:**

Funded and unfilled foster care positions, broken out by position type for Adoptions, Foster Care and OHAN, as of the date indicated.

| | 11/30/2022 | 12/31/2022 | 1/31/2023 | 2/28/2023 | 3/31/2023 | 4/30/2023 |
|---|---|---|---|---|---|---|
| CWS Case Manager Adoptions | 31 | 33 | 30 | 30 | 26 | 25 |
| CWS Case Manager Foster Care | 90 | 85 | 84 | 81 | 78 | 79 |
| CWS Team Leader Adoptions | 1 | 1 | 0 | 1 | 1 | 1 |
| CWS Team Leader Foster Care | 13 | 8 | 9 | 5 | 6 | 5 |
| OHAN Investigative Team Leader | 1 | 0 | 1 | 1 | 1 | 1 |
| OHAN Investigator | 11 | 8 | 9 | 7 | 6 | 6 |
| | **147** | **135** | **133** | **125** | **118** | **117** |
| | | | | | | |
| Total Allocated Positions | 655 | 650 | 650 | 650 | 648 | 649 |
| | | | | | | |
| Vacancy Rate | 22.44% | 20.77% | 20.46% | 19.23% | 18.21% | 18.03% |

| | 5/31/2023 | 6/30/2023 | 7/31/2023 | 8/31/2023 | 9/30/2023 | 10/31/2023 |
|---|---|---|---|---|---|---|
| CWS Case Manager Adoptions | 26 | 32 | 33 | 27 | 22 | 20 |
| CWS Case Manager Foster Care | 81 | 71 | 68 | 71 | 77 | 77 |
| CWS Team Leader Adoptions | 0 | 1 | 1 | 1 | 0 | 0 |
| CWS Team Leader Foster Care | 5 | 6 | 7 | 11 | 11 | 10 |
| OHAN Investigative Team Leader | 1 | 1 | 1 | 1 | 1 | 1 |
| OHAN Investigator | 5 | 4 | 4 | 3 | 3 | 3 |
| | **118** | **115** | **114** | **114** | **114** | **111** |
| | | | | | | |
| Total Allocated Positions | 648 | 648 | 647 | 653 | 657 | 657 |
| | | | | | | |
| Vacancy Rate | 18.21% | 17.75% | 17.62% | 17.46% | 17.35% | 16.89% |

---

[3] See 18.B. and 18.D. on pages 72 and 78 for additional details on the Convening.



Litigation + Business

Nine of these positions were funded on or after July 1, 2022. The remaining 102 were funded as of June 30, 2022.

Since allocation of the FY23 positions, DSS Child Welfare has been working urgently with Human Resources on a continuous basis to get allocated positions posted for interviewing and hiring, as well as on improving recruitment efforts for all vacant positions. Utilizing Child Welfare Services' internal tracking (accounting for positions filled and with a candidate identified), as of November 30, 2023, Foster Care has 63 case manager vacancies out of 371 total positions (17% vacancy rate), Adoptions has 18 case manager vacancies out of 137 total positions (13% vacancy rate), and OHAN has 3 investigator vacancies out 34 total positions (12% vacancy rate).

For Team Leaders, utilizing Child Welfare Services' internal tracking (accounting for positions filled and with a candidate identified), as of November 30, 2023, Foster Care has 5 vacant Team Leader positions out of 80 total allocated positions (6% vacancy rate), Adoptions has zero vacant Team Leader position out of 25 total positions (0% vacancy rate), and OHAN has one vacant Team Leader position out of 6 total positions (16.7% vacancy rate).

Across all program areas, as of November 30, 2023, Child Welfare Services (CWS) is currently 87.3% staffed. Specifically, CWS is 88% staffed in all frontline case manager positions, 97% staffed in all frontline Team Leader positions, and 88% staffed in all frontline case manager assistant (non-caseload carrying) positions. CWS is 100% staffed in all Team Coordinator positions statewide.

Among all program areas, also accounting for positions filled and with a candidate identified, as of November 30, 2023, of positions newly allocated in the FY23 budget, DSS has filled 112 out of the 120 allocated case manager positions and all 24 of the allocated Team Leader positions, and 22 of the 25 case manager assistant positions. This leaves only 11 of the 169 frontline positions allocated in the FY23 budget vacant and remaining to be filled.

Please see Item 12 for additional details on the Department's efforts to recruit new case management staff and supervisors.

11. **The programs and actions DSS has taken and proposed programs and actions DSS is planning to take to address staff attrition, including the schedule for implementation of any proposed plans and actions:**

*Competency-Based Interviewing*
As shared in the report to the Court in response to the June 29, 2022 order, DSS is moving to a competency-based hiring process to reduce attrition in child welfare by selecting candidates for employment who possess the competencies for a successful career at DSS. DSS believes by increasing focus on hiring the "right candidate" for the difficult work of



Child Welfare, the agency will also improve its' attrition of frontline staff. As recommended by Sue Steib and included in the Workload Implementation Plan, DSS has adapted the *Staying Power!* curriculum for South Carolina, now referred to as *Destination Retention: Hiring for the Long Haul.*

During November 2022 through January 2023, DSS continued the *Destination Retention: Hiring for the Long Haul* curriculum development and testing. Human Resources collaborated with Child Welfare management to conduct an initial test of the training. Feedback from testing was significant, therefore many adjustments were required. To ensure the release of the product was the highest-possible quality for frontline leadership, the Deputy State Director of Child Welfare made the decision to delay the launch until all content feedback and edits and technical challenges in the training could be addressed.

DSS conducted beta-testing with the leadership in sixteen counties (four counties from each region of the state) and all Human Resources Liaisons in January 2023. DSS utilized feedback from beta-testing to make additional recommended improvements. The training deployed statewide at the end of February. DSS launched *Destination Retention: Hiring for the Long Haul* statewide in June 2023. To support staff with implementation as requested during feedback sessions, DSS developed a mock interview video, process and role clarity checklists, and a process flowchart. These and other helpful resources are now available on the DSS intranet to Regional, County and Adoption Services leadership as well as the Human Resources Liaisons (HRLs).

After developing and deploying requested supports to the field, DSS officially began utilizing *Destination Retention* in September 2023. To further support implementation, DSS created a Microsoft Teams channel for the HRLs to communicate and receive updates. DSS also updated the onboarding checklist for new hires to include the final *Destination Retention* rubrics that must now be submitted to HR for the newly hired employee. Lastly, DSS drafted two informative one-page tip sheets as additional resources for leaders. One provides a general overview of *Destination Retention* and the other details the alignment of the *Destination Retention* process with the hiring blitz process. The implementation feedback cycle includes weekly monitoring during Regional Director Regional Leadership Huddle and a quarterly feedback report-out during County Director meetings.

*Vacancy Monitoring*
Timely filling of vacancies is an urgent priority for DSS because it supports the achievement of caseload standards and promotes staff retention. DSS leaders are monitoring the status of vacant positions via a shared vacancy chart to allow for any lags in posting, interviewing, and hiring for these vacancies to be quickly addressed by State Office, regional and county leadership. Additionally, Regional Directors are reporting vacancy updates to the Operations Director during weekly meetings so that additional support can be provided as needed. Regional Directors provide guidance and help identify barriers to filling positions and explore those with the Child Welfare Operations Director. Child Welfare Operations continues to partner with Human Resources to problem-solve barriers and identify vacancies that require an individual posting versus being a continuous

posting to attract additional candidates. This information is also monitored by the Deputy State Director of Child Welfare on an, at minimum, weekly basis.

*Regional Support Teams*
The Department created regionally based case management teams, one team per region, to further promote staff retention by balancing the workload of county case managers. These teams are deployed to counties experiencing spikes in turnover and/or caseloads to support case manager activities such as case manager contacts, family visitation, family search and engagement, and transportation.

As of November 2023, all four supervisory positions and the five casework assistant positions have been filled. Fifteen of the sixteen case manager positions have also been filled and the last position is in the final stages of the hiring process. Since launch, the Regional Support Teams have provided support in all four regions, and the response to the support has been very positive from frontline case management staff and leadership.

The Regional Support Team Leader has partnered with ADR to develop tracking spreadsheets detailing specific support provided. Based on that data, 360 transports have occurred across the state. Below is a chart that shows the growth of the transport requests since May 2023.



The pie chart below shows the distribution of the transport requests by region. Note that the Regional Support Teams began with the Upstate and had 44% of all transports. Both the Pee Dee and Midlands had 21% of the transports (each) and the Low Country had 14%.



Litigation + Business



The chart below shows a breakdown of activities by type:

| Transport Type | Total | Percent |
|---|---|---|
| Monthly Face to Face visits | 180 | 50% |
| Family/Sibling Visits | 99 | 28% |
| Placement Visits + Transport | 54 | 15% |
| Appointments such as medical, dental, or mental health | 21 | 6% |
| Not specified | 4 | 1% |
| Combination of Family/Sibling Visit and Placement Visits + Transport | 1 | 0% |
| Combination of Appointments med, etc. and Placement Visits + Transport | 1 | 0% |
| Total | 360 | 100% |

In addition to the Regional Support Teams, the Department also implemented in August 2023, 24/7 emergency transportation support with the help of contracted private providers. This transportation support is available statewide to support case management staff in transporting young people to and from placement 24 hours per day, seven days per week, who are in emergency, overnight, or night to night placements. This has significantly decreased the burden on frontline staff and leadership while the Department continues to work to build new placements and address the placement instability in the system.

Additionally, in November 2023, the Department expanded available transportation supports for children and youth in foster care. Previously under the contract, two transports per month were allowed for children and youth deemed therapeutic. The contract was expanded to allow two transports per month for all children and youth in foster care, both regular and therapeutic level, to assist case management staff with transportation to and from visits and appointments.



*Employee Assistance Program*
To further support staff, decrease secondary trauma, and decrease turnover, the Agency implemented in November 2021 an Employee Assistance Program (EAP). EAP allows for a variety of services and supports to DSS employees, including six no-cost counseling sessions with a trained therapist for each incident an employee may be dealing with, both personally and professionally. This no-cost service is also available to dependents of Agency employees.

DSS HR continues to enhance EAP marketing to staff.  In addition to monthly EAP information emails and ongoing EAP supervisor and employee training offerings to current staff, each new hire receives an email from the EAP Coordinator welcoming them to DSS and providing EAP information. This email also informs them that they will be receiving an EAP Welcome Packet from DSS. The packet contains EAP promotional items such as magnets, ink pens, brochures, stress balls and journals. 445 welcome packets were mailed out to staff during the first quarter of 2023.

In the second quarter of 2023, DSS staff continued to utilize the Employee Assistance Program (EAP) with 130 individual cases. Of the 118 respondents who identified as being DSS employees, 49 reported working in Child Welfare.

DSS Human Resources (DSS HR) continues to elevate supportive programs to staff. During the 3rd quarter of 2023 (Jul. 1 – Sept. 30), DSS staff continued to utilize the Employee Assistance Program (EAP) with 109 cases. Of the 109 users, 49 identified as Child Welfare staff. The EAP utilization report for the 3rd quarter revealed personal and workplace stress as the top clinical concerns.  As a result, the DSS EAP and Trauma Support Manager implemented virtual EAP and Trauma Support information updates with staff in all county offices to support continuous information sharing with current and new staff on available services. DSS HR continues to provide staff with monthly information on EAP offerings on topics such as depression awareness, gratitude, mindfulness, and holiday stress management.  Additionally, the DSS EAP and Trauma Support Manager partnered with DSS Staff Development and Training to create DSS HR's first Podcast to be aired in December 2023. In the Podcast, the EAP and Trauma Support Manager discusses the development of the DSS EAP program, the support services it provides, and how the program can be used as a lifeline for employees experiencing personal or work-related trauma.

DSS HR continues to recognize the impact of secondary trauma on the work of Child Welfare staff. The Trauma Response Team members were trained in June 2023 by the International Critical Incident Stress Foundation (ICISF) on how to conduct Post Action Staff Support (PASS) sessions. Following this training, the DSS Trauma Response Team completed 34 county office PASS sessions during the 3rd quarter.  Additionally, to further share the benefits of PASS sessions, in November 2023, the DSS Trauma Support Manager began offering PASS presentations at county leadership and regional meetings.

ROBINSON
GRAY

December 8, 2023
Page: 38

Litigation + Business

*Child Welfare Stay Surveys*
Understanding the new employee experience is a key tool for to staff retention. DSS continues to engage new CWS staff during their initial months of employment.  In October, DSS deployed 140 Stay Surveys to CWS staff who were in their first nine months of employment. Thirty-one employees responded. Of those responding, 93% reported enjoying their case manager positions and 90% received strong support from their team leaders. Respondents cited helping children and families (91%) and making a difference (64%) as their top reasons why they enjoy their positions.  Respondents cited pay (57%) and stress (48%) as aspects they dislike about their position.

