

ROBINSON GRAY
Litigation + Business

**MICHAEL MONTGOMERY**

**DIRECT** 803 231.7833

mmontgomery@robinsongray.com

July 11, 2024

<u>**VIA E-MAIL**</u>

The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston, South Carolina 29402

RE:    Michelle H., et al. v. Henry McMaster, in his official capacity as Governor of the
       State of South Carolina, and Michael Leach, in his official capacity as State
       Director of the South Carolina Department of Social Services
       Civil Action No.:  2:15-cv-00134-RMG
       Our File No.:  6734/1500

Dear Judge Gergel:

In accordance with your Order filed March 23, 2022, regarding the Overnight Stay Plan (Dkt.
No. 238), enclosed please find DSS's Joint 60-day status update.  If you have any additional
questions, please let us know.  With warmest regards, I remain

Very truly yours,

J. Michael Montgomery

Enclosure

cc:    Ms. Judith Meltzer
       Mr. Paul Vincent
       Adam Protheroe, Esquire
       Ira P. Lustbader, Esquire
       Stephanie M. Persson, Esquire
       Susan B. Berkowitz, Esquire
       Matthew T. Richardson, Esquire
       Thomas A. Limehouse, Jr., Esquire
       Anthony S.H. Catone, Esquire
       Taron B. Davis, Esquire
       Grayson Lambert, Esquire

## SHORT-TERM PLAN TO ADDRESS OVERNIGHT STAYS
### Joint Status Update as of July 11, 2024

**Progress:**

With the completion of Action Steps 6.H and 6.I, DSS has completed fifty-eight of the fifty-nine Action Steps in the Overnight Stay Plan as indicated in the chart below.  Implementation is still in progress for the final item, Item 6G, related to the Exceptional Needs Pilot.

During the first half of MP16, from April 1, 2024, through June 30, 2024, 106 youths experienced a cumulative total of 414 overnights.   In April, 50 youths experienced 189 overnights.  In May, 43 youths experienced 134 overnights.  In June, 41 youth experienced 91 overnights, the first time DSS has had less than 100 overnights in a month since April 2023. In the three-month period, fifty-one percent of the 106 youths (54) experienced only one overnight.  Another nineteen youths experienced only two overnights for a total of 69% with two or fewer overnights. Thirty-one percent of the 106 youths (33) accounted for 78% of the overnight occurrences (322). Forty overnights (10%) were due to youths refusing placement, including one-night emergency placements, for various reasons, or placement disruptions because the youth did not want to remain at the placement.  As of July 11, 2024, 111  youths experienced a cumulative total of  435 overnight occurrences.  One youth who experienced an overnight stay in the current monitoring period is awaiting PRTF acceptance or placement.

The following will provide an update on the Exceptional Needs Therapeutic Foster Care (ENTFC) implementation (referred to in this plan as the Exceptional Needs Pilot). As of July 2024, one CPA has four TFC families that are trained to participate in ENTFC. Following a time of focusing on supporting a prior ENTFC placement through high school graduation and preparation for college, one of these families accepted a new ENTFC placement on June 28, 2024, and the placement is going well at this time.  The second family accepted a placement on May 31, 2024.  The placement was stable for several weeks, but the youth then ran away several times and requested to be moved from the home.  Though the  foster parent and her CPA determined the placement could not continue due to the youth's resistance to working with the foster parent, efforts are now underway to stabilize and hopefully maintain this placement.  The third family continues with placement of their former Exceptional Needs youth at the TFC 3 level after a successful timeframe at the ENTFC level.  This family was presented with another placement the week of April 22, 2024, and wished to move forward, but the youth declined the placement.  This family has since decided to continue to focus on their current long-term placement through the Summer and will consider additional Exceptional Needs placements in early Fall. The fourth family is ready to proceed with accepting placements as of July 5, 2024, and DSS is sending referrals to the CPA for presentation to the family.  A second CPA recently hired a new Executive Director.  While they have recently licensed several new families that want to work with teens and who may be candidates for the ENTFC work once they have gained experience, the new Executive Director states that they do not yet have internal infrastructure for an ENTFC program and will need time for additional assessment.  A third CPA has made no progress with hiring and maintaining Behavior Modification staff as required by the program and appears to have their energy focused elsewhere and not on building capacity for ENTFC.  A fourth CPA that is implementing ENTFC in Greenville completed certification of a family, and a youth was placed with them on March 11, 2024.  He remained with this family until June 11, 2024, but the placement did not work out and he moved to another

