

**MICHAEL MONTGOMERY**

DIRECT 803 231.7833

mmontgomery@robinsongray.com

November 14, 2025

<u>**VIA E-MAIL**</u>

The Honorable Richard M. Gergel
United States District Judge
Post Office Box 835
Charleston, South Carolina 29402

    RE:    Michelle H., et al. v. Henry McMaster, in his official capacity as Governor of the State of South Carolina, and Tony Catone, as State Director of the South Carolina Department of Social Services
Civil Action No.: 2:15-cv-00134-RMG
Our File No.: 6734/1500

Dear Judge Gergel:

We are writing to provide an update on the information required pursuant to your Order dated January 17, 2025 (ECF 348).

The chart below shows the significant progress RCDSS had made from October 2024 to the end of October 2025 to reduce overnight stays including two consecutive months of zero overnights:





1. **Co-Monitor-facilitated work with DSS and providers to increase emergency placements in Richland County and community-based mental health services in Richland County:**

The Capacity Building for Placement Array workgroup met on November 13, 2025, to discuss the transition to smaller, focused workgroups now that many new placement options, services, and processes have been put into place through implementation of the Richland County Child Welfare Improvement Plan. The team agreed to at least two focused workgroups, one related to CQI of current initiatives and another to support Select Health's ongoing efforts to establish a Foster Care Center of Excellence model in Richland County.

DSS began implementing the "Whatever it Takes" practice approach in Richland County on August 15, 2025. Over the past month an additional eight youths have been referred and seven have completed their initial CFTMs. One youth completed a follow-up CFTM. Of the seven that have had CFTMs, two youths are now stable in small capacity group homes, one transitioned to an ENTFC placement on November 10, 2025, and one transitioned to a Professional Foster Parent home on November 13, 2025. Recommended services during the CFTMs included individual counseling, medication monitoring, behavior modification support, psychological evaluation, and AOD counseling. Recommended activities to promote youth well-being included participation in sports and volunteer work. DSS is also focused on Family Search and Engagement activities for the youth who do not have family support or would benefit from additional family connections.

DSS continues its engagement of private providers to increase longer-term placements for high needs youth experiencing placement instability via small capacity group homes providing enhanced-level services along with other individualized services as youths' needs are identified. DSS now has contracts for four small capacity group homes, two in the Upstate and two in the Midlands. One Midlands provider whose group home is in Lancaster County began accepting placements on October 1, 2025. The Richland County provider began accepting placements on October 9, 2025. DSS is working with two additional providers, one in Richland County and one in Florence County, which will fulfill the Improvement Plan commitment regarding small capacity group homes and meet DSS' needs for this placement type. DSS anticipates both will be licensed by the end of the year. DSS has seen several youths achieve a level of stability they were not able to achieve in a family-like setting or larger group home. This is a critical first step in the process of planning for a transition back to a family-like setting.

DSS is collaborating with a therapeutic CPA to pilot a "professional foster parent" model inspired by a long-standing program in Colorado. Professional Parent Therapeutic Foster Care (PPTFC) services is a community-based, multifaceted service provided in a foster home setting with intervention activities that include but are not limited to: a highly skilled and trained foster parent who does not work outside the home; intense foster parent support; rigorous treatment and care coordination; skill training; in-home behavior management/modification; supportive in-home therapy; school-based behavioral interventions and academic support (as needed); and



psychiatric consultation and medication management (as needed). Program elements are individualized and tailored to the child or youth based on identified strengths and needs. PPTFC is appropriate for children and youth who qualify for Therapeutic Foster care Level 3 or Special Needs Foster Care Level 3 but require more support than can be provided through less intensive models of foster care or outpatient treatment due to complex mental, emotional, behavioral health, intellectual and/or developmental needs. DSS finalized a contract with the provider on August 29, 2025, and currently has four youths from Richland County placed in the program.

DSS continues its engagement with a private provider's counseling center to prioritize services for youth in Richland County who are experiencing placement instability or those who do not have established mental health services and may need assessment and/or ongoing therapy to address identified needs. Since March 2025, 39 youths in Richland County have received services from the center. During the month of October, two youths received counseling, and two received a Diagnostic Assessment.

This provider also implemented a rapid response system on August 29, 2025, that promotes stability and permanency through adaptive de-escalation and intervention for children and youth placed in Richland County who experience behavioral crises. Rapid Response interventions are available 24 hours a day, seven days a week and are provided either in person or via telehealth when appropriate. This service may also include emergency diagnostic assessments for youth who are not currently experiencing a behavioral health episode but may need timely clinical assessment. During the month of October 2025, the Rapid Response team served six youths needing crisis stabilization. Services provided to one or more youth included de-escalation, safety planning, and service linkage.