*Pre-Service Certification Training*
DSS' Staff Development and Training (SD&T) office launched the Child Welfare Academy (CWA): Preservice Certification Training for new Case Managers and Team Leaders in August 2021 with two pilots, and now provides the training statewide. This was a two-year collaborative project with training partners at the University of South Carolina's (UofSC) Center for Child and Family Studies (CCFS), and co-founder and consultant with Affintà Consulting, Christina Rosato, to reimagine child welfare certification for Child Welfare Services Case Managers.

Research from Casey Family Programs shows that the turnover for new staff (trainees) in Child Welfare averages from 46-54% during their first year (SCDSS first year turnover is currently at 44%). This specific curriculum was chosen because it is known to provide new Case Managers with the information and support needed to increase retention for new hires.

The goals of this training are to:
1. Improve transfer of learning and casework readiness for new case managers
2. Increase supervisory and peer support from day one
   - The training views the support team as vital because support by these types of teams at the county level is proven to help with new hire retention and improve the transmission of knowledge from the classroom to the field.
3. Reducing turnover and retaining staff
   - Research tells us that workplace climate is improved when staff can rely on each other for support.  Agency leaders can provide more opportunities for peer support by offering mentoring programs, informal discussion and support groups, social gatherings, and unit and team meetings (National Child Welfare Workforce Institute [NCWWI], 2020a).
   - Social-emotional support includes having concerns listened to, allowing opportunities to share, and offering encouragement. It is also important for new case managers to receive operational support focused on task-related behaviors like ensuring casework activities are covered, offering tangible resources, and consulting on cases.  When both types of peer support were present, they were associated with greater job satisfaction and intent to stay.  The number one reason staff stay is because they want to make a difference with children and families. The number two reason is because of peer support and co-worker relationships (NCWWI, 2020b).



**Litigation + Business**

The nine-week Child Welfare Academy training is based on experiential learning with a focus on the Child Welfare Guiding Principles and Standards Practice Model practice.

To learn more about the Child Welfare GPS Practice Model, please listen to the SCDSS Child Welfare podcast, *Driving Sustainable Success in Child Welfare*, the first episode of which covers the GPS Practice Model in detail (podcast can be listened to on Podbean, Spotify, Amazon Music or IHeart Radio).

New Case Managers will learn by doing, reflect on what they've learned, and then learn the next level of case work practice skills. The training consists of 18 days of Instructor-Led Training (ILT) in a virtual classroom setting, and a 25-day On-the-Job Training (OJT) component that requires support from their Team Leader, a co-worker designated as a peer support person (team member designated by the Team Leader to lead the new Case Manager through OJT), the Performance Coach, and as needed, support from the trainer.

The OJT component of training incorporates the use of the learning support team, which includes the learner, Team Leader, a peer support person, and a Performance Coach. During OJT, learners will observe critical job tasks in the field, reinforce and advance the learning accomplished during Instructor Led Training (ILT), practice important case manager skills, and get to know the day-to-day operations of the county office. OJT comprises shadowing activities into clients' homes with learner peer support person or host coworker while gradually taking on more casework responsibilities. This training also includes many opportunities for learners to work with their peers where they will learn from each other and begin pulling them into their network of support.

After completing all requirements of both the ILT and OJT, there is a final assessment of the core practice skills and documentation of the contact with a score of 85% and higher to determine if the learner is "Ready" or "Not Ready" to move on to Phase II Post-Service Training and to receive half of their caseload. The final assessment is a skill demonstration for the new Case Manager in their prospective program area of contact with a family, including at least one child and caregiver. This contact is observed and scored by the Team Leader and peer support person utilizing debriefing and feedback tools with a completed rubric.

While this robust pre-service certification process for new Case Managers will better prepare them for work in the field, the added length of time for training means that it will take longer for new Case Managers to impact existing caseloads since they will not be able to receive cases until successfully completing the nine-week program. However, DSS believes this front-end time investment is worthwhile to support longer-term retention efforts.

At the end of 2022, DSS completed sessions 22-15 through 22-19 of pre-service certification training. From those sessions, a total of 102 CWS Case Managers and five Team Leaders were deemed "Ready" to move on to Phase II Post-Service Training and to receive half of their caseload. During calendar year 2022, 364 new Case Managers and 15 Team Leaders completed certification training, for a total of 379.



Since the completion of session 22-19, DSS has completed sessions 22-20 through 23-03 of pre-service certification training. From those sessions a total of 122 Case Managers and 10 Team Leaders were deemed "Ready "to move on to Phase II Post-Service Training and to receive half of their caseload.

Since the completion of session 23-03, DSS has completed sessions 23-04 through 23-08 of pre-service certification training. From those sessions a total of 105 Case Managers and 4 Team Leaders were deemed "Ready "to move on to Phase II Post-Service Training and to receive half of their caseload.

Since the completion of session 23-08, DSS has completed sessions 23-09 through 23-15 of pre-service certification training.  From those sessions a total of 154 Case Managers and 5 Team Leaders were deemed "Ready "to move on to Phase II Post-Service Training and to receive half of their caseload.

Beginning on March 28, 2023, DSS implemented an abbreviated certification process for new and re-hired employees who meet a specific set of criteria. The criteria for training waiver exemptions for Child Welfare Services (CWS) employees who are:

1. Rehires returning to the Agency with less than 12-month departure
2. Rehires who have departed from the agency more than 12 months, up to 24 months
3. New hires with Out-of-State specific case management experience with no more than a three-month period of separation from previous public Child Welfare Agency

If newly hired or re-hired employees meet this criteria, they can complete an abbreviated form of the Child Welfare Certification training and Assessment, which will take those employees four (4) weeks (exemption one) to seven weeks (exemptions two and three) to complete as opposed to the traditional CWA which is nine (9) weeks long. Employees who have returned to the agency within 12 months of departure will not be required to take the final assessment.

*Coach Approach*
DSS Staff Development and Training (SD&T) has undertaken a collaborative and coordinated effort aimed at understanding and addressing staff attrition. In 2020, SD&T conducted a full needs analysis to understand the impact of supervision and leadership on staff attrition rates.  The findings conclusively showed that in many instances the quality of supervision and leadership has a direct impact on staff attrition.

Both inside DSS and nationally, the number one reason for staff leaving child welfare as well as other human service organizations is "not feeling supported by supervisor" (Griffiths, A. and Royse, D. (2017). This reason topped all other reasons for staff attrition. Supervisors also reported feeling a lack of support, saying that they have never been trained in how to transition from case work to supervising a unit. There has never been a

ROBINSON
GRAY

Litigation + Business

structured, ongoing, competency based professional development program for frontline supervisors in the history of the agency.

Human service organizations increasingly recognize coaching as a powerful workforce development and retainment strategy (Akin, 2016; Hafer & Brooks, 2013; Fixsen, Naoom, Blase, Friedman, & Wallace, 2005). The purpose of coaching is to support the coaches in setting and achieving goals that will improve the individual's performance as well as the agency's performance (National Child Welfare Resource Center for Organizational Improvement [NRCOI], 2012).

DSS has chosen to invest in the development of the coaching mindset and skill set for Team Leaders to provide coaching as a core competency. This approach leverages the established relationship and interactions between supervisor and worker. Coaching supports the supervisor's educational role in helping workers learn new tasks, apply needed skills, and tackle challenges in their cases (Child Welfare Information Gateway, 2015).

Researchers have explored variables that contribute to supervisor-staff coaching relationships. One study of 155 supervisors and 729 direct reports who completed an online survey identified the following strategies as particularly important to quality coaching relationships (Gregory & Levy, 2011):
- Building trust
- Demonstrating empathy
- Devoting attention to each worker's individual needs
- Creating a positive feedback environment

In working with families, frontline staff also rely on these strategies as well other coaching techniques, such as active listening, exploratory questioning, and building shared accountability.

To develop the coaching competency in supervisors, DSS chose The Coach Approach to Adaptive Leadership (CAAP) coaching model. The Coach Approach to Adaptive Leadership Coaching Model has its roots in the Atlantic Coast Child Welfare Implementation Center (ACCWIC) Coaching Model. The ACCWIC Model evolved into the CAAP Model through the incorporation of adaptive leadership content which improved the effectiveness and sustainability of the model. This CAAP Model is specifically designed for the child welfare system and has been successfully implemented in many states. It is evidence based with multiple levels of fidelity measures and is fully compatible to the agency's mission, vision, and values.

At the end of 2022, DSS completed Cohort #18 of Coach Approach to Adaptive Leadership that included the leadership of eight counties, Regional Intake supervisors, two Regional Performance Coaches, and SD&T staff. DSS also completed three cohorts of Adaptive Leadership for Systems Change. Out of 105 total enrollees, 95 successfully completed the training. These trainings were designed for all levels of Child Welfare leadership. In



**Litigation + Business**

addition, eight of ten Training of Trainers candidates completed their certifications, and five Coach Mentor candidates completed their certifications.

In 2023, DSS completed ten cohorts of Coach Approach to Adaptive Leadership. As of the end of May 2023, all SC counties as well as all Child Welfare Division leadership completed Coach Approach training.  As of September 30, 2023, DSS completed four Coach Approach to Adaptive Leadership Refresher Courses. The refreshers targeted learners who completed the initial workshop12-24 months ago and served the dual purpose of reinforcing the core principles and skills of Coach Approach as well as working through any challenges around implementation.

To develop a stronger community of practice, facilitate transfer of learning and encourage skill application, DSS conducts Learning Circles regularly throughout the year. Learning Circles are structured times for participants to practice the coaching skillset and receive deeper instruction of specific topics covered in the workshop.  Though Learning Circle attendance is voluntary, DSS has facilitated 45 Learning Circles over the last three years with 45% of completers attending on average.

Additionally, DSS is currently developing an internal statewide coaching team with the ability to support a variety of service areas within the agency. This team is comprised of 20 certified trainers and Coach Mentors who currently provide individual leadership coaching and team coaching across the state. Since the last report, two more Coach Mentor Candidates have completed certification for a total of ten certified Coach Mentors with another 20 candidates due to complete certification within the first quarter of 2024.

As of November 21, 2023, 7 cohorts (total of 154 participants) of Adaptive Leadership to Systems Change Workshop have been completed. This workshop is focused on leadership and change management skills to improve the effectiveness of agency leaders in child welfare. It will lay the groundwork for change leadership (adaptive leadership) based on the Georgetown University Leadership Academy. These trainings were designed for all levels of Child Welfare leadership.

In October 2023, 50 leaders from the divisions of Child Welfare and Professional Development and Innovation participated in a two day in-person professional development retreat focused on Change Management. This training expanded upon the knowledge of Adaptive Leadership and the Coach Approach and moves specifically into Change Management, a leadership discipline that fosters knowledge and frameworks for addressing change. This same group of leaders will participate in a follow-up professional development retreat in 2024 that will focus on sustaining change initiatives.

*Team Leader (formerly Supervisor) Certification Training*
In addition to the learning opportunities listed above, the agency launched The Child Welfare Academy: Supervisor Certification Training Program in May 2022 beginning with a pilot. This intensive, six-week program is designed to provide the training and support for intensive supervisory professional development of quality practice standards. It focuses on improving the capacity of Team Leaders to lead through an understanding of quality

practice standards and requirements and an understanding of their role in carrying out the agency's mission, goals, and values.

The components of the Child Welfare Academy: Team Leader Certification Training Program are as follows:

<u>Prerequisite Work – Online</u>
- o Indian Child Welfare Act (ICWA)
- o Multi-Ethnic Placement Act (MEPA)
- o Family First Prevention Services Act (FFPSA) Introduction
- o South Carolina Child Welfare Services GPS Practice Model Guiding Principles and Standards for Team Leaders - Better Together: Enhancing Practice, Transforming Lives

<u>Human Resources Training for Frontline Leadership</u>
This training is designed to help Team Leaders understand the performance management cycle, to include developing and facilitating Employee Performance Management System (EPMS) reviews, the progressive discipline policy and processes, issues specific to FMLA, and other HR policies relevant to performance management.

<u>Module 1 Topics (1 day in person)</u>
- • Transitions to Leadership
- • Leading with Vision
- • SCDSS Child Welfare Competencies
- • Leadership Purpose and Roles
- • Three Roles of Supervision
- • Parallel Practice and Developing Working Relationships
- • Effective Feedback Principles

OJT component: Participants will work collaboratively with their team to identify the team's mastery of the 14 competencies and develop a vision statement for their team.