ENTFC family within this CPA, remaining there until he entered a PRTF on June 24, 2024. A second family within this CPA was also approved to provide ENTFC, and accepted placement on April 19, 2024. This youth remained with the family until April 22, 2024, at which time the youth was admitted to the hospital for psychiatric issues, and then subsequently admitted to a PRTF. This foster parent remains in contact with the youth and is interested in accepting her again as an ENTFC placement when she is ready to step down from the PRTF. The CPA is also presenting other referrals to this family, none of which have been the right fit so far. The CPA has a third internal family who would be a good fit for ENTFC, however this family has 2 long-term TFC placements already. Because one of the long-term placements may return home during the next 4-6 months, the CPA is encouraging the family to complete the ENTFC training requirements in advance, to be prepared for when an opening becomes available. A fifth CPA has hired a Program Manager and Case Manager to oversee their ENTFC program. They intend to provide Therapeutic Crisis Intervention (TCI) and Trust-Based Relational Intervention (TBRI) training for participating families, and both the Program Manager and Case Manager anticipate completing Train the Trainers sessions within the next 2-3 months so they can conduct these trainings internally. They do not currently have licensed families identified for ENTFC but will continue to assess this, as well as implement outside recruitment for new families. The final CPA continues to lack capacity to implement ENTFC at this time.

Though not part of this plan, DSS is implementing additional strategies to address the increased number of overnight stays and the needs of youth with placement instability. They include the following:

- Effective July 5, 2023, DSS implemented with a provider agency a Day Services Program in Columbia that includes educational and treatment services for youth who would otherwise be in the DSS office during the day, or for youth who cannot attend school. Currently twenty-five slots are available with the Columbia program. A second program was also opened in York County with a capacity of 10 slots. On February 26, 2024, a third day program was opened in the Pee Dee Region in Darlington County. This program has the capacity to serve 10 youths. DSS finalized a contract to open an additional Day Services program in the Upstate Region effective May 1, 2024. The Upstate program has the capacity to serve 12 youths and has had a success thus far. Providers have stated they believe the Day Services Programs may support efforts to recruit more families for ENTFC because there would be access to a day program for youth unable to attend school.

- Effective July 1, 2023, DSS engaged a consultant to assist with the in-depth review of Universal Applications and treatment information for youth with high placement instability, and to assist in development of creative solutions to stabilize placement. This consultant is working with a cross-divisional team of DSS professionals, and the county/regional case management staff and leadership for the specific youth being reviewed in a youth-centered teaming process to identify what services and supports are necessary to locate and stabilize placement for the youth experiencing the highest frequency of emergency and overnight placements. DSS believes that in working with the core team of cross-divisional DSS staff, the consultant will have the opportunity to not only address needs of the specific youth being reviewed but will also begin to build the competency of the DSS staff to be able to do this creative solution-building for youth on an ongoing basis. As of July 2024, this provider has reviewed and conducted consultation meetings for a total of 12 youths ranging in age from 11 to 17 years old. DSS is looking to shift responsibility of coordinating these reviews to the newly hired Director of Strategic Programs and System Alignment who will work with the consultant to complete additional reviews as the consultant has capacity to do so.

- Effective July 24, 2023, DSS added behavior modification specialist support to an existing contract renewal that provides for the co-location of a total of seven (7) behavior modification specialists in DSS offices for crisis response. Three are assigned to the Upstate region, three are assigned to the Midlands region and one is assigned to the Pee Dee and Lowcountry regions. These specialists provide 1:1 or 1:2 de-escalation and behavior support for youths who are awaiting placement in DSS offices. They are on call 24/7 to respond overnight.

- DSS and DMH agreed to cost share two therapist positions, one co-located in the DSS office in Richland County and one co-located in the office in Greenville County. The Richland therapist began employment on September 18, 2023. This therapist assists with initial assessments and provides therapy for several youths without stable placements. She is also available for crisis intervention when needed. The Greenville therapist position was filled on February 20, 2024, by an internal DMH employee with whom Greenville DSS already has a positive working relationship. This therapist functions similarly to the Richland County therapist and has been a huge support to Greenville County staff and the children and families they serve. Additionally, DSS provides contractual qualified adult supervision to support front-line staff supervising children and youth in DSS offices.