4. **Progress in establishing second and third shift case worker staff and the impact, if any, these efforts have on reducing unnecessary foster care admissions and placement instability:**

All six case managers have now completed certification training with the last two third shift case managers finishing on October 31, 2025. RCDSS filled all six of the new second shift (4:00pm – 12:30am) and third shift (12:00am – 8:30am) positions as of June 16, 2025. The last staff member began employment on July 17, 2025.

While DSS has not yet seen a direct correlation between the addition of second and third shift case managers and a reduction in unnecessary foster care admissions and placement instability, this correlation is evident in the work of Richland's CFTM Facilitator team which is described in the last paragraph of item 5 on page 5. However, the addition of second and third shift case managers *has* had an impact on the number of first shift case managers being called in for after-hours duty during the work week as reflected in item 7 on page 13.



Litigation + Business

**5. Efforts to improve liaison with local law enforcement and explore voluntary protocols with law enforcement for officers to consult with DSS staff before admissions of children to foster care:**

The Community Action workgroup and the subgroup to draft the MOU between DSS and Law Enforcement finalized in April 2025 a protocol and an addendum specific to Richland County that outlines a collaborative process to prevent unnecessary removals of children from their families and into foster care. This includes the 24/7 availability of a DSS Law Enforcement Liaison to provide consultation to law enforcement officers in the field, quickly deploy staff when needed, and support the convening of a Removal Prevention Child and Family Team Meeting. DSS reached agreements with the Richland County Sheriff's Department and Columbia Police Department in May 2025.

DSS partnered with the Children's Law Center (CLC) at USC to provide joint training for RCDSS staff and Law Enforcement officers. The training focuses not only on the protocol and addendum, but on data related to overnight stays and EPCs in Richland County compared to other counties in the state; the impact of removal on the child and family, child welfare system, juvenile justice system and law enforcement; how to utilize a trauma-responsive approach; legal parameters for EPC; and the array of supportive, prevention-related services available in Richland County. In total, 63 RCDSS staff and 20 Law Enforcement officers attended three training sessions. The CLC will hold a final training on December 4, 2025, and it will be videotaped so that officers who are not able to attend can complete it online.

RCDSS' five Team Coordinators serve as the Law Enforcement Liaisons on a weekly rotating basis and are accessible to city and county law enforcement agencies via a dedicated cell phone. The Team Coordinators support the quick deployment of staff to the scene in situations where there is the possibility of children coming into emergency protective custody and to prevent removal to foster care whenever it can be done safely. The Team Coordinators also share information and provide consultative support to law enforcement and case managers as needed. Liaison duties began on May 14, 2025.

Law enforcement officers made three calls to the dedicated liaison cell phone over the past 30 days. One call was to request information, one was for consultation, and the third was to make a report. In addition to the liaisons, DSS has dedicated Intake staff responding to law enforcement calls. This has improved communication with law enforcement as well as the response times of Richland staff.

RCDSS continues to hold monthly meetings with Law Enforcement on the second Tuesday of each month. These meetings are intended to create and foster strong, cooperative working relationships that support mutual understanding and effective service delivery. During the meeting on October 14, 2025, the group discussed Removal Prevention CFTMs and the availability of support after hours; the importance of officer participation in probable cause hearings; and processes when officers call the Intake Hub with a situation that may result in a child coming into emergency protective custody.



During October 2025, Richland's team of CFTM facilitators conducted eight removal prevention CFTMs involving 15 children. Of those, three CFTMs were successful in preventing foster care entry for 7 of the 15 children (46%).

6. **The numbers of clients and total nights that Richland County clients are placed overnight in a DSS office and in emergency out of county placements and in placements of 12 hours or less:**

Overnight Stays

The table below shows the number of Richland County youths and total overnights *in a DSS office* each month from October 2024 through September 2025:

| Date | # of youths | # of overnights in a DSS office | # of overnights in a DSS office** due to time of night, placement refusal, disruption at an unlicensed facility/cottage, or other circumstances where a placement was located but did not occur |
|---|---|---|---|
| 2024-10 | 12 | 58 | 15 |
| 2024-11 | 12 | 26 | 5 |
| 2024-12 | 4 | 18 | 3 |
| 2025-01 | 6 | 21 | 6 |
| 2025-02* | 6 | 13 | 5 |
| 2025-03 | 6 | 19 | 4 |
| 2025-04 | 5 | 31 | 12 |
| 2025-05 | 6 | 25 | 3 |
| 2025-06 | 1 | 3 | 1 |
| 2025-07 | 2 | 2 | 0 |
| 2025-08 | 4 | 7 | 4 |
| 2025-09 | 0 | 0 | N/A |
| 2025-10 | 0 | 0 | N/A |

  *February 2025 data was impacted by fewer days in the month.
  **No child or youth has stayed in the Richland County DSS office since the night of December 30, 2024.