<u>Module 2 Topics (2 days virtual instructor-led)</u>
- • Floor / Balcony
- • Federal and State Mandates and how they impact supervision
- • Defining Vision Mission Values Guiding Principles
- • SCDSS GPS Practice Model for Child Welfare
- • Team Leader Core Activities and Practices
- • Elements of GPS Practice Profiles

OJT component:  Participants will work collaboratively with their team to develop a creative way to explain the GPS Practice Model and complete a worksheet which identifies the five components of the Model's Mission, Vision and Values, Guiding Principles, Core Skills and Outcomes.

ROBINSON
GRAY

December 8, 2023
Page: 44

Litigation + Business

Module 3 Topics (2 days virtual instructor-led)
• Child Welfare as an Open System
• Introduction to continuous quality improvement framework
• Continuous Quality Improvement Planning Elements
• Defining Desired Future State for Team/Unit
• Benchmarks and Indicators
• Crosswalk from CFSR to GPS
• Outputs and Outcomes
• Supervisory Impact on Performance
• Identifying performance action and capacity deficiencies within the team/unit

OJT Component: Participants will work collaboratively with their team to complete a strategic performance improvement planning worksheet.

Module 4 Topics (2 days virtual instructor-led)
• Planning for Change individual and unit improvement
• Assessing organizational capacity for change
• Identify root causes of performance deficiencies
• Five steps of planning

Module 5 Topics (1 day in person)
• Managing change, communication and capacity during implementation
• Essential elements and importance of monitoring change implementation
• Managing Time Based on Priorities
• Skill/Will matrix
• Supervision strategies (reflection, collaboration, clarity)
• Coach Approach Method to Adaptive Leadership Overview
• Strength Based, Solution Focused Approach
• Supervisory skills (empathy and feeling)

SafeMeasures Introductory Training
SafeMeasures is a unique and innovative internet-based service that uses analytics to help Child Welfare agencies achieve better outcomes, improve services and operate more effectively. This course is intended to provide the learner with the basic skills necessary to utilize the SafeMeasures reporting tool.

The Team Leader Certification Training Program was initially implemented as a pilot. The implementation team overseeing the initiative included the State Deputy Director of Child Welfare, Director of Child Welfare Operations, the Training Director for Supervision and Leadership, the County Directors of the participating counties, and members of the Supervisor Advisory Board. DSS completed Cohort #2 of the Pilot Phase of training on November 7, 2022, with 25 of 26 participants completing certification requirements. The total number of participants for the two pilots was 50.

On November 15, 2022, the Advisory Group met to review and assess the training program. The Advisory Group recommended changes to the training schedule and format

ROBINSON
GRAY

Litigation + Business

to benefit the learner in the initial weeks of training. The Advisory Group also recommended the training be expanded to include county Deputy Directors to promote consistency in expectations throughout county child welfare leadership. The Advisory Group further recommended separate cohorts for Deputy Directors, Program Coordinators (now known internally as Team Coordinators) and Team Leaders to create less disruption in county operations, to allow for peer-to-peer learning, and to allow instructors to make the content relevant to job duties.

DSS launched the Team Leader Certification Training program on May 16, 2023, with Cohort 23-01-S. As of November 21, 2023, DSS has completed all five cohorts. A total of 99 participants enrolled in the training program with 84 successful completions. Fifteen participants did not complete the program for various reasons including leaving the agency, personal/family illness, and transitioning to a different position during the training program. Participants came from 27 different counties and all four regions. Participant demographics include:

- 83 Team Leaders across Investigations, Family Preservation, and Foster Care
- 3 Adoptions Team Leaders
- 5 Regional Support Team Leaders
- 1 Adoptions Team Coordinator
- 4 County Team Coordinators
- 1 Regional Performance Coach
- 1 County Deputy Director
- 1 County Director

The Team Leader Certification Training Program is ongoing and sustained by two full-time trainers and a Training Director. DSS will offer seven sessions of the Team Leader Certification Training Program in 2024.

*Post-Certification Team Leader Training*
Upon successful completion of certification, Team Leaders complete the following training:

Level 1 Child and Family Team Meeting Training
This is the first course for Child and Family Team Meeting training and certification. Participants will learn about Child and Family Team Meetings at SCDSS. The primary goal of the training is to explain the Child and Family Team Meeting process and prepare the workforce to participate in CFTM's. This Child and Family Team Meeting Training was developed with the expertise of Chapin Hall to address the core Practice Profile of Teaming in the agency's GPS Practice Model. By utilizing Child and Family Team Meetings, DSS hopes to build the skills of the workforce to bolster the youth and family's involvement in their planning and decision-making and improve the child and family's outcomes related to safety, permanency and well-being.

### Level 2 Child and Family Team Meeting Training

This two-day GPS Enhanced Child and Family Team Meeting Facilitator Training was developed with the expertise from Chapin Hall to address the core Practice Profile of Teaming in the agency's GPS Practice Model. Within the GPS-enhanced CFTM, a DSS-employed, independent facilitator who assists the case manager in the preparation and facilitation of specific CFTMs. Through their facilitation, the CFTM facilitator will model and enhance the case manager's engagement and facilitation skills with families so that they can conduct ongoing CFTMs.

### CQI Phase II for Team Leaders

A well-developed Continuous Quality Improvement (CQI) process is a vehicle to support an agency's achievement of its mission. The purpose of CQI is to consistently gather information from a variety of sources that can help to evaluate the quality of services delivered, inform decision making related to program and agency improvements, and assist in the development of a plan for improvement. This course supports the implementation of the CQI process at the unit level enabling supervisors to effectively monitor progress toward achieving agency outcomes.

### National Child Traumatic Stress Network Trauma Training Toolkit (3rd.)

The Child Welfare Trauma Training Toolkit - CWTTT (3rd ed.) was developed under the notion that all segments of the workforce, whether it be leadership, case-carrying social workers, administrative support staff, or even building security, can benefit from foundational trauma knowledge. As such, both the Trauma 101 curriculum and Trauma-Informed Child Welfare 101 curriculum are intended for a wide audience with the goal of having mixed representation of various roles and responsibilities.

*Trauma 101*
Trauma 101 training is for all segments of the SCDSS workforce that focuses on understanding the types of trauma and their impact on those who experience it; how trauma intersects with safety, permanency, and well-being; and the critical role of resilience in helping children, youth, and families heal.

*Trauma-Informed Child Welfare 101*
Trauma-Informed Child Welfare 101 training is for all segments of the child welfare workforce and provides a foundational overview of the definition and The Essential Elements of a Trauma-Informed Child Welfare System.

*Trauma-Informed Child Welfare for Supervisors*
An in depth focus on the Essential Elements of a TICW System with a focus on learning concrete trauma informed strategies. The goal is for supervisors to increase their trauma informed skills as well as to support their case managers. The learning is supported by a series of consultation calls.

*In-Service Team Leader Training*
To promote ongoing learning opportunities for frontline staff and Team Leaders, the Child Welfare Academy has also implemented robust on-going in-service training opportunities. All Child Welfare staff are required to participate in 20 hours per year of training. There are now three levels of training offered:

- <u>Level-1 Series</u>:  Foundational courses refining the understanding of job requirements and gain insight to enhance social work performance and practice with children, families, colleagues and external stakeholders.
- <u>Level-2 Series</u>:  More in-depth specialized training in areas of child welfare practice where learners refine their understanding of job specific information and gain detailed insight into the work performed in their assigned program area.
- <u>Level-3 Series</u>:  Advanced and specialized knowledge and skills practice to refine quality of social work practice gained from previous levels and on-the job training. This could also include cross-training in other divisions and/or partnering agencies.

Many of these courses are focused on specific elements of leadership and supervisory practice. These courses available through eLearning, in-house virtual and in-person instructor led, and our external partners.  Courses provided by external providers include Quality Documentation and Quality Contacts. The Center for Child and Family Studies of the College of Social Work at The University of South Carolina currently offers the Quality Matters Series for Team Leaders.

*Salary Plan*
Finally, DSS continues to implement the Child Welfare Salary Plan that provides eligible front-line employees competitive salaries as well as opportunities for increases for BSW/MSW degrees, years of service in their current position, and advancement in the career pathway.

Beginning in April 2022, eligible employees who have interest in career advancement can now pursue level advancement through the Child Welfare Professional Advancement Pathway. To advance to the next level, and receive the subsequent salary increase, requirements include specific training, skill development, and accomplishment of GPS practice model aligned competencies that increase in complexity as the career path progresses. Case reviews, data reviews, field observations and employee self-assessments are also used by Team Leaders to evaluate eligible employees' demonstration of competencies and GPS core practice skills. Examples of specialization tracks include Trainer (topic-specific), CFTM Facilitator, Quality Assurance (QA) Reviewer and Certified Coach Mentor (supervisors only).

DSS believes that the Child Welfare Professional Advancement Pathway will promote retention by creating an opportunity for existing staff to increase their learning, and subsequently their salary, without the necessity of pursuing formal education, like an additional degree. Please see item 16 for updates on the Advancement Pathway process.

12. **DSS programs and actions presently in place and proposed plans and actions DSS is planning to take to recruit new foster care staff, including the schedule for implementation of any proposed plans and actions:**

*Job Preview Videos*
Recruitment of a qualified staff is critical to achieving a workforce with staying power. Therefore, DSS HR works very closely with Child Welfare Services to respond to workforce



Litigation + Business

needs. One action to attract qualified candidates was HR's coordination with Child Welfare to link the Realistic Job Preview video to all posted Child Welfare positions. This allows potential applicants to have an introduction to the job and an understanding of what the job consists of prior to applying. The full series of Child Welfare Job Preview videos is also available on the agency's website (https://dss.sc.gov/about/careers/).

*Hiring Blitzes*
To increase volume and streamline processes, DSS HR participated in nine career fairs and completed twelve hiring blitzes for Child Welfare between July 2022 and January 2023. Since February 1, 2023, DSS HR has participated in seven hiring blitzes and eleven job fairs. Between May 2023 and July 2023, DSS HR participated in two job fairs During this same period, DSS HR coordinated with Child Welfare management to complete seven hiring blitzes. *Destination Retention: Hiring for the Long Haul* was adapted slightly to accommodate the hiring blitz process while still maintaining the integrity of the model.

In a continued effort to increase hiring opportunities for CWS case manager positions, DSS HR collaborated with SC Works/DSS Economic Services to attend 16 job fairs since July 2023. Additionally, DSS HR coordinated with CWS management to complete seven (7) hiring blitzes, with an additional two planned by the end of the year. Hiring the right person for CWS continues to be the focus of DSS HR's ongoing collaborative effort to streamline and support CWS in applying the *Destination Retention* hiring process. DSS HR is actively creating a process compliance tracking system designed to support CWS county leadership, and statewide Human Resource Liaisons, with the consistent use of *Destination Retention* when selecting qualified candidates that are best matched for work in CWS.

*Telecommuting*
DSS continues to review opportunities to enhance the work-life balance experienced by staff with the addition of telecommuting options. Once qualified, all CWS case managers have access to the telecommuting option. Currently,1640 DSS employees voluntarily participate in telecommuting under an approved weekly telecommuting schedule. DSS continues to apply telecommuting flexibilities when needed. In advance of an upcoming overall agency review for additional telecommuting days, DSS HR partnered with CWS management to request a revision to the current telecommuting plan for CWS Intake positions that cover non-traditional 24-7 response schedules. DSS is awaiting final approval of a revised telecommuting plan submitted to the South Carolina Department of Administration that would transition all Intake positions to full-time telecommuting positions. Fifty-eight of the 100 Intake positions are already successfully telecommuting full-time.

*Referral Bonuses*
To further expand agency recruiting efforts, DSS HR is actively finalizing work on a Referral Bonus Program designated for critical needs positions in Child Welfare. The DSS Referral Bonus Program is intended to motivate and reward eligible employees for referring qualified and selected job candidates to the agency. Understanding the importance of implementing an effective and well branded Employee Referral Bonus Program that



Litigation + Business

recognizes the critical needs unique to DSS, DSS HR is continuing work towards finalizing the administrative plans required to successfully launch the Employee Referral Bonus Program. With continued guidance from the South Carolina Department of Administration, DSS HR continues to examine various operational options to verify accurate and timely processing and disbursement of earned employee referral bonuses. DSS now anticipates program launch in the first quarter of 2024.  Once approved by the S.C. Dept. of Administration, qualified DSS staff who are approved as recruiters for these critical positions will be eligible to receive a referral bonus to the extent that funding is available. DSS appreciates this recommendation from Ms. Judith Meltzer and is hopeful it will bolster the Agency's continued ability to attract qualified talent.