- DSS executed contracts with two additional TA providers to focus specifically on Richland County youths experiencing placement instability. The providers began attending the Midlands placement check-in meetings the week of March 11, 2024, to hear about youths awaiting placements. On March 19, 2024, the Midlands Regional Director, Richland County leadership team and Placement Services team leadership met with the TA providers to answer questions from their observation of the prior week's check-in meetings. As a result of the TA providers' reflections on DSS practices, Placement Services team leadership across all regions implemented a new strategy at the beginning of April to provide cross-regional assistance for Richland County youths who had experienced overnight stays the night prior, to put intense focus on working to achieve placement and prevent a subsequent overnight office stay. While consultants were helpful in reviewing some of the most unstable youth, it was decided in early June that these consultants' time and efforts would be best spent assisting and supporting new Richland County leadership on implementing larger system policy, structure and culture changes that are needed. The consultant DSS has been working with since July 2023 will continue assisting with Richland youth as needed in her work across the state reviewing Universal Applications and treatment information for specific youths and identifying underlying needs to secure and stabilize placements.

- DSS continues to approve requests to fund individualized support (both people and other resources) to stabilize placements.

Details of the eleventh Joint Status Report on the Overnight Stay Plan are provided below.

**Key Terms and Phrases:**

- ***Overnight Stay***- a minimum four-hour period in a DSS office, hotel, motel, or other commercial non-foster care establishment between the hours of 10:00 pm and 6:00am.

- *Target Counties –* These counties are defined as counties that experienced more than 5 nights of overnight stays in a DSS office and/or more than 5 unique children/youth experiencing overnight stays in a DSS office from the period of time October 2021 through February 2022.[1]
  - o 5 or more overnight stay in DSS offices target counties are: Spartanburg, Anderson, Richland, Greenville, Upstate Adoptions, Horry, Lexington, Berkeley, and Kershaw.
  - o 5 or more children/youth experiencing overnight stays in DSS offices target counties are: Richland, Spartanburg, Anderson, Greenville and Horry
- *Children and Youth with Exceptional Needs-* Children and youth who are having difficulties as a result of adverse child experiences (ACES) or other traumatic experiences either prior to or after entering custody. The child/youth may also have high medical needs that require nursing back-up to administer medications and/or special needs intensity to include toileting and 24-hour 1:1 supervision.

**Plan Goal:** Implement immediate action steps to mitigate, within the next 6 months, overnight stays of children and youth in a DSS office, hotel, motel, or other commercial non-foster care establishment.[2]

**Action Plan**:

1. **Increase placement stability, children/youth placed with kin, and timely permanency by strengthening the Placement of Foster Children in Kinship/Non-Kinship Foster Homes policy and related protocols.**

| Action Steps | Target Date | Status |
|---|---|---|
| A. Finalize plans to require Placement Child and Family Team Meetings (CFTM), in target counties, so they are no longer optional, "special call" meetings. Provide placement CFTM practice guidelines that address:<br>• Events that trigger a meeting including | A.1. Practice guidelines finalized by March 15, 2022 | Completed (Attachment 1) |
| | A.2. Disseminate and train staff in target counties by March 25, 2022 | Completed (Attachments 2, 3, & 4) |
| | A.3. Full implementation of required Placement CFTMs in target counties by March 31, 2022 | Completed and Ongoing |

---

[1] These target counties were identified using data available to Plaintiffs as of February 28, 2022. Upon verification of the data by DSS, the Parties agree to modify the list of target counties as needed to include all counties that meet the parameters for "target counties" as of February 28, 2022.

[2] DSS uses "cottages" wherein, per the Department, DSS contracts with a group care agency for unused residential cottages or other residential spaces, and separately contracts with a healthcare agency to supervise children without a placement. Health care agency staff are CNAs with at least two years of experience. Their enumerated duties include but are not limited to engaging with and supporting the child, cooking/preparing meals, cleaning, medication administration, and daily documentation. The Parties disagree as to whether these cottages fall under FSA IV.D.3. (Overnight Stay) and/or FSA II.H. (Emergency or Temporary Placement) and reserve all rights under the FSA.