The chart below compares the number of nights in a DSS office to the total number of overnights each month from October 2024 through October 2025:



Litigation + Business



Additionally, DSS engaged with provider agencies to utilize unlicensed facilities/cottages[1] for overnight stays so that youths will have a more residential-like placement setting that is also non-commercial in nature. The following table shows the number of Richland County youths and total overnights in an unlicensed but non-commercial facility/cottage each month from October 2024 through October 2025:

| Date | # of youths** | # of overnights in an unlicensed facility/cottage |
|---|---|---|
| 2024-10 | 8 | 61 |
| 2024-11 | 4 | 53 |
| 2024-12 | 9 | 48 |
| 2025-01 | 7 | 30 |
| 2025-02* | 6 | 23 |
| 2025-03 | 6 | 57 |
| 2025-04 | 8 | 42 |
| 2025-05 | 10 | 38 |
| 2025-06 | 6 | 10 |
| 2025-07 | 5 | 31 |
| 2025-08*** | 0 | 0 |
| 2025-09*** | 0 | 0 |
| 2025-10*** | 0 | 0 |

*February 2025 data was impacted by fewer days in the month.
**Some youths may have had an overnight in both a DSS office and in a facility/cottage in the same month.
***The facilities/cottages most frequently used for overnight stays became licensed as of the end of July 2025.

---

[1] During the reporting timeframe DSS utilized four facilities/cottages. Each typically has the capacity to serve one to three youths per night, but one has the capacity to serve five youths.



Litigation + Business

The chart below compares the number of nights in a facility/cottage to the total number of overnights each month from October 2024 through October 2025:



The chart that follows compares the number of overnights in a DSS office to the number of overnights in a facility/cottage each month from October 2024 through October 2025:



ROBINSON GRAY
Litigation + Business

November 14, 2025
Page: 8

The following chart provides an overall picture of overnights in Richland County from October 2024 through October 2025:



Emergency Out of County Placements

The following table provides the number of in and out of county emergency placements for Richland County youths by month from October 2024 through October 2025:

| Date | # of Emergency Placements | # of emergency placements in Richland County | # of emergency placements outside of Richland County |
|---|---|---|---|
| 2024-10 | 73 | 23 | 50 |
| 2024-11 | 52 | 17 | 35 |
| 2024-12 | 56 | 18 | 38 |
| 2025-01 | 42 | 17 | 25 |
| 2025-02 | 40 | 12 | 28 |
| 2025-03 | 49 | 17 | 32 |
| 2025-04 | 56 | 23 | 33 |
| 2025-05 | 48 | 13 | 35 |
| 2025-06 | 48 | 19 | 29 |
| 2025-07 | 24 | 14 | 10 |
| 2025-08 | 31 | 12 | 19 |



| | | | |
|---|---|---|---|
| 2025-09* | 21 | 6 | 15 |
| 2025-10* | 12 | 6 | 6 |

*Please note that September and October 2025 are preliminary and will change with updated data entry. DSS typically utilizes a two-month lag for reporting purposes.

The table below lists the location of out of county emergency placements ranked by number of placements in each county:

| 24-Oct | | 24-Nov | | 24-Dec | | 25-Jan | |
|---|---|---|---|---|---|---|---|
| Lexington | 15 | Lexington | 13 | Lexington | 10 | Kershaw | 5 |
| Kershaw | 10 | Greenwood | 7 | Aiken | 8 | Aiken | 4 |
| Aiken | 5 | Aiken | 6 | Kershaw | 8 | Lexington | 4 |
| Greenwood | 5 | Horry | 3 | Spartanburg | 4 | Clarendon | 2 |
| Fairfield | 4 | Clarendon | 1 | Greenwood | 2 | Orangeburg | 2 |
| Darlington | 2 | Darlington | 1 | Horry | 2 | York | 2 |
| Orangeburg | 2 | Georgetown | 1 | Georgetown | 1 | Darlington | 1 |
| Spartanburg | 2 | Greenville | 1 | Laurens | 1 | Georgetown | 1 |
| Berkeley | 1 | Laurens | 1 | McCormick | 1 | Greenwood | 1 |
| Clarendon | 1 | Spartanburg | 1 | Orangeburg | 1 | Horry | 1 |
| Dorchester | 1 | | | | | Lancaster | 1 |
| Greenville | 1 | | | | | McCormick | 1 |
| Horry | 1 | | | | | | |
| Total | 50 | Total | 35 | Total | 38 | Total | 25 |
| 25-Feb | | 25-Mar | | 25-Apr | | 25-May | |
| Lexington | 11 | Lexington | 7 | Lexington | 8 | Spartanburg | 6 |
| Aiken | 4 | Kershaw | 6 | Spartanburg | 5 | Lexington | 6 |
| Kershaw | 3 | Greenwood | 5 | Anderson | 4 | Darlington | 4 |
| Greenwood | 2 | Charleston | 3 | Pickens | 3 | Horry | 4 |
| Berkeley | 1 | Aiken | 3 | Aiken | 3 | Aiken | 3 |
| Chester | 1 | Georgetown | 3 | Greenville | 2 | Kershaw | 3 |
| Greenville | 1 | Spartanburg | 2 | Darlington | 2 | Berkeley | 3 |
| Hampton | 1 | Orangeburg | 1 | Horry | 2 | Fairfield | 2 |
| Laurens | 1 | Berkeley | 1 | McCormick | 1 | Greenville | 2 |
| Oconee | 1 | Chester | 1 | Beaufort | 1 | Oconee | 1 |
| Orangeburg | 1 | | | Laurens | 1 | Greenwood | 1 |
| Spartanburg | 1 | | | Greenwood | 1 | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total** | **28** | **Total** | **32** | **Total** | **33** | **Total** | **35** |
| **25-Jun** | | **25-Jul** | | **25-Aug** | | **25-Sep*** | |
| Lexington | 11 | Lexington | 3 | Lexington | 7 | Lexington | 3 |
| Aiken | 6 | Fairfield | 1 | Aiken | 2 | Georgetown | 2 |
| Charleston | 3 | Greenville | 1 | Bamberg | 2 | Laurens | 2 |
| Kershaw | 3 | Darlington | 1 | Dorchester | 1 | Aiken | 1 |
| Lancaster | 2 | Aiken | 1 | Kershaw | 1 | Anderson | 1 |
| Oconee | 1 | McCormick | 1 | Spartanburg | 1 | Beaufort | 1 |
| Horry | 1 | Williamsburg | 1 | Sumter | 1 | Chesterfield | 1 |
| Anderson | 1 | Colleton | 1 | Orangeburg | 1 | Fairfield | 1 |
| Williamsburg | 1 | | | Jasper | 1 | Florence | 1 |
| | | | | Greenwood | 1 | Kershaw | 1 |
| | | | | Georgetown | 1 | Orangeburg | 1 |
| **Total** | **29** | **Total** | **10** | **Total** | **19** | **Total** | **15** |
| **25-Oct*** | | **25-Nov** | | **25-Dec** | | **26-Jan** | |
| Spartanburg | 3 | | | | | | |
| Aiken | 1 | | | | | | |
| Charleston | 1 | | | | | | |
| Laurens | 1 | | | | | | |
| **Total** | **6** | **Total** | | **Total** | | **Total** | |

*Please note that September and October 2025 are preliminary and will change with updated data entry. DSS typically utilizes a two-month lag for reporting purposes.*



Litigation + Business

The following provides the proximity to Richland County of the out of county emergency placements in the previous table. Neighboring counties include Calhoun, Fairfield, Kershaw, Lexington, Newberry, and Sumter. Please note that Calhoun, Newberry, and Sumter, while neighboring counties, are not within the Midlands Region and therefore are counted as outside of the Midlands Region.

| Date | # of out of county emergency placements | # in a neighboring county | # within the Midlands Region | # outside of the Midlands Region |
|---|---|---|---|---|
| 2024-10 | 50 | 29 | 34 | 16 |
| 2024-11 | 35 | 13 | 19 | 16 |
| 2024-12 | 38 | 18 | 27 | 11 |
| 2025-01 | 25 | 9 | 17 | 8 |
| 2025-02 | 28 | 14 | 19 | 9 |
| 2025-03 | 32 | 13 | 17 | 15 |
| 2025-04 | 33 | 8 | 12 | 21 |
| 2025-05 | 35 | 11 | 14 | 21 |
| 2025-06 | 29 | 14 | 22 | 7 |
| 2025-07 | 10 | 4 | 6 | 4 |
| 2025-08 | 19 | 9 | 12 | 7 |
| 2025-09* | 15 | 5 | 6 | 9 |
| 2025-10* | 6 | 0 | 1 | 5 |

*Please note that September and October 2025 are preliminary and will change with updated data entry. DSS typically utilizes a two-month lag for reporting purposes.