*Recruitment Support*
Getting DSS job vacancies advertised as quickly as possible remains a DSS HR priority for gaining access to the most desirable job applicants. DSS HR continues to implement recommendations and processes created from our partnership with the South Carolina Department of Administration and DSS Internal Audits. DSS HR continues to monitor the job posting timeframe since providing our statewide Human Resource Liaisons with job posting check lists and guides for completing position descriptions.

As recommended by the South Carolina Department of Administration, DSS HR recognizes the need to alter the standard recruiting model that has been used within state government for years. The typical "post it and wait" recruiting approach long used by state government agencies, is no longer sustainable in today's fast-paced news and information cycles. Current job seekers are accustomed to goods and services being marketed and delivered directly to them. DSS HR is leaning into this progress with our recruitment of an HR Recruiting Manager with direct talent sourcing, community partnership and workforce education experience. We believe a true sourcing recruiter will assist DSS HR in better connecting DSS's career opportunities directly to job seekers through strong and regular community connection, and by leveraging social media to showcase DSS career opportunities in a manner that paints a story about the meaningful and fulfilling careers that are found in Child Welfare, and throughout DSS.

Recognizing that opportunities to directly engage with job seekers can be limited, DSS HR understood the need to immediately capitalize on the job seeker interest available to DSS recruiters while attending job fairs, and while in the community. In partnership with DSS Technology Services and DSS Media Relations, DSS HR requested the creation of a Quick Response Code (QR Code) that job seekers can scan using their smartphones to gain direct access to all DSS job postings. The QR Code on the following page also allows for immediate job application right from job seekers' smartphones.



**DSS Careers**



*Advertisements*

To build an interest in the goals and mission of DSS within the wider community, agency promotion and branding via advertisement is essential.  DSS Communications worked with the South Carolina Broadcasters Association (SCBA) on a radio/tv campaign beginning in November 2022. Thus far the campaign has resulted in a total of 66,415 spots that aired through September 2023.

Traditional radio and television ads purchased through the SCBA were 15 and 30 seconds in length. Advertisements used in the social media/ streaming platform campaign were 15 and 30 second video ads with static graphics that provided direct links to the DSS Careers page.

The script from the radio and televisions ads is as follows:

"Are you passionate about helping children and families? Turn that passion into results. New Child Welfare Case Managers with the South Carolina Department of Social Services can earn a starting salary of at least $43,700 with additional salary increases for BSW and MSW degrees and annual increases after one year of service. Learn more at dss.sc.gov. This message is brought to you by the South Carolina Department of Social Services."

Samples of the still image ads deployed by the agency are below.



In addition, DSS Communications worked with Buonasera Media Services on a similar campaign targeting social media users on Instagram, Facebook, YouTube, and Over the Top (OTT) streaming subscription platforms like Spotify, Pandora and Roku. Between July



Litigation + Business

31, 2023 and October 31, 2023, 1,561,871 impressions were made across all platforms. For the year, that number is 4,723,491. An impression is when a user sees an advertisement. It occurs any time a user opens an app or website, and an advertisement is visible.

*University Partnerships*
DSS' University Partnerships with South Carolina State University, Winthrop University, and the University of South Carolina are still active, and the Child Welfare BSW Scholars Tuition Assistance program was implemented effective January 2023. Interviews of prospective candidates occurred in the fall of 2022, and seven BSW Scholars were chosen for the Spring 2023 Semester Cohort. Interviews of prospective candidates for a second cohort of BSW Scholars occurred in October 2023 with nine allocated slots to start the program in the Spring 2024 semester.  Selected candidates receive tuition reimbursement and stipends of $5,000 for the final three semesters of their social work coursework.

In exchange for tuition assistance, students complete their field-practicum-internships with DSS and enter into an agreement for a two-year employment commitment with DSS upon graduation. Students also complete the Child Welfare Academy new case manager training during their internship, allowing them to begin taking their half caseload immediately upon hire following graduation.

The Child Welfare Scholars Tuition Assistance Program is funded using a portion of Title IV-E federal funds, as allowable per student.  These funds are drawn at 75% of the combined Foster Care and Adoption Assistance IV-E eligibility rate, pending approval from the Children's Bureau. The remaining percentage of funds must be matched by qualifying state funds in the form of university certified public expenditures and/or State General Funds.

Because of these requirements, the Child Welfare Scholars Tuition Assistance Program can only be established at public universities in South Carolina.  Out-of-state public universities receive funds from their state budget and therefore are not an option, because the state matching certified public expenditures from the universities are not part of the State of South Carolina's budget.  Similarly, private universities are not primarily funded using state dollars, and therefore are unable to match.  Also, private, and out-of-state university tuition is significantly higher than in-state schools. Because of the higher costs and the inability to match funds, the program is cost prohibitive for the State of South Carolina to establish the program at private and out-of-state universities.

See item 13 for additional information on University Partnerships and expansion of the Child Welfare Scholars Tuition Assistance Program.

*Outreach to Other Colleges & Universities*
The Department also compiled a list of colleges and universities across the state with social work majors or other majors aligned with human services work. The Deputy State Director of Child Welfare and DSS Workforce Developer coordinate to send a recurring promotional email, at least quarterly, to the primary identified contact with each of the thirteen (13) colleges and universities identified. The communication includes information



on available internships and career opportunities within Child Welfare Services at DSS and included information about the implemented salary plan, starting salary for case managers, the BSW and MSW supplement to the salary plan, and opportunities for annual retention increases and the Professional Advancement Pathway. The communication also includes links to the application pages for both open positions with the Department and available internships and includes links to the *Realistic Case Manager Job Preview Videos*.

*Internship Opportunities*

Additionally, to introduce students pursuing BSW and other human services degrees to work in child welfare, DSS partners with colleges and universities across the state for internship placement.  Last academic year, DSS had 50 student interns from 17 different colleges and universities including out of state online MSW programs from GA, KY, IL, and LA. DSS typically hires a portion of these students after completion of their internships. For the 2022-23 academic year, DSS hosted 57 student interns from 18 different colleges and universities, including our University Partnership institutions (SC State, USC, Winthrop). DSS had 25 students interning for Summer 2023.  Twenty-seven students are began interning in the Fall of 2023. DSS' cohort of seven BSW Scholars participating in the Tuition Assistance Program completed their Spring semester, and six of the seven scholars started their internships in the Fall 2023 semester.  The seventh will start their internship in the Spring 2024 semester.  Thirty-six students have applied for an internship with Child Welfare Services for the Spring 2024 semester. Placement confirmations began November 2023.

Further expansion of information about DSS internships is vital to the ongoing success of the program.  In recognition of this desire, DSS HR partnered with DSS Technology Services and DSS Media Relations to create a QR Code allowing immediate access to internship information and opportunities at DSS.

**DSS Internships**



DSS created a post internship/field practicum survey to track interns who are hired by DSS upon graduation and deployed the survey at the end of May 2023. Survey data revealed that 14 students were in the process of applying for Child Welfare positions.  Of those 14, four are confirmed hires within Foster Care.  Since the last report to the Court, another intern was hired within Foster Care and one has just been offered a position, for a total of six since DSS began utilizing the survey.

Another internship/field practicum survey launched on November 13, 2023.  DSS received responses from thirteen interns.  Of the thirteen, twelve interns rated their DSS internship experience as either excellent or satisfactory, and eleven stated they felt prepared to start their careers. Ten of the thirteen interns either plan to apply for employment at DSS (6) or are considering applying (4).

*Salary Plan*

Thanks to the advocacy for improvement influenced by the *Michelle H.* FSA, and the generosity of the Governor and General Assembly, DSS was able to implement the Child Welfare Salary Plan in July 2021, which has allowed the Department to offer more competitive salaries to eligible employees. With a starting salary for a frontline Child Welfare case manager of $43,700, an upfront 2.5% supplement for BSW and a 5% supplement for MSW degrees, as well as an approximate 15% increase after successful completion of their first year as a Child Welfare case manager, implementation of the Salary Plan has proven to be an integral recruitment tool for the agency.

13. **Status of plans to partner with colleges and universities to offer existing foster care staff opportunities to earn BSW and MSW degrees and the schedule for implementation of such plans; details regarding tuition support, contracts conditioned on continued employment, and other features of such an educational advancement program:**

*Expansion of BSW/MSW IV-E Stipend Program*

DSS' Child Welfare Services (CWS) Division publicly announced the BSW and MSW degree tuition assistance program on June 30th, 2023 via press releases, social media, and updates to the DSS public website.

MSW tuition and fees will be fully covered by DSS along with book cost reimbursements for existing DSS CWS staff that apply for and are approved/accepted into the program. Tuition and fees for the final 45 semester hours of credit will be covered for the BSW students that apply for and are approved/accepted into the program. Accepted employees in both the MSW and BSW programs will contractually agree to a 2-year post graduation employment commitment.

These programs are administered in partnership with SC State University, Winthrop University, and The University of South Carolina and will be instrumental in encouraging and supporting existing foster care employees with completing their degrees.

Two hundred and forty-five CWS employees attended the July 12, 2023 MSW Program Information Session and one attended the BSW Information Session.  Three additional employees submitted email inquiries about the BSW Program. Given that many current CWS staff already possess the BSW or other Human Services degrees, DSS has a smaller level of interest in the BSW Program at this time. Ninety-three employees applied for the MSW program.

In partnership with university faculty, DSS selected 19 CWS MSW Scholars who enrolled for the Fall 2023 Semester at either the University of South Carolina or Winthrop University. The competitive and rigorous selection process included assessment of an essay-professional statement, a panel interview comprised of DSS leadership and university faculty, and the prioritization of relevant leadership and staff positions within the Child Welfare Services Division. DSS and Winthrop University held recognition events to showcase the achievement of the Scholars.

*Additional Tuition Reimbursement Opportunity*
Following the January status conference, DSS began exploring an additional pathway for reimbursement of Child Welfare staff pursuing a BSW or MSW degree. This program, separate from the above stipend program, would allow existing Child Welfare staff to receive reimbursement for tuition paid toward achieving their degree. For this tuition reimbursement program, students are not restricted to a specific school and reimbursement can be sought for classes attended toward pursuing a BSW or MSW degree at a public or private accredited College/University. Employees will be eligible for up to $3,500 in tuition reimbursement per employee, per calendar year.

With the approval of Proviso 38.24 for State Fiscal Year 2023-2024, the Department will be able to eliminate the required commitment for students to work for the Agency for an additional amount of time following reimbursement (currently five years) and establish and adjust the required employment commitment timeframe(s) via agency policy. This change also shortens the timeframe for reimbursement from once per year to the end of each semester. DSS updated its Tuition Reimbursement Policy and it will be published by the end of the Fall 2023 academic semester. Implementation is planned for early 2024.

14. **Visitation**

A. <u>Monthly data from December 1, 2022 to the present on the percentage of worker-child visitations that met the monthly interim benchmarks:</u>

Benchmarks:
1) At least 90% of the total minimum number of face-to-face visits with Class Members by caseworkers during a 12-month period shall have taken place.
2) At least 50% of the total minimum number of monthly face-to-face visits with Class Members by caseworkers during a 12-month period shall have taken place in the residence of the child.

DSS consistently meets and exceeds the quantitative performance measures for caseworker face-to face visits with children (95% in October 2023) and caseworker face-to-face visits with children in the home (67% in October 2023) based on monthly Michelle H. reports. In the Visitation Implementation Plan, DSS agreed to also meet the following qualitative measures of performance: "A caseworker visit, for purposes of measuring compliance with the FSA, must include the following as set out in Chapter 510.4 of the DSS Human Services Policy and Procedure Manual: a) an interview with the child alone, away from both the caregiver and other children

ROBINSON
GRAY

Litigation + Business

December 8, 2023
Page: 55

in the home, b) substantive inquiry as to the child's safety, permanency, and well-being, and c) appropriate documentation of the visit in CAPSS. For purposes of this definition, "substantive inquiry" means focused on issues pertinent to case planning and service delivery to ensure the safety, permanency and well-being of the child."

The Visitation Implementation Plan also states that a face-to-face visit must include: the location and circumstances of the interview; a summary of the conversation and assessment of safety, permanency and well-being; and a statement reflecting any changes in the case plan or service delivery or acknowledging the continued path of the current case plan and service delivery.

DSS further agreed to measure performance by verifying the quantitative data and to monitor the quality of the case manager visits with children through a bi-annual case review process for a statistical sample (95%/+-5%) of visit months (all Class Member who are under 18 years of age in DSS foster care involuntarily for the full month). Those reviews verify that the visit occurred and had the quality components.

The Co-Monitors, with agreement from Plaintiffs' counsel, are currently allowing DSS to prioritize employing various CQI strategies to improve performance.  Below is a chart on DSS's most recent (September 2021) performance as measured through the reviews.