| | | |
|---|---|---|
| possible placement disruption and children on runaway<br>• Goals of meeting<br>• Team members who should be invited and attend<br>• Roles/responsibility of team members for preparation of participants and facilitation of meeting<br>• Frequency of meeting<br>• After meeting follow up/expectations and responsibilities<br>• Tracking and monitoring of meeting goals and outcomes for children | A.4. Implement training in all counties who have experienced an overnight stay in a DSS office (18 additional counties) by May 31, 2022 | Completed<br>(Attachment 31) |
| | A.5. If any other county has more than two overnight stays in a DSS office, per FSA definition, within a 60-day period, DSS will provide targeted training to applicable staff in that county within one month of the second overnight stay in a DSS office. | Completed & Ongoing<br>(Placement CFTMs were implemented statewide) |
| B. Update Placement of Foster Children in Kinship/Non-Kinship Foster Homes policy to outline procedures for overnight stays in DSS office, hotel, motel, or other commercial non-foster care establishment. This will include addressing:<br>• supervision/oversight when there is one or more child/youth in the office,<br>• office sleeping arrangements/location,<br>• staff to child ratio,<br>• continuation of and arrangements to attend schooling, | B.1. Update policy by February 28, 2022 | Completed<br>(Attachments 5 & 6) |
| | B.2. Disseminate policy to all counties by March 15, 2022 | Completed<br>(Published 4/27/22) |
| | B.3. Train all staff in target counties by March 25, 2022 | Completed<br>(Attachments 7 & 8) |
| | B.4. Implementation date in target counties March 31, 2022 | Completed and Ongoing |
| | B.5. Provide training to staff in all remaining counties by April 30, 2022 | Completed<br>(Attachments 7 & 8) |
| | | |

| | | |
|---|---|---|
| <ul><li>provisions to meet therapeutic needs,</li><li>crisis management,</li><li>meeting nutritional needs,</li><li>managing hygiene,</li><li>and if/when needed, guidelines for administering and monitoring medication administration.</li></ul>*NOTE*: Those staff in target counties will experience training on updated policies and pilot protocols as a cohort to help staff understand how these efforts are connected and clarify practice expectations. | | |
| C.  Update any policy establishing timeframes and circumstances under which regional director approval is needed for placement decisions; clarifying and adding the need for regional director approval for any placements with non-kin to be integrated with the required placement CFTM process.<br><br>*NOTE*: Those staff in target counties will experience training on updated policies and pilot protocols as a cohort to help staff understand how these efforts are connected and clarify practice expectations. | C.1. Identify impacted policies by February 28, 2022 | Completed |
| | C.2. Update and disseminate policies by March 15, 2022 | Completed (Attachments 5 & 6) |
| | C.3. Train all staff in target counties by March 31, 2022 | Completed (Attachments 9 & 10) |
| | C.4. Implementation date in target counties April 15, 2022 | Completed and Ongoing |
| | C.5. Training to all remaining counties on a regional basis by June 30, 2022 | Completed (Attachment 39) |

| D. Streamline and revise the placement with kin exception form to address:<br>• monitoring search efforts<br>• quality of search efforts<br>• frequency of search<br>***NOTE:*** Those staff in target counties will experience training on the revised form as a cohort to help staff understand how these efforts are connected and clarify practice expectations. | D.1. Form revision by March 31, 2022 | Completed<br>(Attachment 11) |
|---|---|---|
| | D.2. Disseminate and train all staff in target counties by April 15, 2022 | Completed<br>(Attachments 9 & 10) |
| | D.3. Implementation date in target counties April 30, 2022 | Completed and Ongoing |
| | D.4. Disseminate revised form and train all remaining counties on a regional basis by June 30, 2022 | Completed<br>(Attachment 39) |
| E. Improve timely placement decisions and matching appropriate services to child/youth's needs by establishing a temporary protocol for target counties that augments the current universal applications (UAs) review policy, requiring regional Therapeutic Services Coordinators to complete final review of Universal Applications (UA) for all children/youth in target counties prior to submitting the placement referral packet. | E.1. Draft and finalize temporary protocol for target counties by March 16, 2022 | Completed<br>(Attachment 12) |
| | E.2. Disseminate and train staff in target counties by March 25, 2022 | Completed<br>(Attachment 13) |
| | E.3. Implementation date in target counties March 31, 2022; will initially last 3 months then review/assess and adjust as necessary | Completed and Ongoing |
| | | |