<u>Emergency Placements of Twelve Hours or Less</u>

Currently, DSS is unable to extract data from CAPSS on placements that are 12 hours or less. Therefore, DSS is utilizing a daily placement spreadsheet maintained by the Placement Services Division and flagging placements that are 12 hours or less.

DSS did not begin flagging those placements until January 17, 2025; therefore, the statistics for January 2025 represent an incomplete month and are not comparable to future months as depicted in the chart below:

ROBINSON GRAY
Litigation + Business

| Date | Emergency Placements of 12 Hours or Less[1] |
|---|---|
| Jan 2025[2] | 16[3] |
| Feb 2025 | 53[4] |
| Mar 2025 | 48 |
| Apr 2025 | 38[5] |
| May 2025 | 42 |
| Jun 2025 | 31 |
| Jul 2025 | 7[6] |
| Aug 2025 | 13 |
| Sep 2025 | 2 |
| Oct 2025 | 1 |

[1]*Data may vary from previous reports with updates*
[2]*Incomplete month*
[3]*Previously Jan 2025 had 18 youths, however one youth was an overnight stay in an unlicensed cottage/facility and was duplicated in the overnight charts, and one was less than 12 hours because of the time of night a youth returned from runaway status.*
[4]*Previously Feb 2025 had 57 youths, however three youths were overnight stays in an unlicensed cottage/facility and were duplicated in the overnight charts, and one was less than 12 hours because the youth left the placement early to return home.*
[5]*Previously Apr 2025 had 39 youths, however one youth was in an emergency placement 12 hours or less due to the time of night the youth entered care.*
[6]*Previously Jul 2025 had 10 youths, however one youth was a non-class member (18 years of age); one youth was visiting kin while awaiting a long-term placement; and 1 youth was checked incorrectly, he was placed for 14 days.*

Please note that due to the difference in the way this data is captured as well as the lag in CAPSS data entry, these totals do not correspond with the first table in this section showing emergency placements by month in 2025. DSS will continue to provide updates.

   7. **The number of days first shift caseworkers have been summoned for after-hours and weekend duties:**

RCDSS has a total of 88 active first shift case managers plus 33 vacancies for a total of 121 first shift positions. RCDSS has a voluntary on call process by which staff may sign up for one or more after hours and weekend on call shifts during a week. The shifts on Monday through Friday are 5:00pm to 12:00am and 12:00am to 8:30am with five case managers per shift. The shifts on Saturday and Sunday are 12:00am to 8:30am, 8:00am to 4:00pm, and 4:00pm to 12:00am with five case managers per shift. If one or more slots within a shift are not taken voluntarily, staff are assigned from a rotating list. To the extent possible, schedules are created a month in advance. However, unforeseen circumstances may necessitate a change in schedules with less notice.



Litigation + Business

In a review from January 1, 2025, to January 31, 2025, there were 22 days where at least one case manager had to be assigned to an after-hours or weekend on-call shift because there were not enough volunteers.  The total number of days could have included staff that were only on standby and not actually called out for work duties.

DSS enhanced its data collection process to capture instances when case managers worked after hours but did not volunteer to be on call.  Data for the month of February 2025 through October 2025 is provided in the following table and chart:

| Month | Total Days | # Days 1 Staff Person was Called In | # Days 2 Staff Persons were Called In | # Days 3 Staff Persons were Called In | # Days 4 Staff Persons were Called In |
|---|---|---|---|---|---|
| Feb 2025 | 13 | 9 | 3 | 1 | 0 |
| Mar 2025 | 11 | 5 | 4 | 1 | 1 |
| Apr 2025 | 8 | 5 | 1 | 2 | 0 |
| May 2025 | 8 | 6 | 2 | 0 | 0 |
| Jun 2025 | 7 | 5 | 2 | 0 | 0 |
| Jul 2025 | 4 | 4 | 0 | 0 | 0 |
| Aug 2025 | 3 | 3 | 0 | 0 | 0 |
| Sep 2025 | 2 | 2 | 0 | 0 | 0 |
| Oct 2025 | 2 | 2 | 0 | 0 | 0 |

Please let us know if you need any additional information. With warmest regards, I remain

Very truly yours,

J. Michael Montgomery

cc:   Ms. Judith Meltzer
      Adam Protheroe, Esquire
      Ira P. Lustbader, Esquire
      Stephanie M. Persson, Esquire
      Valerie Achille, Esquire
      Susan B. Berkowitz, Esquire
      Matthew T. Richardson, Esquire
      Thomas A. Limehouse, Jr., Esquire
      Anthony S.H. Catone, Esquire
      Taron B. Davis, Esquire
      Grayson Lambert, Esquire