Below is the percent of cases where visits were verified based on the agreed upon definition of the elements of a case manager-child visit:

| State | % Sept 2020 (MP8) | % March 2021 (MP9) | % Sept 2021 (MP10) |
|---|---|---|---|
| Statewide | 29.6% | 40.3% | 33.9% |

Below are the monthly data extracts from CAPSS that show the percentage Face to Face and the percentage Face to Face in the home.  These statistics are also data that is shared with DSS's federal partners.

| Report Month | Total Foster Care Visit Months | # of Months with Visit | % Face to Face (Benchmark: 90%) | Total Foster Care Visit Months | # of Months with Visit in the Home | % Face to Face in Home (Benchmark: 50%) |
|---|---|---|---|---|---|---|
| 202212 | 3536 | 3331 | 94 % | 2255 | 3536 | 68 % |
| 202301 | 3494 | 3317 | 95 % | 2201 | 3494 | 66 % |
| 202302 | 3468 | 3252 | 94 % | 2248 | 3468 | 69 % |
| 202303 | 3538 | 3333 | 94 % | 2241 | 3538 | 67 % |
| 202304 | 3550 | 3379 | 95 % | 2230 | 3550 | 66 % |

**ROBINSON GRAY**

December 8, 2023
Page: 56

Litigation + Business

| 202305 | 3515 | 3265 | 93 % | 2170 | 3515 | 66 % |
|--------|------|------|------|------|------|------|
| 202306 | 3451 | 3214 | 93 % | 2169 | 3451 | 67 % |
| 202307 | 3453 | 3280 | 95 % | 2324 | 3453 | 71 % |
| 202308 | 3411 | 3303 | 97 % | 2350 | 3411 | 71 % |
| 202309 | 3301 | 3164 | 96 % | 2136 | 3301 | 68 % |
| *202310 | 3369 | 3204 | 95 % | 2140 | 3369 | 67 % |

*Numbers may vary with updated data and documentation entry. *October 2023 may be incomplete due to late data entry.*

B.  Monthly data from December 1, 2022 to the present on the percentage of family visitations that met the interim benchmarks:

Benchmark: At least 85% of Class Members with the goal of reunification will have in-person visitation twice each month with the parent(s) with whom reunification is sought, unless (1) there is a court order prohibiting visitation or limiting visitation to less frequently than twice every month; or (2) based on exceptions approved by the Co-Monitors.

For Michelle H., DSS uses case reviews to measure compliance. The Co-Monitors, with agreement from Plaintiffs' counsel, are currently allowing DSS to prioritize employing various CQI strategies to improve performance.  Below is data on DSS's most recent (September 2021) performance as measured through the reviews.

- For all cases where all parents had all visits during the month (the compliance metric); DSS went from 13% (Sept 2020) to 18% (Mar 2021) to 17% (Sept 2021).
- For all cases where all parents had at least 1 visit during the month; DSS went from 41% (Sept 2020) to 44% (Mar 2021) to 39% (Sept 2021).

ADR created a new methodology that mimics, to the extent possible, the universe used for the parent-child visitation reviews, thereby allowing DSS to generate monthly data for reporting purposes.

Methodology: Using CAPSS extract as of November 1, 2023, ADR extracted children/youth who:
- were in foster care at least one full calendar month;
- were under the age of 18 for the entire calendar month;
- have (or, before leaving foster care, had) their most recent court-ordered permanency plan as "Reunification", "Extension for Reunification", or "Not Yet Established".

For each month children/youth meet these criteria, they will have a "Visit Month" to denote they need parental visits for the given month.  These youth, by the Michelle

ROBINSON
GRAY

Litigation + Business

H. Agreement, are expected to have two parental visits per month with the person(s) whom reunification is sought.

This report is generated from dictation reports of Visitation.  When a visit is entered in the CAPSS Visitation tab, CAPSS automatically generates a dictation entry for that visit.

Based on the visit details entered, the dictation entry is given a code to uniquely identify the type of visitation that occurred.  DSS used dictation records as of November 10, 2023 for the chart below.[4]

For the purposes of this analysis, the codes used reflected visitations coded as:
- Parent, Parent/Sibling, Parent/Guardian, or All Case Persons;
- Virtual or In Person, and;
- Any level of supervision (Supervised by DSS, Facilitated by Other, or Unsupervised).

Exceptions include: "No Show" visit codes (via dictation), children and youth on runaway for the entire visit month, and visits prohibited by Court Order or incarceration.  Also included as exceptions are visits that did not happen due to "Refused/Unable to Participate".

| Year-Month | Number of Expected Visits | Total Documented Visits and Exceptions (all types) | Total % of Expected Visits |
|---|---|---|---|
| 2022-11 | 2568 | 1071 | 42% |
| 2022-12 | 2534 | 1085 | 43% |
| 2023-01 | 2568 | 1233 | 48% |
| 2023-02 | 2808 | 1309 | 47% |
| 2023-03 | 2968 | 1425 | 48% |
| 2023-04 | 3034 | 1521 | 50% |
| 2023-05 | 3018 | 1577 | 52% |
| 2023-06 | 3152 | 1772 | 56% |
| 2023-07 | 3194 | 1858 | 58% |
| 2023-08 | 3174 | 1906 | 60% |
| 2023-09 | 3446 | 2041 | 59% |
| 2023-10 | 3650 | 2427 | 66% |

*Note:  Youth with more than two documented visits in a month were capped at two visits. *Since the dictation is as of November 10, 2023, the percentage for October will likely increase over time as data is entered.*

While the metric is centered on two monthly visits, many parents have visits with their children or youth at least once during the month.  Unlike the table above, the graph below counts children and youth and distinguishes between children and youth who had at least one visit and children and youth who had two visits.  In

---

[4] Visits entered outside the Visitation Tab are not captured in this report.

ROBINSON
GRAY

December 8, 2023
Page: 58

Litigation + Business

October 2023, 72% (the "blue line") had at least one visit. This percentage includes children and youth who had at least one visit and those who had at least two visits with their parents. The inverse of 28% (100%-72%) are those children who had no visits documented. The orange line shows those children who had at least two visits completed.



Please note that the "Total % of Expected Visits" referenced in the table on page 57 is not comparable to the percentages shown in the line graph above. For parent-child visits, the monthly report produced by Accountability, Data, and Research expects each child to have two visits per month. A child may have 0, 1, or 2 visits completed in the month. The 66% "of expected visits" is aggregated statewide and simply counts the total number of expected visits and the total number of documented visits, dividing the second count by the first. The line graph considers each child individually instead of in the aggregate. It shows the percentage of children with one visit in the month (72% for October 2023, in blue), or two visits completed in the month (61%, in orange). For example, for the 72%, the numerator is the number of children who had at least one visit in the month divided by all children in the month. The numerator for "At least one visit" includes both one visit only and those who had two visits. For the "61%", the numerator are the children who had two visits divided by all children.

While DSS continues to work on improvement efforts to increase the completion of parent/child visits statewide, DSS does want to recognize the seven counties in the state that are performing at or better than the 85% target of completed expected

ROBINSON
GRAY

Litigation + Business

parent/child visits. Those counties are: Bamberg, Barnwell, Fairfield, Horry, Greenville, Newberry, and Union. An additional eight counties are performing at 75 to 84 percent.

C.  <u>Monthly data from December 1, 2022 to the present on the percentage of sibling visitations that met the interim benchmarks:</u>

Benchmark: At least 85% of the total minimum number of monthly sibling visits for all siblings not living together shall be completed, with exceptions when (1) there is a court order prohibiting visitation or limiting visitation to less frequently than once every month; (2) visits are not in the best interest of one or more of the siblings and the facts supporting that determination are documented in the case file; or (3) with exceptions approved by the Co-Monitors.

For Michelle H, DSS uses case reviews to measure compliance. The Co-Monitors, with agreement from Plaintiffs' counsel, are currently allowing DSS to prioritize employing various CQI strategies to improve performance.  Below is a chart of DSS's most recent performance as measured through the reviews.

State and Region Results September 2021, MP10 compared to March 2021, MP9

| Region | Percent of sibling-pairs that had a visit during Sep 2021 (MP10) | Percent of sibling-pairs that had a visit during Mar 2021 (MP9) |
| --- | --- | --- |
| Statewide | 50.3% (-2.3 points) | 52.6% |

ADR created a new methodology that mimics, to the extent possible, the universe used for the sibling visitation reviews, thereby allowing DSS to generate monthly data for reporting purposes.

Methodology: Using CAPSS extract as of November 1, 2023, ADR extracted children/youth who:
• were in foster care at least one full calendar month in the previous 13 months,
• were under the age of 18 for the entire calendar month, and;
• have at least one sibling (another person under 18 with the same case ID) in care who also meets the above criteria.

For each month the child meets these criteria, they will have a "Visit Month" to denote they need sibling visits for the given month.  These youth, by the Michelle H. Agreement, are expected to have one visit per month with each sibling they are not placed with.

There is a monthly report that generates a list of siblings who have a different placement than at least one other sibling in the case.  Twelve (12) months of this report were appended together to create a full list of children who needed at least one visit with a sibling for the given month, organized by month.



The listing contains fields including "Number of Siblings in the case" and "Number of Children with Provider". Subtracting the latter from the former yields the number of visits each child is expected to have per month.

This report is generated from dictation reports of Visitation and DSS used dictation records as of November 10, 2023. When a sibling visit is entered into the CAPSS Visitation tab, CAPSS automatically generates a dictation entry for that visit.

Based on the visit details entered, the dictation entry is given a code to uniquely identify the type of visitation occurred. For the purposes of this analysis, the codes used reflected visitations coded as:
- Sibling, Parent/Sibling, or All Case Persons;
- Virtual or In Person, and;
- Any level of supervision (Supervised by DSS, Facilitated by Other, or Unsupervised).

| Year-Month | Number of Expected Visits | Number of Documented Visits | % of Expected Visits |
|---|---|---|---|
| 2022-11 | 2470 | 943 | 38% |
| 2022-12 | 2448 | 809 | 33% |
| 2023-01 | 2406 | 962 | 40% |
| 2023-02 | 2420 | 922 | 38% |
| 2023-03 | 2478 | 1109 | 45% |
| 2023-04 | 2452 | 1109 | 45% |
| 2023-05 | 2328 | 1108 | 48% |
| 2023-06 | 2316 | 1134 | 49% |
| 2023-07 | 2328 | 1212 | 52% |
| 2023-08 | 2246 | 1127 | 50% |
| 2023-09 | 2258 | 1224 | 54% |
| 2023-10* | 2360 | 1390 | 59% |

*Note: Youth with more documented visits in a month than expected visits were capped at the expected visit number.*
*\*Since the data is as of November 10, 2023, the percentage for October will likely increase over time as data is entered.*

Please note that due to the recording of sibling visits outside of the Visitation tab, the erroneous coding of Parent/Sibling visits as solely Parent Visits, or many other reasons, these percentages are likely higher than what is recorded.

**ROBINSON GRAY**

Litigation + Business



While DSS continues to work on improvement efforts to increase the completion of sibling visits statewide, DSS does want to recognize the thirteen counties who are meeting or exceeding the 85% target in this area. Those counties are: Aiken, Anderson, Barnwell, Beaufort, Chesterfield, Dillon, Edgefield, Fairfield, Greenville, Marlboro, Newberry, Oconee, and Williamsburg. There are also an additional five counties or regional Adoptions offices that are performing at between 75 and 84 percent.

<u>Actions DSS implemented to confirm the reliability of visitation data and to monitor compliance with case worker obligations by supervisory staff to meet the benchmarks for mandated visitations under the Final Settlement Agreement:</u>

*Training and Coaching*
At the beginning of August 2022, DSS Child Welfare Operations leadership met with county and regional leaders to discuss the need for practice changes related to visitation, and to obtain feedback on strengths and challenges of visitation entry into CAPSS. DSS Performance Coaches provided regional training to frontline staff on the Visitation tab and available reports. In addition, staff have ongoing access to CAPSS training via DSS' Learning Management System (LMS) on how to properly document visits in the Visitation tab.

At the end of September 2022, DSS provided training to all frontline Team Leaders and county leadership to enhance understanding of the new visitation reports produced in CAPSS and the report developed by ADR. The training covered the similarities and differences between the reports and how they capture visitation information in different



Litigation + Business

ways. DSS used this training opportunity to also reiterate the Michelle H. measures pertaining to visitation.