2. **Increase use of and support for kinship caregivers by conducting ongoing assessment of kin willingness to care for their loved ones, and standardizing family finding practice.**

| Action Steps | Target Date | Status |
|---|---|---|
| A. Assess capacity of Regional Kinship Coordinators to temporarily assist with family finding, in target counties. | Assess capacity and identify number of Regional Kinship Coordinators to assist in target counties by February 28, 2022 | Completed<br>(Attachment 14) |

| | | |
|---|---|---|
| B. Develop a protocol that outlines the role and family finding practice expectations, if it is determined that Regional Kinship Care Coordinators have capacity. | Protocol developed and finalized by March 15, 2022 | Completed (Attachment 48) |
| C. Based on determined capacity will train Regional Kinship Care Coordinators and begin implementation in target counties.<br><br>C. 1. Note: If DSS determines that Regional Kinship Coordinators do not have capacity to assist with family finding in target counties, it will identify alternative staffing and resources. | March 31, 2022 | Completed and Ongoing (Attachments 40, 48, 50) |
| D. Establish a workgroup of representatives from placement, well-being, regional/county leadership, and frontline staff, to begin in targeted counties, to refine the existing map to include the current process and new process, as needed, for locating placement for youth who are waiting in county offices and for responding to/managing overnight office stays when placement cannot be secured. This updated mapping will also include roles of staff at each point in the process. | Updated map completed by March 31, 2022 | Completed (Attachment 15) |
| E. Workgroup from 2D will review mapping and develop an implementation plan for target counties that contemplates communicating, educating, and preparing county/regional staff for use of the updated guidance. | E.1. Develop implementation plan for target counties by April 15, 2022 | Completed (Attachment 60) |
| | E.2. Implementation of plan in target counties by April 30, 2022 | Completed (Attachment 60) |
| | E.3. Implementation Statewide by September 1, 2022 | Completed (Attachment 60) |

| | | |
|---|---|---|
| F.  Kinship Care Coordinators will facilitate refresher trainings in each target county for CPS Investigators and Foster Care case managers, located in target counties.  This training will reinforce the importance of speaking with parents and caregivers about their support system and utilizing the CFTM process to identify possible kinship caregivers if the children/youth are removed during the investigation and engage identified potential kinship caregivers to assess their ability and interest in providing caregiving support for their loved ones. | F.1. All CPS Investigators and Foster Care Case managers in target counties will have experienced this refresher training by March 31, 2022 | Completed (Attachments 16, 17, 32) |
| | F.2. Training for CPS Investigators and Foster Care case managers in remaining counties will be delivered on a regional basis by September 1, 2022 | Completed (Attachment 41) |

**3.  Reduce unnecessary placement moves and placement of children/youth in higher levels of care by improving assessment of needs/strengths and matching with appropriate services and care settings. [3]**

| Action Steps | Target Date | Status |
|---|---|---|
| A.  Assess weekly placement needs staffings and bi-weekly placement updates to develop a more streamlined, effective, and timely manner to: <br> • clinically review supervision and safety of children/youth experiencing overnight stays in a DSS office, hotel, motel, or other commercial non-foster care establishment | Assess existing processes and make any identified updates by March 31, 2022 | Completed (Attachment 18) |

---

[3] The existing CFTM process will continue to be the setting within which the results of the CANS assessment, outcomes of clinical staffing's, and other treatment related meetings will be discussed with members of the child and family team; with the goal being engagement of all parties to develop and/or update a collaborative plan of care

| | | |
|---|---|---|
| • discuss progress in securing appropriate treatment, <br> • address ongoing/new placement barriers. | | |
| B. To increase placement stability, develop a protocol and implementation timeline for time-limited clinical supervision for children/youth with exceptional needs that experienced an overnight stay in a DSS office, hotel, motel, or other commercial non-foster care establishment in targeted counties. Clinical supervision will be provided by a designated member of the Regional Well Being team. | B.1. Protocol developed and disseminated to relevant staff in target counties by March 31, 2022 | Completed (Attachment 19) |
| | B.2. Implementation in target counties by April 15, 2022. | Completed and Ongoing |
| C. Determine potential financial impact of increasing Praed coaching and training support in target counties.  Potential funding sources for utilization may include Casey Family Funds, or other one-time funding until a fiscal year 2023-24 budget request can be made and funded. | March 15, 2022 | Completed (Attachment 20) |
| D. Work with Praed Foundation to create and implement virtual training addressing the identification of underlying needs as well as functional strengths, to be deployed in target counties. | May 31, 2022 | Completed (Attachments 33 & 34) |
| E. Work with Praed Foundation to enhance and expand existing CANS coaching clinics, beginning in target counties, to | E.1. Implementation of expanded CANS coaching clinics in target counties by May 31, 2022 | Completed and Ongoing (Attachments 35 & 51) |