DSS' Internal Monitoring team conducted parent-child visitation reviews and partnered with county leadership to provide coaching at the Team Leader level with ten counties across the state initially, and others upon request. Coaching sessions focused on proper documentation of visit details, utilizing CAPSS and ADR reports for daily management, addressing barriers to timely documentation, and establishing methods for continuous monitoring and improvement. ADR and the Internal Monitoring team routinely field questions regarding the parent child and sibling visitation reports.

Child Welfare Services leadership continues to utilize the CWS Data Dashboard which includes metrics on parent/child and sibling visitation by county and region to monitor month-to-month performance. The Deputy State Director of Child Welfare Services works with Child Welfare Operations and Regional Directors to recognize counties and regions who are performing significantly higher than the state average to identify strategies that led to improvement that can be implemented in other jurisdictions. The Deputy State Director of CWS also reaches out to County Directors, and their Regional Directors, who have not shown improvement in recent months, or who consistently perform below the state average to identify barriers and develop strategies for intentional improvement. ADR routinely fields questions regarding the parent child and sibling visitation reports and issues a quarterly report that list cases where there appears to be no parent/child visitation documentation for three months and six months. The Deputy State Director of Child Welfare Services conducts individual outreach to counties with children and youth who appear on the no visitation documentation in three or six months to identify barriers and develop plans to conduct and document visits.

DSS also completed the development of Quality Visitation training and two rounds of beta-testing. The training was deployed to Foster Care and Adoptions leadership and Case Managers on February 27, 2023. DSS continues to issue quarterly Visitation Matters Tip Sheets, the most recent of which were sent out to staff in June and September 2023. The next tip sheet will be sent out in December 2023.

DSS learned from a survey of staff completed in December 2022 that staff needed additional training on utilization of the Visitation Tab in CAPSS to document completed parent/child and sibling visitations. This was based on ADR's analysis of survey results provided to Child Welfare Operations on March 14, 2023. On March 24, 2023, and April 7, 2023, DSS provided a Visitation Tab skills lab to support visitation entries in CAPSS. A total of 276 employees participated in the skills lab. The Deputy State Director of Child Welfare sent the recordings of these skills labs to all Child Welfare staff on April 28, 2023, and these recorded trainings are hosted on the Child Welfare Services Division page on the internal agency website. Additionally, DSS continues to offer self-paced and instructor-led training on Case Manager Contacts, Visitation, and Documentation to front-line staff, and leadership reassigns these trainings to offices with additional training needs.



**Litigation + Business**

In June 2023, Child Welfare Operations leadership began conducting regional meetings specific to visitation and current trends in the state. During these meetings leadership reviewed visitation survey results, presented proposed SafeMeasures reports, and gathered feedback and information from frontline staff and leaders regarding progress toward increased visitation occurrence and information entry into CAPSS.

To increase oversight and accountability, Child Welfare Operations is holding quarterly Foster Care Team Leader check-ins in each region. DSS conducted check-ins for the Lowcountry and Pee Dee on October 31, 2023, for the Midlands and Upstate on November 7, 2023 and for Regional Adoptions offices on November 14, 2023. The check-ins provided space for leaders to share new practices related to visitation and to see and discuss region-specific data and opportunities for improvement. ADR staff also reviewed the different management reports available regarding visitation and how to interpret the data for each. Since August 2023, County Directors hold weekly leadership check-ins to address any practice concerns and promote the documentation of visits in the CAPSS Visitation Tab. Team Leaders hold weekly huddles with their case managers to review data as well as planned and unplanned visits for the week. Team Leaders review the CAPSS Visitation Tab each week to confirm visits from the prior week have been documented. Child Welfare Operations will coordinate additional training for regions as needs are identified. Child Welfare Operations continues to gather feedback from frontline staff and to address barriers in using the CAPSS Visitation Tab.

*CAIP*
DSS is encouraging foster parents and providers to utilize the Child and Adult Information Portal (CAIP) to document visits they facilitate. CAPSS visitation reports include documentation of visits entered by providers and foster parents via the CAIP. Additionally, recent updates to the Non-Therapeutic Foster Home and Therapeutic Foster Home Child Placing Agency contracts will require, effective January 2023, that CPA staff facilitate support of their foster families to ensure entry of visitation documentation by foster parents, for visits they helped facilitate or supervise. A chart with the numbers and types of CAIP transactions was provided on page 24.

*SafeMeasures*
DSS completed and submitted the methodology for a suite of visitation reports in SafeMeasures. These reports will capture visitation at the individual case manager, team, county, and regions, allowing case managers and their supervisors to easily view and manage their work around visit planning and documentation.

Though DSS anticipated reports would be available to the field before the end of 2022, during the vetting process where DSS compares cases from the SafeMeasures report to cases within the CAPSS system, DSS noticed discrepancies with the visitation data from CAPSS. This resulted in the need for SafeMeasures to continue to revise their queries. SafeMeasures recreated a Sibling Visitation and a "Michelle H" version of Sibling Visitation on the Proposed Menus which again is being reviewed by a DSS team. To properly review the reports, DSS must take a wide variety of cases with differing circumstances. Though time consuming, it results in identifying issues and producing reliable reports. The sibling



December 8, 2023
Page: 64

reports will likely be ready for the field by the end of 2023. Because of how the "parents for whom reunification is sought" information is stored in CAPSS, SafeMeasures revised its methodology for the Parent Child Visitation suite of reports and recreated the Parent – Child Visitation report which is now also on the Proposed Menu for review again. Additional time will be needed for vetting and to resolve any issues identified during that process.

15. **Provide the Court in detail the agency's efforts to document the distance between a foster child's placement and the child's home and describe how that information might be used to facilitate, where reasonably possible, local placements for foster children.**

DSS partnered with the University of South Carolina Center for GIScience and Geospatial Big Data (the Center) to assist in calculations of distances between a child's placement, the DSS county offices, and the addresses for persons for whom reunification is sought. Housed within the Department of Geography at the University of South Carolina (USC), the Center conducts interdisciplinary research and education on Geographic Information Science and Spatial Data Science including GIS, geospatial big data, remote sensing, spatial analysis, statistics and modeling, geospatial artificial intelligence, spatial computing, geo-visualization, and cyberGIS. Faculty and students of the Center use, synthesize, and develop advanced spatial methods and computing technologies to address a broad range of geographic questions about hazards, public health, population, environment and climate change.

For this collaboration, DSS and the Center structured the work into three phases. DSS began by creating a child specific file that included information such as the county of office management and its address, the case manager, information on the child, the provider, provider type, provider address, permanency plan, and if the plan is reunification, information on the addresses of parents or others for whom reunification is sought. Using that address detail, the Center completed the first phase where the team analyzed the completeness of the information and geocoded the three addresses using an online tool (Geoapify) and through manual review.

In Phase 2 the Center team began calculating the distances between the county office and the providers, the parent address to the providers, and the parent addresses to the county offices for each child. The Center used two methodologies: Euclidean distance, which represents the shortest straight-line distance between two points, and road network distance, which reflects the actual distance traveled considering the road infrastructure. Euclidean distance provides only a rough estimation of the travel distance. The calculation of the road network distance is more complex and accurate and uses the actual path or route that one might travel between two points. It incorporates existing infrastructures like roads, highways, bridges, and other obstacles that can affect the travel route. To calculate the road network distance, the Center used the road network data from OpenStreetMap specific to South Carolina. When multiple paths existed between two points, the Center identified the shortest routes from the assortment of available options within the dataset.



Using the resulting road network distances, DSS constructed a chart by region and a heat map by county on the number of placements within 60 drivable miles between the county offices and the providers (a proxy for supervised visitation), total placements, and a ratio that allows DSS to understand which counties and regions are traveling the most.

| By Region | # Placements within 60 Miles of the County Office | Total # Placements | Proportion Under 60 Miles |
|---|---|---|---|
| Low Country | 461 | 633 | 72.8% |
| Midlands | 1048 | 1502 | 69.8% |
| Pee Dee | 543 | 679 | 80.0% |
| Upstate | 804 | 1053 | 76.4% |
| Total | 2856 | 3867 | 73.9% |

Using the information supplied by the Center, ADR mapped the percentage of placements under 60 miles by county. Several small rural counties such as Calhoun, Hampton, Allendale and Marlboro lacked enough placements in their counties requiring their case managers to travel further. Two counties had over 90% of their placements under 60 miles – Fairfield and Colleton. There were an additional thirteen counties who had 80% up to 89% of their placements under 60 miles.



A similar chart by region and a heat map by county was also constructed showing the number of placements within 60 drivable miles between the parent addresses and the



providers (a proxy for unsupervised visitation), total placements, and a ratio that allows DSS to understand which parents may be traveling the most.

In the below chart, it appears that the Upstate had the highest proportion of placements under 60 miles from the parent's address. The Midlands had the lower proportion under 60 miles.

| By Region | # of Placements within 60 Miles of Reunification Address | # of Placements | Proportion Under 60 Miles |
|---|---|---|---|
| Low Country | 371 | 539 | 68.8% |
| Midlands | 856 | 1324 | 64.7% |
| Pee Dee | 409 | 570 | 71.8% |
| Upstate | 694 | 933 | 74.4% |
| Total | 2330 | 3366 | 69.2% |

Below is the heat map by county.



In Phase 3 DSS explored how this technology can further assist the field and state leadership. DSS met internally to brainstorm with a team of leaders from Operations (including regional support) and Permanency Management. In that meeting, additional



Litigation + Business

analyses were presented that included the percentage of placements within 60 miles by placement type, a deeper dive into a county showing placement locations, and listings of case managers who appeared to be driving higher distances. After considerable discussion of the data, the team decided to focus on three counties with maps showing placements at a more detailed level: Cherokee, Kershaw, and Charleston. The USC team produced two series of maps that showed placements by placement type and placements by authorized level of care.  In the placement type series, the placements were color coded by placement type so that the user could see by the pattern of colors whether the placement was a therapeutic foster home, pre-adoptive or adoptive, kinship, foster home, or congregate care.  This was particularly useful in placements that were clearly out of the region. Similarly, placements by authorized levels of care were color coded giving further information.

Examples of those maps are included below for Cherokee County.



**Placements from Office of Case Management in Cherokee County**

Footnote: Placement Type Group

**Placements from Office of Case Management in Cherokee County**



Footnote: Authorized Level of Care Group

The maps spurred further discussion within Child Welfare leadership on how they could be used to support functions in DSS such as when:

- Planning for deployment of the Regional Support Teams
- Balancing caseloads and connecting resources
- Conducting targeted recruitment of foster homes
- Tracking progress toward increasing the number of children placed within 60 miles of their home counties

Next steps include developing an ongoing contract, updating the information, and developing tests on some of the possible uses detailed above to determine what is most helpful.



16. **Provide the Court in detail the agency's efforts to improve, promote, and expand merit pay for foster care staff to assist in reducing staff attrition.**

DSS is engaged in Continuous Quality Improvement efforts to increase participation and successful progress on the Child Welfare Professional Advancement Pathway. The county visits that the Deputy State Director of Child Welfare and the CWS Operations Director have been participating in have provided useful information regarding the understanding of the CW Professional Advancement Pathway by frontline staff and supervisors. As a result of a thorough review of the process, DSS has reduced the data metrics for eligible positions under Child Welfare Operations in the Pathway to five metrics per program area (Investigations, Family Preservation, Foster Care and Adoptions). These data metric changes were approved by the Deputy State Director of Child Welfare on June 30, 2023. Child Welfare Operations leadership conducted a presentation of these changes and the more streamlined Advancement Pathway process on July 7, 2023 and July 21, 2023. The other Child Welfare divisions with eligible positions in OHAN, Licensing, CFTM and Placement had a separate presentation on August 4, 2023.

DSS released a new podcast on November 6, 2023 to further provide details and discussion regarding the salary plan. Additionally, DSS developed a one-page guide for Child Welfare staff detailing the process expectations, eligibility and pathways. DSS Child Welfare Operations is also revisiting and detailing the reports being utilized to support the data analysis portion of the process. DSS believes these process changes will result in more staff pursuing and achieving higher levels in the career path. As of November 2023, seven (7) Team Leaders and six (6) Case Managers have been approved for Level 2 of the Pathway.

17. **Provide the Court an update on the agency's efforts to adopt and implement a Kin-Gap program.**

DSS completed the policy and forms for the Kinship Guardianship Program (KinGAP), updated the state plan and sent these items to the Children's Bureau for approval on September 6, 2023. DSS received feedback from the Children's Bureau that required edits to the policy and forms. DSS resubmitted the revised policy, forms and state plan to the Children's Bureau on October 25, 2023 and received approval from the Children's Bureau on Monday, December 4, 2023. The final draft work aid to support implementation of the policy will be submitted for review on December 8, 2023.