| | | |
|---|---|---|
| address utilizing CANS to match needs with services, determine service intensity, integrating use of functional strengths in treatment, and appropriate care setting. Coaching clinics will support wellbeing teams, placement team, supervisors, and provider partners. | E.2. Implementation of expanded CANS coaching clinics in remaining counties by September 1, 2022 | Completed and Ongoing (Attachment 55 & 59) |
| | | |

**5. Establish the capacity to identify, track, and report, with validity and reliability, and in automated form, all children in the class experiencing overnight stays in a DSS office, hotel, motel, or other commercial non-foster care establishment.**

| Action Steps | Target Date | Status |
|---|---|---|
| A. Formulate regular reports on overnight stays in a DSS office, hotel, motel, or other commercial non-foster care establishment to begin answering some of the following questions:<br>• Demographics: Age, race, gender, gender identity, and sexual orientation<br>• Counties the children/youth are coming from<br>• New/initial placements or movement in care<br>• Number of unique children who are experiencing overnight stays in DSS offices, hotels, motels, or other commercial non-foster care establishments.<br>• Number of days children/youth are | April 30, 2022 | Completed and Ongoing (Attachments 21, 36, 37, 43, 49, 57) |

| | |
|---|---|
| experiencing overnight stays in a DSS office, hotel, motel, or other commercial non-foster care establishment<br>• Where the children/youth are going after the overnight stay in a DSS office, hotel, motel, or other commercial non-foster care establishment<br>• Placement needs of the child/youth<br>• Prior placement changes in the 12 months precipitating the overnight stay in a DSS office, hotel, motel, or other commercial non-foster care establishment | |

**6. Create, strengthen, stabilize, and restore placements for foster children by working with provider partners to develop needed services and supports.**

| Action Steps | Target Date | |
|---|---|---|
| A. Research other states' models to provide additional reimbursement to child placing agencies (CPA) for recruiting, licensing, and placing children and youth with higher level needs in foster family settings and determine potential financial impact for a higher level of payment. This funding could come from current bed day savings, until a fiscal year 2023-24 budget request is made and funded. | Develop list of a minimum of three models to present to provider partners by March 31, 2022. | Completed (Attachment 22) |
| B. Work with provider partners to select and customize a model for South Carolina based on findings. | June 30, 2022 | Completed (Attachment 58) |

| | | |
|---|---|---|
| C. Finalize financial impact of chosen plan, including resources needed, and identify available funding source. If current funding is available, develop implementation plan that contemplates messaging new reimbursement structure, updating contracts, and effective date.<br><br>If DSS determines that funding is not currently available, the Parties reserve their rights under FSA I.(I). | Based on chosen model, training specifications, provider involvement, and identified funding mechanism, implementation plan for target counties will be developed and finalized by June 30, 2022 | Completed (Attachment 53) |
| D. Determine potential financial impact of children and youth with exceptional needs pilot program. The Department will also explore the cost and financial feasibility of considering payment for securing a minimum of 5 beds for high-needs youth, even while a provider doesn't actively have a placement in that bed. Potential initial funding sources could be one-time IV-B Part II stimulus funds or DHSS one-time funding transfer, until a fiscal year 2023-24 budget request is made and funded. | April 30, 2022 | Completed (Attachment 44) |
| E. Determine the number of additional beds needed, and the resources needed to meet that need. | June 30, 2022 | Completed (Attachment 44) |
| F. If funding is available, secure a minimum of 5 beds for high-needs youth, even while a provider doesn't actively have a placement in that bed. If DSS determines that funding is not currently available, the Parties reserve their rights under FSA I.(I). | June 30, 2022 | Completed (Attachment 44) |