On Thursday, November 9, 2023, Governor Henry McMaster was joined by DSS Director Michael Leach, Senator Katrina Shealy, and other leaders at the State House for a ceremonial signing of S.380, the bill that allowed DSS to create a Kinship Guardianship Program. Full implementation of KinGAP is targeted for late January 2024.



18. **The Court discussed at the August 3, 2023 status conference ongoing efforts to expand the array of mental health, in-home, and community-based services to support foster parents and to stabilize placements.**

<u>A. The status of efforts to obtain expanded Medicaid funding for in home and community based mental health services;</u>

Beginning in 2022, DSS began regular conversations with DHHS to explore adding Evidence-Based Services to the State Medicaid Plan.  DSS arranged opportunities for Select Health to meet with providers and purveyors of evidence-based models in DSS' prevention plan.  In January 2023, Select Health met with Homebuilders and Brief Strategic Family Therapy providers and purveyors.  This allowed the opportunity for representatives from Select Health to ask questions regarding these evidence-based services.

In July 2023, DHHS approached DSS to begin discussing the opportunity to add services in 2024. Originally, the intent was to create a code and a funding structure that would allow multiple services to be covered under an "in-home service" type. DSS provided its rate methodology for each service in the Department's prevention plan directly after the initial meeting.

In September 2023, DHHS determined they would move forward with implementing the "in-home supports" service type and would begin by adding two evidence-based services to the state plan. DSS suggested adding Family Centered Treatment, Homebuilders, and Intercept. On September 22, 2023 and October 16, 2023 DSS met with DHHS to review options in detail to include the rate methodology. After the October 16, 2023 meeting, DHHS determined they would move forward with adding Homebuilders and Multisystemic Therapy to the Medicaid State Plan with the intention of adding additional evidence-based services over time.

DSS began meeting with providers of the two services on October 19, 2023 to support them in preparing for implementation. After several conversations with providers and PAFCAF, DSS advocated for providers and purveyors to be more involved with the creation of the service type and requirements. Providers and purveyors shared questions and concerns regarding the way Homebuilders would fit into the current Rehabilitative Behavioral Health Services (RBHS) structure. DSS shared those concerns with DHHS and worked with them to identify solutions. On November 17, 2023, DHHS sent providers, purveyors and PAFCAF representatives a draft of the RBHS manual which included Homebuilders and Multisystemic Therapy. DHHS requested feedback from providers and purveyors by November 29, 2023 and scheduled a follow-up meeting with all parties on December 1, 2023.

Though DHHS is targeting an end-of-year submission of a state plan amendment, for a January 1, 2024 effective date, DHHS has until March 31, 2024 to make the submission. Providers can begin enrolling after the January 1, 2024 effective date.  DHHS is in the policy development phase of this project and is working closely with DSS and others to



define the scope of these services for the state plan amendment and Medicaid provider manual.  DHHS will then work with all five MCOs to promote successful implementation.

With regard to Rehabilitative Behavioral Health Services (RBHS), in January 2024, DHHS will fully lift the RBHS moratorium for all RBHS services including the two services previously disallowed (Psychosocial Rehabilitation and Behavior Modification) under the moratorium, enabling RBHS providers who were not previously enrolled to be reimbursed for the full array of RBHS services.  DHHS has already begun accepting applications for RBHS providers. Additionally, through the remainder of calendar year 2024, DHHS will continue to engage with stakeholders to complete tasks related to the full moratorium lift, to include implementing further behavioral health redesign efforts, updating the Medicaid State Plan and provider services manuals, and implementing provider enrollment system and requirement updates (background screening)

To support continued collaboration and information sharing around Medicaid funded services, DHHS, Co-Monitors and DSS met virtually on November 7, 2023, to discuss in detail the plans for implementing Homebuilders and Multisystemic Therapy, and the lifting of the RBHS moratorium.

B. The status of discussions and actions with the Department of Mental Health, South Carolina Department of Disabilities and Special Needs, Department of Health and Human Services, and other state agencies with overlapping responsibilities for children in the foster care system;

On June 8, 2023, members of the Co-Monitoring team participated in a meeting with the SC Department of Health and Human Services' (DHHS) Chief of Staff, Eunice Medina, to receive an update on current initiatives.  DHHS Chief of Staff Medina shared the status of the moratorium for Rehabilitative Behavioral Health Services and joint efforts with the SC Department of Juvenile Justice (DJJ), SC Department of Children's Advocacy (DCA) and the South Carolina Department of Mental Health (DMH) to create a state-operated psychiatric residential treatment facility (PRTF) that will serve South Carolina's justice-involved mentally ill youth.  A Request for Proposals was released on June 14, 2023 for the design, construction, operation and maintenance of the PRTF.

On May 5, 2023, June 21, 2023 and June 29, 2023 Director Leach participated in meetings with DHHS, DMH, DCA, SC Department of Disabilities and Special Needs (DDSN) and specific provider partners.  Meeting topics included the placement process for children with acute behavioral and developmental needs, expansion of services for children and youth on the autism spectrum, expansion of service array across DSS, DDSN and DMH and additional behavioral health services.

Deputy State Director of Child Welfare, Emily Medere, participated in a Care Coordination for Children Interagency Summit, hosted by the SC Department of Health and Human Services on July 18, 2023. This was the first in a planned three-part series of meetings to discuss the interagency coordination of care for children and youth with complex needs. Attendees at the meeting (in addition to DSS and DHHS) included: DMH, DDSN, DJJ,

ROBINSON
GRAY

Litigation + Business

DCA and Select Health (Managed Care Organization with DHHS). The first meeting involved each agency sharing about their scope of work and responsibilities with the group, as well as sharing care coordination activities that each agency leads or participates in. The meeting also included discussion of a case vignette of a youth with complex needs and multi-agency intersecting involvement. The second meeting, held on August 22, 2023 focused on identifying triggers and criteria mapping for an interagency escalation process, outlining a tiered level of escalation based on needs, and discussion related to addressing co-occurring disorders.

Deputy Director Medere also met with her counterpart at DMH regarding mobile crisis services and achieved agreement in principle on the need to expand Mobile Crisis to encompass more behavioral health-related scenarios and not just suicidal and homicidal or psychosis-related events for minors. DMH expressed plans to include funding to support this expansion in their agency's FY25 budget request.

As mentioned in item 9, on October 9-10, 2023, Deputy Director Medere hosted a convening focused on disrupting emergency placements. Over thirty participants attended including agency representatives from DMH, DHHS, DDSN, and DJJ. Also attending were provider partners, foster parents, DSS staff at various levels and from various program areas, as well as the Co-Monitors and one of their staff. Participants utilized data related to placement instability and emergency placements for an entry cohort of children in foster care to engage in a root cause analysis and solution development for the identified root causes. Additional details regarding next steps are provided in section D.

C. The status of efforts to engage providers to deliver these services

DSS is focused on building a diverse service array available to children and families involved with the Agency. DSS is working collaboratively with private providers and other agencies to catalog available services that are offered in each geographic area of the state, determine current capacity of providers, and identify where service gaps exist.

*Capacity Building Grants*
DSS released capacity building grants to fund multiple programs and services throughout South Carolina over the past two years. Recent efforts to add services intended to stabilize placement for children and youth in foster care are listed below.

*Placement Stabilization*
In March 2022, DSS released a grant to fund a placement stabilization pilot program. Thompson Child and Family Focus was awarded this grant and is working collaboratively with DSS staff to stabilize placements in the Upstate region. Thompson employs a team of professionals to support teens in DSS Custody who have a history of placement instability, currently are in an unstable placement, or meet a set of criteria for being high risk for placement instability.

ROBINSON
GRAY

Litigation + Business

This team of professionals' sole purpose is to engage with the youth and the foster families, including 24/7 on call coverage, and to provide direct mentoring, coaching, counseling, support, crisis intervention and basic care coordination:

- Youth Partners are trained in Motivational Interviewing and System of Care/Wraparound principles as well as trauma informed care. They attend Child and Family Team meetings for youth they are working with. Youth partners have lived experience in the DJJ, DSS or Mental Health system.
- Family Partners are trained in motivational interviewing and System of Care/Wraparound principles. They have background in the Child Welfare system. The Family Partner's primary role is to be a mentor to foster parents.
- The team therapist provides weekly in-person or teletherapy sessions to youth on their caseload and works as part of a multidisciplinary team with the Youth Partner, Family Partner and Supervisor to help drive treatment strategy and create interventions, behavioral incentive plans and other ways to address the root cause of the teen's challenges.

At the end of 2022, DSS worked collaboratively with Thompson Child and Family Focus to compile outcome data for services provided by the Thompson Placement Stabilization Unit.

As of November 2023, the Thompson Placement Stabilization Unit has served 164 children and youth statewide.  Of those children and youth, 112 have completed the program.  Of those children, 75 achieved placement stability for more than 90 days and 154 (94%) avoided a placement disruption related to behavioral challenges.  Thompson Placement Stabilization Unit remains at capacity in the Upstate. They have 6 youth partners and are serving approximately 42 youths throughout the Upstate. Due to the positive outcomes and high demand in the Upstate, DSS worked with Thompson to add a Placement Stabilization team in the Midlands. The additional Placement Stabilization Unit is housed in Richland County and serves the surrounding counties including Lexington, Kershaw, and Fairfield. The Midlands team began accepting referrals on July 24, 2023 and is currently serving 33 youths. The new contract includes six additional Youth Partners with capacity to serve up to 60 youths at a time.

Additionally, the new contract includes a crisis response team of seven Behavior Modification Specialists co-located in DSS offices throughout the state (3 Upstate, 3 Midlands, 1 Pee Dee). These Behavior Modification Specialists provide 1:1 or 1:2 de-escalation and behavior support for youth who are awaiting placement in DSS offices, including being on call 24/7 to respond overnight. The crisis response team also began accepting referrals on July 24, 2023. Statewide, these Specialists have provided 45 youths with a total of 174 unique service events.

*Intensive In-Home Services*
In September 2022, the Intensive In-Home Services grant was awarded to two providers, one in the Upstate and one in the Midlands. The Intensive In-Home Services program takes a strengths-based, family-centered, trauma informed, and individualized approach. It incorporates an array of interventions aimed at assessing individual and family needs,



Litigation + Business

equipping families with effective parenting skills, identifying resources to meet concrete needs, psychosocial and family supports, crisis intervention and behavior modification interventions. The pilot has the capacity to serve approximately 100 families in the Upstate and Midlands.  Both custodial and non-custodial cases are eligible to receive this service. DSS intends to expand this program using service array funding after the initial pilot and lessons learned in the Upstate and Midlands.

In December 2022, the Intensive In-Home Services (IIHS) program in the Upstate and the Midlands began accepting referrals from Greenville and Richland counties. In July 2023, 14 families were actively engaged in the IIHS program in the Midlands and 27 families were actively engaged in the Upstate. As of November 2023, 11 families are actively engaged in the IIHS program in the Midlands and 21 families are actively engaged in the Upstate IIHS program. In total, eleven families have successfully completed services in the Midlands and fourteen families have successfully completed services in the Upstate. The Office of Family and Community Services is providing implementation support including weekly implementation calls, online referral link, data collection and office visits with providers.

*Family Centered Treatment*
In September 2022, the Department released a grant for Family Centered Treatment. Family Centered Treatment (FCT) is an in-home trauma-focused family therapy model designed to find simple, practical, and holistic solutions for families faced with disruption or dissolution of their family. This may be due to external and/or internal stressors, circumstances, or forced removal of their children from the home due to youths' delinquent behaviors or parents' harmful behaviors.  The focus of FCT is to either strengthen and preserve children within their home or to bridge by successful reunification back into the home. Two grants were released, one for the Upstate and one for the Midlands. On November 8, 2022, the Family Centered Treatment capacity building grant was awarded to one provider with locations in the Midlands and Upstate Regions after a competitive procurement process including a panel.

DSS continues to work closely with the FCT purveyor and the provider regarding implementation support and capacity building.  The first referral was accepted on May 1, 2023.  The Office of Family and Community Services is providing implementation support including weekly implementation calls, online referral link, data collection and office visits with the provider. As of July 2023, 58 referrals have been made to Family Centered Treatment – 36 from Greenville County and 22 from Richland County. As of November 2023, 129 referrals have been made to Family Centered Treatment – 64 from Greenville County and 42 from Richland County.  Currently, 16 families are actively engaged in FCT in Greenville County and 9 families are actively engaged in FCT in Richland County. Although referrals have increased dramatically from Richland County, members of the Family and Community Services staff are actively working with the FCT provider and Richland County staff to determine barriers to families actively engaging in services. The Office of Family and Community Services continues to provide implementation support including bi-weekly implementation calls, referral link, data collection and materials for county offices.