| | | |
|---|---|---|
| G. Children and youth with exceptional needs pilot will test a more comprehensive treatment approach including:<br>• developing and supporting no less than 10, but up to 20 specialized foster homes (generally across the state and specifically, in target counties);<br>• and expanding their service array to 24/7 crisis management, intensive counseling, short-term respite, full mental health evaluations, etc. | Developed and implemented in target counties by June 30, 2022 | Development: Completed (Attachment 62 & 63)<br><br>Implementation: In Progress |
| H. Work to recruit the 5 CPAs currently under Change Order 5 to expand family-based placement options in target counties that may help prevent placement disruption, need for emergency placements, and overnight office stays. | June 30, 2022 | Completed (Attachment 62 & 63) |
| I. Establish a new change order with those CPAs that agree to the expansion. | June 30, 2022 | Completed (Attachment 62 & 63) |
| J. Determine potential financial impact of increasing per diem rate for in-state PRTFs.<br><br>Note: An increase in overall expenditures is not anticipated since the rate is expected to be increased consistent with the rate currently paid to out-of-state PRTF's. | March 31, 2022 | Completed/No longer needed (DSS determined that an additional across the board rate increase for in-state PRTFs was not needed given the increase provided by DHHS. DSS is purchasing additional support services on a child by child basis as reflected in 6.K.) |
| K. Increase per diem rate for PRTFs to purchase additional services on a child by child basis; this rate will supplement DHHS' recent rate increase. | March 31, 2022 | Completed and Ongoing (Attachment 45) |

| | | |
|---|---|---|
| L. | Establish a process to oversee treatment and implementation of the in-state PRTF contract, reporting, and discharge planning requirements outlined in new contract. | March 31, 2022 | Completed (Attachment 45) |
| M. | Work with private provider to pilot a program in target counties that:<br>• Incorporates Full-Time Youth Support Partners, assigned 10-12 youth with exceptional needs; and<br>• Adds a community-based therapist for every 20-25 youth<br>• These two professionals will work alongside the case manager, helping with placement stability, pro-active crisis intervention and general management of the youth's needs. | Execute an agreement with private provider partner in target counties by April 30, 2022 | Completed (Attachment 25) |
| N. | Make flexible funds available to support removing barriers to licensure to providers/foster families in target counties that elect to reinstate foster licenses/placements.<br><br>Note: $86K of State General Funds has been requested in the FY23 budget in Priority #1 for this item. If funds are needed before the FY23 budget is known/appropriated, the agency will make available this specified amount of funding ($86K) for use from IV-E admin and other available State General Funds. Analyze and determine funds amount needed if beyond the identified $86K. | May 31, 2022 | Completed and Ongoing (Attachment 42) |
| O. | DSS and CPAs will work to re-engage all licensed foster parents that have not accepted | June 30, 2022 | Completed (Attachment 47) |

|  | placements in more than 3 months and are located in target counties. | | |
|---|---|---|---|
| P. | Within target counties, DSS and CPAs will collaborate to determine barriers to placements and identify supports/services that could be offered to support foster parents in successfully caring for a child/youth.<br><br>The Department will commit $100,000 in one-time IV-B Part II stimulus funding to provide supports/services to stabilize placement of children/youth in foster homes in target counties.<br><br>If additional funds are needed the Department will determine the amount and will include the request in the agency's FY24 budget request. | Make available services and supports, and communicate availability, in target counties by May 15, 2022 | Completed and Ongoing (Attachment 26) |
| Q. | Determine potential financial impact of contracting with a technical assistance provider to support foster parent recruitment in target counties. Potential funding sources could be IV-E admin, and adoption savings. | Determine financial impact by March 31, 2022 | Completed (Attachment 54 & 56) |
| R. | Work with Technical Assistance provider and Provider Partners to build out and implement foster parent recruitment plans in target counties. | Develop and implement foster parent recruitment plans in target counties by April 30, 2022 | Completed and Ongoing (Attachment 61) |
| S. | Work with foster parent training provider(s) in the target counties to enhance their training around disobedience and defiance to include practical and proven tips for successfully managing this behavior.  In addition, | Implement training in target counties by May 30, 2022 | Completed and Ongoing (Attachment 38) |

| | | |
|---|---|---|
| offer training to support Therapeutic Crisis Intervention. | | |
| T. Work with Building Bridges Initiative (BBI) to disseminate Program Self-Assessment to all provider partners that assesses current capacity and programming needs.<br><br>Upon completion of the self-assessment, 2 cohorts of providers (5 in one and 6 in the other cohort) will receive technical assistance from BBI around preparing their agencies for QRTP implementation. | August 31, 2022 | Completed and Ongoing (Attachment 28) |