*Service Array Provider Work Group*

The Office of Family and Community Services continues to lead Service Array Provider Workgroup meetings. Meetings were held on January 20, 2023, February 24, 2023, and March 28, 2023, with an all-day in-person event on April 18, 2023 and May 11, 2023. Topics covered have included provider readiness, current services, staff qualifications, and needs of children and families with open DSS cases (based on statewide FAST and CANS data produced by DSS). Workgroup meetings concluded as of June 2023 with a new scope of work to support Family Preservation cases that will launch in January 2023.

*Assessments*

In Spring of 2021 the agency commenced use of the Family Advocacy and Support Tool (FAST) and Child and Adolescent Needs and Strengths (CANS). The FAST includes three placement level support items (risk behavior, school behavior, and mental health items) to help identify the best placement for a child or youth based on their existing needs and behaviors. Case managers share this information with placement staff when a score indicates a child does not meet the criteria for regular level of care placement. This information is then shared with placement providers to make the best possible placement match for the child.

The CANS is used to assess the needs of children and youth entering foster care and to assist with matching services to identified needs. The CANS assessment tool serves as a means of collaborative communication for understanding the treatment needs of youth and making decisions about care and services, including placement services. Case Managers contact provider agencies when completing and updating a CANS to make sure the most current information for the child, youth, and family is available. In addition to assessing the needs of a child, the CANS is an assessment of caregiver needs, to include foster parents. Continuous assessment of caregiver needs is an additional opportunity to promote placement stability for children in care through identification of needs.

The Department continues to provide monthly coaching sessions related to the FAST and CANS, in partnership with the Praed Foundation. The sessions are separated by program area and serve as a great space to lean into lessons learned and build connections and collaboration among Team Leaders across the state. Each session ends with a small test of change for Team Leaders to implement between the sessions and opens with them sharing how the small test impacted their team's work for the previous month. In addition to these coaching sessions, the Assessment and Planning Unit provides individual sessions for counties and units within counties as requested or as coaching needs are identified. DSS intends to maintain these coaching sessions in 2024.

To increase FAST/CANS completion skills and timeliness, DSS has several initiatives underway. These include: skills labs on the topics of quality assessments, utilizing assessments to make decisions, and identifying recommended services based on assessment ratings; utilizing a review tool to conduct quality assurance reviews on completed FAST/CANS; providing feedback based on the results of QA reviews; providing



county-level training based on needs; and a planned booster training in 2024 facilitated by the Praed Foundation.

In May 2023, DSS began collaboration with the Praed Foundation to build a decision support model that will help Case Managers and Team Leaders connect youths to services based on needs identified in the FAST and CANS. Since that time, DSS has integrated the support models into CAPSS and CWS staff have participated in a skills lab on the decision support model for the FAST. DSS scheduled six CANS training sessions between November and December 2023 for Adoptions and Foster Care Team Leaders and Coordinators. Six additional training sessions will be held for Adoptions and Foster Care case managers between January and February 2024. These sessions will focus on how to utilize the level of care decision support model.

*Foster Parent Supports*
DSS currently has a contract with the South Carolina Foster Parent Association (SCFPA) which supports the local county foster parent associations. These local county foster parent associations across the state offer support groups and mentoring for foster families.

DSS also has one foster parent liaison whose role it is to respond to foster families across the state and help connect them to supports and services daily. The foster parent liaison responded to over one-thousand individual correspondences from foster parents in 2022, via phone calls and emails. DSS provides ABC vouchers for childcare, funding for sitter services for older children and respite care to also support foster parents and help stabilize placements. When identified as a need to support placement of a child or youth in a family-based setting, DSS also funds Behavior Modification and other in-home services, as well as specialized therapies such as equine therapy and extracurricular activities such as karate classes so that children and youth can maintain stability and to promote their overall well-being in their foster placements.

DSS also has collaborated with Therapeutic Foster Care (TFC) providers on the scope of work for an Exceptional Needs Therapeutic Foster Care (ENTFC) pilot. This pilot provides unprecedented wraparound support and services to youth in foster care (and their therapeutic foster parents) experiencing high placement instability and who also have severe behavior challenges, multi-system involvement, developmental challenges and/or emotional dysregulation. The scope of work was finalized on December 28, 2022. The exceptional needs pilot change order was issued on February 2, 2023, to all TFC Child Placing Agencies.

As of November 2023, one CPA has three TFC families that are trained and actively participating in the pilot. Two families currently have placements and the third was providing emergency placement for a youth they hoped to transition to the pilot. However, the family recently determined they could not meet the youth's needs even with additional support. DSS is working with the CPA to identify another youth who would be a good match for the family. This CPA remains the only provider with families ready to receive placements. They are currently assessing an additional family to determine if the family is a good fit for the program. A second CPA identified four families for the pilot after their

ROBINSON
GRAY

Litigation + Business

December 8, 2023
Page: 77

last recruitment campaign. These families are in various stages of the licensing process and the CPA anticipates they will be licensed in the next two to three months barring any unforeseen delays. A third CPA has three currently licensed families they believe could be strong candidates for the pilot. However, they have had difficulty hiring and maintaining Behavior Modification staff as required by the program and are implementing measures to attract more candidates. They have not yet certified their identified families for the pilot. A fourth CPA is planning to roll out the pilot in January 2024 starting in Greenville. They have two currently licensed families identified and will be meeting with them to discuss the program. This CPA also has two qualified candidates in the final stages of interviewing for their case manager position and they have a part-time therapist assisting with the program. They plan to expand to Columbia after Greenville. A fifth CPA has completed interviews for a program manager to establish their program. Once in place, this person will lead their efforts toward implementation. The last CPA does not currently have capacity to implement the pilot, but they are continuing internal discussions on how to move forward. They have one family identified once they have capacity.

*Day Services Program*
Effective July 5, 2023, DSS implemented with a provider agency a Day Services Program in Columbia that includes educational and treatment services for youth who would otherwise be in the DSS office during the day, or for youth who cannot attend school. Currently twenty-five slots are available with the Columbia program. A second program was also opened in York County with a capacity of 10 slots. DSS is coordinating with a third provider in the Pee Dee Region around opening a program in the Darlington County area. Providers have stated they believe the Day Treatment Programs may support efforts to recruit more families for the Exceptional Needs Pilot because there would be access to a day program for youth unable to attend school.

*Service Gaps*
DSS has been working to gather information from Child Welfare Services staff across the state to determine service gaps as identified by frontline professionals when working with children and families.

A total of 265 Child Welfare staff from Anderson, Greenville, Horry, Lexington, Richland, and Spartanburg counties completed the service array survey. This informal 8-question survey was developed by the Office of Family and Community Services with the assistance of Child Welfare Operations and the Office of Accountability, Data and Research.

Survey results showed that Child Welfare staff most frequently refer both children and adults for counseling services. Respondents indicated the biggest barriers to families accessing services included transportation (32%), the time-of-day services are offered (25%), long wait lists (24%) and services not being available in the families' geographic areas (10%). Other identified barriers included language, cost, childcare, lack of providers that accept Medicaid and parents' unwillingness to participate.

Staff were also asked what services they would add to the service array in their county. The overwhelming response to this question was housing. Over 50% of respondents



Litigation + Business

reported inadequate housing or resources to support low-income housing identification, and lack of housing can be a barrier to reunification.

The Office of Family and Community Services continues to work with the Family Voice Alliance (internal lived expertise advisory council) to co-create a process for deploying a survey to individuals with lived expertise to identify service gaps. Because the Family Voice Alliance has a small number of active members, DSS is working with them to determine wider outreach for survey deployment so that results are representative of statewide demographics.  DSS continues to work toward the development of reports to track trends in needs across the state using CANS and FAST data.

D. Other DSS efforts to deliver more extensive and appropriate mental health and other services to treat the Michelle H class and to stabilize placements.

DSS engaged a consultant to assist with the in-depth review of Universal Applications and treatment information for youth with high placement instability, and to assist in development of creative solutions to stabilize placement. This consultant is working with a cross-divisional team of DSS professionals, and the county/regional case management staff and leadership for the specific youth being reviewed in a youth-centered teaming process to identify what services and supports are necessary to locate and stabilize placement for the youth experiencing the highest frequency of emergency and overnight placements. DSS believes that in working with the core team of cross-divisional DSS staff, the consultant will have the opportunity to not only address needs of the specific youth being reviewed but will also begin to build the competency of the DSS staff to be able to do this creative solution-building for youth on an ongoing basis. The work with this consultant began on July 1, 2023 with an initial five youths being reviewed.  The TA provider completed all reviews and participated in individual consultations with DSS to provide recommendations for each youth.   DSS recently sent Universal Applications for seven additional youths and the TA provider has thus far completed reviews on two of the seven.  DSS is also exploring consulting with two additional consultants in early 2024 to increase capacity for additional reviews and coaching and skill building of DSS staff in this process.

As shared in section B, on October 9-10, 2023, Deputy Director Medere hosted a convening focused on disrupting emergency placements. Over thirty participants attended including agency representatives from DMH, DHHS, DDSN, and DJJ.  Also attending were provider partners, foster parents, DSS staff at various levels and from various program areas, as well as the Co-Monitors and one of their staff. Participants utilized data related to placement instability and emergency placements for an entry cohort of children in foster care to engage in a root cause analysis and solution development for the identified root causes.  From the many solutions developed, participants voted and chose the following four strategies: design a youth-centered process for gathering strengths and needs to inform the placement process; enhance and expand the Child and Family Team Meeting; develop and leverage informal and formal services that are easily accessible and tailored to the needs of young people, parents and caregivers; and shift the system to become truly kin-first. DSS will convene two new workgroups around designing a youth-centered

**ROBINSON GRAY**
Litigation + Business

process for gathering strengths and needs to inform a placement process and shifting the system to become truly kin-first. DSS will leverage an existing planned workgroup that will have providers and DSS staff engaged in the Small Test of Change work already occurring related to enhancing and expanding the Child and Family Team Meeting. DSS will integrate into the other three workgroups efforts related to leveraging informal and formal services as well as existing work that is happening throughout the system. For the workgroups focused on designing a youth-centered process for gathering strengths and needs to inform the placement process and shifting the system to become truly kin-first, Deputy State Director Medere has begun engaging in strategy sessions to build the charters for each workgroup, including the vision, purpose, goals, and objectives. In the coming weeks, workgroup leads will be identified, and workgroup members selected. Each workgroup will include 8-10 individuals from DSS, provider entities, and partner organizations, incorporating input from those with lived experience. The two workgroups are planned to begin in January 2024.

19. **The Court discussed at the August 3, 2023 status conference challenges with meeting family visit benchmarks under the Final Settlement Agreement and the potential need to provide caseworkers more logistical support from providers and other agency staff in scheduling, transporting, and (where necessary) attending family visitations. Set forth in detail plans and actions of DSS in providing additional support to caseworkers with family visitations and other plans and actions to comply with the family visitation requirements of the Final Settlement Agreement.**

As shared in item 11, DSS has created regionally based case management teams (Regional Support Teams), one team per region, to further promote staff retention by balancing the workload of county case managers. These teams are deployed to counties experiencing spikes in turnover and/or caseloads to support case manager activities such as case manager contacts, family visitation, family search and engagement, and transportation. The charts below provide data related specifically to support the regional case management teams have provided related to visitation:





December 8, 2023
Page: 80



In addition to the Regional Support Teams, the Department also implemented in August 2023, 24/7 emergency transportation support with the help of contracted private providers. This transportation support is available statewide to support case management staff in transporting young people to and from placement 24 hours per day, seven days per week, who are in emergency, overnight, or night to night placements. This has significantly decreased the burden on frontline staff and leadership while the Department continues to work to build new placements and address the placement instability in the system.

Additionally, in November 2023, the Department expanded available transportation supports for children and youth in foster care. Previously under the contract, two transports per month were allowed for children and youth deemed therapeutic. The contract was expanded to allow two transports per month for all children and youth in foster care, both regular and therapeutic level, to assist case management staff with transportation to and from visits and appointments.

Please let us know if you need any additional information. With warmest regards, I remain

Very truly yours,

J. Michael Montgomery



Litigation + Business

cc:    Ms. Judith Meltzer
       Mr. Paul Vincent
       Adam Protheroe, Esquire
       Ira P. Lustbader, Esquire
       Stephanie M. Persson, Esquire
       Shereen A. White, Esquire
       Susan B. Berkowitz, Esquire
       Matthew T. Richardson, Esquire
       Thomas A. Limehouse, Jr., Esquire
       Anthony S.H. Catone, Esquire
       Taron B. Davis, Esquire
       Grayson Lambert, Esquire